IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ORIN WILLIAMS and SHERILL WILLIAMS, )
individually and as a marital community, )
                                )
                 Plaintiffs, )
      vs. )
                                  )
ESTATE OF GEORGE F. GOTTSCHALK, )
JR., an individual, )
ARCHIE N. GOTTSCHALK, an individual; )
GLENDA G. WILLIAMS, an individual; )
GILBERT M. GOTTSCHALK, an individual; )
ROYLENE A. MANCUSO, an individual; and )
MICHAEL L. GOTTSCHALK, an individual, )
                                  )     No. 3:26-cv-0107-HRH
                Defendants. )
_____ )

O R D E R

Case Status

      This case was opened with the filing of plaintiffs' complaint on March 9, 2026.

As of the date of this order, plaintiffs have not requested the issuance of summonses for

service of plaintiffs' complaint on the several defendants.

      Plaintiff will please submit proposed summonses to the clerk of court on or before

**April 3, 2026**.  Upon issuance of summonses, plaintiffs will please cause defendants to be

served and, upon service of plaintiffs' complaint, provide the court with proofs of service.

      DATED at Anchorage, Alaska, this  24th  day of March, 2026.


                                               /s/   H. Russel Holland
                                               United States District Judge