Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:     (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, v. THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | Case No.: 3:26-cv-00107-HRH |

**AFFIDAVIT OF SHERRILL WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, SHERRILL WILLIAMS, being first duly sworn upon oath, deposes and states as follows:

1.      I am one of the Plaintiffs in the above captioned matter. My husband, Orin Williams, is the other Plaintiff in this matter.

2.      I submit this Affidavit in support of Plaintiffs' Motion for a Temporary Restraining Order.

Affidavit of Sherrill Williams in Support of Plaintiffs'
Motion for Temporary Restraining Order                                    Page 1
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH

Case 3:26-cv-00107-HRH    Document 4-1    Filed 03/30/26    Page 1 of 3

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

3. I am over 18 years old and am competent to testify to the matters set forth in this Affidavit. I make the following statements based upon personal knowledge and if called upon, I would testify competently to the matters contained herein.

4. My husband and I are the owners of Lot 6, Block 2, Donna G. Subdivision, according to the official plat thereof, filed under Plat Number 80-7, Records of the Kvichak Recording District, Third Judicial District, State of Alaska.

5. My husband and I are also the owners and occupy the west half of Lot 7, Block 2, Donna G. Subdivision ("the Property").

6. We have openly and notoriously occupied and improved the Property for a period of 33 years.

7. Recently a dispute arose regarding title to the Property, and as a result, we filed the instant litigation.

8. My husband and I acquired title to the Property as fully set forth in our complaint, given that there was consideration in exchange for title to the Property.

9. Defendant Archie Gottschalk has engaged in ongoing continuous harassment, stalking and interference with our possession of the Property in the time period leading up to the instant litigation. Most recently, Archie Gottschalk contacted Naknek Electric Authority (NEA) and advised NEA that they could not operate the power pole on the Property. As a result of Archie Gottschlak's improper interference, NEA has ceased service to the property. Given that we are still in freeze/thaw cycle, failing to have NEA provide power to the Property is causing immediate and irreparable harm which stands to cause significant damages to the structure and to the tenant.

10. My husband and I have been the ones paying the utilities, taxes, and acting as the outright owners of the Disputed Parcel since 1993.

11. The power controls not only the electricity, but also the heat and water on the Disputed Parcel.

12. If Defendants were to turn the power off, there would be no way of getting

Affidavit of Sherrill Williams in Support of Plaintiffs'
Motion for Temporary Restraining Order                                                 Page 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH

power to the Disputed Parcel.

13. Without power, the pipes are likely to freeze and break due to the cold temperatures that we have been experiencing.

14. A Temporary Restraining Order is immediately necessary to maintain the status quo until this court can address the merits of the underlying action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _____ day of March 2026

*Sherrill Williams*
Sherrill Williams

SUBSCRIBED AND SWORN to before me this 27th day of, March 2026.

Notary Public in and for Alaska
My Commission Expires: Sep 12 2026

REGINA ZIBBELL
Notary Public
State of Alaska
My Commission Expires Sep 12, 2026

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Affidavit of Sherrill Williams in Support of Plaintiffs'
Motion for Temporary Restraining Order — Page 3
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.* Case No: 3:26-CV-00107-HRH