Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community,<br>                    Plaintiffs,<br>    v.<br><br>THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual,<br>                    Defendants. | Case No.: 3:26-cv-00107-HRH |

### [PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER

This Court grants the Motion for a Temporary Restraining Order and prohibits Defendants from attempting to interfere with the provision of power or actively turning off the power to the Property. This Order can be used as proof to the electric company that Defendants' do not currently have the authority to interfere with the provision of power to the Property.

DATED this _____ day of March 2026, at Anchorage, Alaska.

 

 
_____
H. Russel Holland
United States District Court Judge

[Proposed] Order Granting Motion for Temporary Restraining Order                    Page 1
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 4-2     Filed 03/30/26     Page 1 of 1

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657