Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ORIN and SHERILL WILLIAMS,
individually and as a marital community,
               Plaintiffs,
  v.

THE ESTATE OF GEORGE F.
GOTTSCHALK, JR., an individual;
ARCHIE N. GOTTSCHALK, an individual;
GLENDA G. WILLIAMS, an individual;
GILBERT M. GOTTSCHALK, an
individual; ROYLENE A. MANCUSO, an
individual; and MICHAEL L.
GOTTSCHALK, an individual,
               Defendants.

Case No.: 3:26-cv-00107-HRH

## NOTICE OF ERRATA REGARDING CLERICAL ERRORS IN ISSUED SUMMONSES

      Plaintiffs Orin and Sherill Williams (hereinafter "Plaintiffs"), by and through their counsel of record, Holmes Weddle & Barcott, P.C., hereby give notice that the five summonses that Plaintiffs submitted to the court on March 30, 2026, contained inadvertent clerical errors that were not discovered by Plaintiffs until after the court issued the five summonses on March 30, 2026.  Accordingly, Plaintiffs will correct the clerical errors and resubmit the five summonses to the court for issuance.

Notice of Errata Regarding Clerical Errors In Issued Summonses        Page 1 of 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*   Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH   Document 7   Filed 04/01/26   Page 1 of 2

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

DATED this 1st day of April 2026, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiff

By: */s/ Stacey C. Stone*
Stacey C. Stone
Alaska Bar No. 1005030
Carolyn E. Clark
Alaska Bar No.: 2304029

**HOLMES WEDDLE & BARCOTT, PC**
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Case 3:26-cv-00107-HRH     Document 7     Filed 04/01/26     Page 2 of 2