IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ORIN WILLIAMS and SHERILL WILLIAMS, )
individually and as a marital community, )
)
Plaintiffs, )
vs. )
)
ESTATE OF GEORGE F. GOTTSCHALK, )
JR., an individual, )
ARCHIE N. GOTTSCHALK, an individual; )
GLENDA G. WILLIAMS, an individual; )
GILBERT M. GOTTSCHALK, an individual; )
ROYLENE A. MANCUSO, an individual; and )
MICHAEL L. GOTTSCHALK, an individual, )
) No. 3:26-cv-0107-HRH
Defendants. )
_____ )

O R D E R

Case Status

A temporary restraining order was entered in this case on March 31, 2026.[1] Rule 65(b)(3) requires that the court expedite proceedings on a motion for preliminary injunction. Plaintiffs' motion for preliminary injunction shall be served and filed forthwith.

A hearing on plaintiffs' motion for a preliminary injunction will be convened on **Monday, April 13, 2026, at 9:30 a.m.**, in a courtroom to be assigned in the United States District Courthouse at 222 West 7th Avenue, Anchorage Alaska.

Plaintiffs shall file proof of service of the temporary restraining order and the motion for preliminary injunction forthwith.

DATED at Anchorage, Alaska, this 6th day of April, 2026.

/s/ H. Russel Holland
United States District Judge

---

[1]Docket No. 6.