# DEFENDANT ARCHIE N. GOTTSCHALK'S
# TABLE OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| Exhibit A | "Native Allotment," dated August 24, 1976 |
| Exhibit B | "Deed," dated June 25, 1985 (conveying Lot 6, Block 2 from Donna Gottschalk to Morry Moorcroft and Donnalee Williams) |
| Exhibit C | "Quitclaim Deed," dated February 23, 1993 (conveying Lot 6, Block 2 from Morry Moorcroft and Donnalee Williams to Orin Williams) |
| Exhibit D | "Quit-claim Deed," dated February 23, 1996 (conveying Lot 6, Block 2 from Orin Williams to Orin and Sherril Williams) |
| Exhibit E | "Deed to Restricted Indian Land," dated December 7, 1986 (conveying E1/2 of Lot 7, Block 2 from Donna Gottschalk to Norman N. Anderson) |
| Exhibit F | BIA "Order Determining Heirs," dated March 10, 1995 |
| Exhibit G | BIA "Decision on Remand and Recommended Decision," dated February 4, 2000. |
| Exhibit H | BIA "Decision," dated January 31, 2008 |
| Exhibit I | BIA "Decision," dated April 9, 2024 (Gilbert Max Gottschalk), and BIA "Decision," dated May 28, 2024 (Clayton Wayne Gottschalk) |
| Exhibit J | Letter from Cyril J. Andrews, Jr., BIA Regional Realty Officer, to Mr. Orin D. Williams (Dec. 17, 2024) |

Case 3:26-cv-00107-HRH    Document 11-1    Filed 04/11/26    Page 1 of 2

| | |
|---|---|
| Exhibit K | Letter from Jolene N. John, BIA Acting Regional Director, to Mitchell Heide (May 5, 2025) |
| Exhibit L | Archie Gottschalk, Affidavit of Trespass (Jul. 11, 2023) |
| Exhibit M | BIA Deeds to Restricted Indian Land (Roylene Gottschalk, Michael Gottschalk, Kelsey Slack, Jamie Slack, Jane Gottschalk, and Donna Mae Williams) |
| Exhibit N | Email from Archie Gottschalk to Dianne King, General Manager, Naknek Electric Association (Feb. 2, 2026) |
| Exhibit O | U.S. Department of the Interior, Bureau of Indian Affairs, Title Status Report, Tract AA-6456 (Jan. 21, 2026) |
| Exhibit P | Email from Andy Leman, Counsel for NEA, to Archie Gottschalk (Feb. 23, 2026) |

Case 3:26-cv-00107-HRH    Document 11-1    Filed 04/11/26    Page 2 of 2