AA-6456

## NATIVE ALLOTMENT

IT IS HEREBY CERTIFIED That pursuant to the authority delegated to him by Bureau Order No. 701, as amended November 7, 1975 (40 F.R. 52069) of the Director of the Bureau of Land Management, the Chief, Branch of Lands and Minerals Operations, in the Division of Technical Services, Alaska State Office on July 29, 1976, approved the application, Anchorage Serial Number AA-6456, of Donna M. Gottschalk of Naknek, Alaska, filed pursuant to the Act of May 17, 1906 (34 Stat. 197; 43 U.S.C. 270-1), as amended, for:

Seward Meridian, Alaska
T. 16 S., R. 46 W.,
Section 34, Lots 3, 4, 5 and 6,
$S\frac{1}{2}NE\frac{1}{4}SE\frac{1}{4}$, $S\frac{1}{2}N\frac{1}{2}NE\frac{1}{4}SE\frac{1}{4}$.

Containing 125.56 acres:

Therefore, let it be known that pursuant to the said Act of May 17, 1906, as amended, the land above described shall be deemed the homestead of the allottee and her heirs in perpetuity, and shall be inalienable and nontaxable until otherwise provided by Congress or until the Secretary of the Interior or his delegate, pursuant to the provisions of the said Act of May 17, 1906, as amended, approves a deed of conveyance vesting in the purchaser a complete title to the land.

EXCEPTING AND RESERVING TO THE UNITED STATES

1. A right-of-way thereon for ditches and canals constructed by the authority of the United States. Act of August 30, 1890, 26 Stat. 391; 43 U.S.C. 945;

Certificate No. _50-76-0235_

2. A right-of-way thereon for the construction of railroads, telegraph, and telephone lines, as prescribed and directed by the Act of March 12, 1914, 38 Stat. 305; and

3. All the oil and gas in the land so patented, and to it, or persons authorized by it, the right to prospect for, mine, and remove such deposits from the same upon compliance with the conditions and subject to the provisions and limitations of the Act of March 8, 1922, 42 Stat. 415, as amended and supplemented.

_76-133_

RECORDED - FILED 7:08
_Kvichak_ REC DIST.
_Aug. 24,_ 1976
_4:06_ P. M
U.S. Bureau of Indian Affairs
P.O. Box 120
Anchorage, AK. 99510

_14080_

(SEAL)

By _Robert E. Sorenson_
Robert E. Sorenson
Chief, Branch of Lands
and Minerals Operations

Certificate No. _50-76-0235_