## DEED

THIS INDENTURE, Made and entered into this 25th day of June 1985, One thousand nine hundred and eighty-five, by and between Donna M. Gottschalk, a married woman, of P.O. Box 131, Naknek, Alaska, 99633, party of the first part, and Morry D. Moorcroft, a divorced man, of Box 316, King Salmon, Alaska, 99613, a 1/2 undivided interest, and Donnalee Williams, a divorced woman, of Box 35, King Salmon, Alaska, 99613, a 1/2 undivided interest, parties of the second part:

WITNESSETH, That said party of the first part, for and in consideration of the sum of Eighteen Thousand Six Hundred Twenty-Five Dollars ($18,625.00), in hand paid, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell and convey unto said parties of the second part the following described real estate and premises situated in the State of Alaska to wit:

Lot 6, Block 2, Donna G. Subdivision, Plat 80-7, Kvichak Recording District.

Excepting and Reserving to the United States:

1. A right-of-way thereon for ditches and canals constructed by the authority of the United States. Act of August 30, 1890, 26 Stat. 391; 43 U.S.C. 945; and

2. A right-of-way thereon for the construction of railroads, telegraph, and telephone lines, as prescribed and directed by the Act of March 12, 1914, 38 Stat. 305; and

3. All the oil and gas in the land so conveyed, and to it, or persons authorized by it, the right to prospect for, mine, and remove such deposits from the same upon compliance with the conditions and subject to the provisions and limitations of the Act of March 8, 1922, 42 Stat. 415, as amended and supplemented; 43 U.S.C. 270-11-13.

This conveyance is made pursuant to the Act of May 17, 1906 (34 Stat. 197), as amended by the Act of August 2, 1956 (70 Stat. 954), subject to easements and dedications of record on Plat of Donna G. Subdivision, recorded in the Kvichak Recording District on September 10, 1980; together with all the improvements thereon and the appurtenances thereunto belonging, and the said party of the first part, for herself and her heirs, executors, and administrators, does hereby covenant, promise, and agree to and with the said parties of the second part, their heirs, successors and assigns, that she will forever warrant and defend the said premises against the claim of all persons, claiming or to claim, by, through, or under herself only.

**Exhbit B**
**Page 1 of 2**

-2-

To have and to hold said described premises unto the said parties of the second part, their heirs, successors and assigns, forever.

IN WITNESS WHEREOF, That said party of the first part does hereunto set her hand and seal on the day and the year first-above written.

*Donna M. Gottschalk*
Donna M. Gottschalk

WITNESS:

_____

_____

STATE OF ALASKA      )
                     ) ss:
THIRD JUDICIAL DISTRICT)

The foregoing instrument was acknowledged before me this 25TH day of June, 1985, by Donna M. Gottschalk.

_____
NOTARY PUBLIC, STATE OF ALASKA

My Commission expires: 12-22-86

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
JUNEAU AREA OFFICE

The within deed is hereby approved this 31 day of July, 1985, pursuant to authority delegated in 209 DM 8 and 10 BIAM 3, dated November 17, 1981.

_____
Area Director (ACTING)

85-333

RECORDED - FILED 11
Kvichak REC. DIST.
DATE 8-9 19 85
TIME 3:20 P M
Requested BIA
Address P.O. Box 100120
Anch. ak 99510

Exhbit B
Page 2 of 2