109103

BOOK **25** PAGE **76**
Kvichak Recording District

93-79

RECORDED - ~~FILED~~ 15
KVICHAK REC. DIST.
DATE 2-26 19 93
TIME 8:30 A M
Requested by TRANSALASKA
Address

Quitclaim Deed

93-310

This Quitclaim Deed made on February 22 1993, between
Morry D.Moorcroft and Donnalee Williams, of P.O. Box 35
King Salmon, Alaska 99613 and Orin D. Williams, a divorced
man, of P.O. Box 323 King Salmon, Alaska 99613.
That for and in the consideration of our agreement, the
receipt of which is hereby acknowledged, Morry D. Moorcroft
and Donnalee Williams does hereby release, remise and forever
quitclaim unto Orin D. Williams, all of their interest in
that certain real property commonly known as Orin's home, in
the Donna G. Subdivision, King Salmon, Alaska.

Legal Description
Lot 6, Block 2, Donna G. Subdivision, according to the
official plat thereof, filed under Plat Number 80-7, Records
of the Kvichak Recording District, Third Judicial District,
State of Alaska.

Together with all tenements, hereditaments, and appurtenances
thereunto belonging, and the reversions, remainders, rents,
issue, and profits thereof.

To have and to hold, all and singular the premises, with the
appurtenances, unto Orin D. Williams and his heirs and
assigns forever.

In witness whereof, Morry Moorcroft and Donnalee Williams,
has hereunto this day and year as set forth above.

United States of America State of Alaska
Morry D.Moorcroft and Donnalee Williams

appeared before me on the 22nd. day of February, 1993, at
King Salmon, Alaska. I know them to be the persons described
in and who executed the above instrument. They said they knew
the contents thereof and acknowledged the same to be their
act.

Notary Public for Alaska
My commission expires:

Return to
grantee

Exhibit C
Page 1 of 1