BOOK 28 PAGE 442
Kvichak Recording District

120341

96-685

## QUIT-CLAIM DEED

THE GRANTOR, ORIN D. WILLIAMS, AN UNMARRIED PERSON FOR AND IN
CONSIDERATION OF TEN DOLLARS ($10.00) CONVEYS AND QUIT CLAIMS TO ORIN
D. WILLIAMS AND SHERILL T. WILLIAMS, HUSBAND AND WIFE, THE
FOLLOWING DESCRIBED REAL ESTATE, SITUATED IN THE KVICHAK RECORDING
DISTRICT, STATE OF ALASKA:

LOT 6, BLOCK 2, DONNA G. SUBDIVISION, ACCORDING TO THE OFFICIAL
PLAT THEREOF, FILED UNDER PLAT NUMBER 80-7, RECORDS OF THE
KVICHAK RECORDING DISTRICT, THIRD JUDICIAL DISTRICT, STATE OF
ALASKA.

DATED THIS _28_ DAY OF _March Feb_, 1995.

SIGNED IN THE PRESENCE OF:

_____          _Orin D. Williams_
                                 ORIN D. WILLIAMS

_____          _____

UNITED STATE OF AMERICA}
STATE OF ALASKA       }

I, _WESLEY FOSTER_, NOTARY PUBLIC IN AND FOR THE STATE OF ALASKA,
RESIDING AT _Naknek_, ALASKA DO HEREBY CERTIFY THAT ON THIS _23RD_ DAY OF
_February_, 1996, PERSONALLY APPEARED BEFORE ME ORIN D. WILLIAMS TO ME
KNOWN TO BE THE INDIVIDUAL DESCRIBED IN AND WHO EXECUTED THE WITHIN
INSTRUMENT AND ACKNOWLEDGED THAT HE SIGNED AND SEALED THE SAME AS HIS
FREE AND VOLUNTARY ACT AND DEED FOR THE USES AND PURPOSE THEREIN
MENTIONED.

GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS _23rd_ DAY OF _February_, 1996.

_Wesley Foster Postmaster_
NOTARY PUBLIC IN AND FOR THE
STATE OF ALASKA

MY COMMISSION EXPIRES: _Term_

_Return To_
Grantees
P.O. Box 293
King Salmon, AK. 99613

96 - 77

RECORDED - FILED 15- cc
KVICHAK REC. DIST.
DATE  2.27  19 96
TIME  8:22  A
_____ TT

Exhibit D
Page 1 of 1