BOOK **0018** PAGE **699**

779 29

### DEED TO RESTRICTED INDIAN LAND

THIS INDENTURE, Made and entered into this *7th* day of *December*, One Thousand Nine Hundred and Eighty *Six*___, by and between Donna M. Gottschalk, a married woman, P.O. Box 131, Naknek, Alaska 99633_____, party__ of the first part, and _Norman N. Anderson, a married man, P.O. Box 112,_____ _Naknek, Alaska 99633_____, part y_ of the second part:

WITNESSETH, That said part y__ of the first part, for and in consideration of the sum of Seven thousand two hundred and fifty dollars_____ ($7,250.00____) in hand paid, the receipt of which is hereby acknowledged, does hereby grant, bargain, sell, and convey unto said part y__ of the second part the following-described real estate and premises situated in the State of Alaska, to wit: E½ of Lot 7, Block 2, of the Donna G. Subdivision, located in Section 34, T. 16 S., R. 46 W., Seward Meridian, Alaska

Excepting and reserving to the United States:
1. a right-of-way thereon for ditches and canals constructed by the authority of the United States (Act of August 30, 1890, 26 Stat. 391; 43 U.S.C. 945);
2. a right-of-way thereon for the construction of railroads, telegraph, and telephone lines, as prescribed and directed by the Act of March 12, 1914, 38 Stat. 305; and,
3. all the oil and gas in the land so conveyed, and to it, or persons authorized by it, the right to prospect for, mine, and remove such deposits from the same upon compliance with the conditions and subject to the provisions and limitations of the Act of March 8, 1922, 42 Stat. 415, as amended and supplemented;

together with all the improvements thereon and the appurtenances thereunto belonging. And the said part y__ of the first part, being possessed of a restricted title granted under the provisions of the Act of May 17, 1906 (34 Stat. 197), as amended, does grant said title, subject to restrictions against alienation and taxation, to the part y__ of the second part. This conveyance is made pursuant to the Act of May 17, 1906 (34 Stat. 197), as amended by the Act of August 2, 1956 (70 Stat. 954); and 25 CFR 152.25 (d).

To have and to hold said described premises unto the said part y__ of the second part, _his_ heirs, successors and assigns, forever.

IN WITNESS WHEREOF, That said party__ of the first part _has_ hereunto set _her_ hand and seal on the day and the year first above written.

Donna M. Gottschalk

Kvichak Recording District

**Exhibit E**
**Page 1 of 2**

STATE OF ALASKA )
)  ss:
3rd JUDICIAL DISTRICT )

The foregoing instrument of writing was acknowledged before me this
7th day of December 1986, by Donna M. Gottschalk

Notary Public in and for Alaska

My commission expires on 12-22-90

United States
Department of the Interior
Bureau of Indian Affairs
Juneau Area Office

The conveyance herein shall continue in effect without interrupting
the restrictions against alienation and taxation provided by the Act
of May 17, 1906 (34 Stat. 197), as amended. Subject to these
qualifications, the within deed is approved this 12 day of
December, 1986, pursuant to the authority delegated in 209 DM 8,
and 10 BIAM 3.1, dated November 17, 1981.

acting Area Director, Juneau Area Office

Return to: Bristol Bay Native Association
Realty
P.O. Box 310
Dillingham, Alaska 99576

RECORDED
BUREAU OF INDIAN AFFAIRS
1986 DEC 18 PM 2: 37
TITLE PLANT
ANCHORAGE, ALASKA
779 29

87-77

RECORDED - FILED 13
KVICHAK REC. DIST.
DATE Feb 12, 1987
TIME 1:33 P M
Brist Bay
Native Corp

Kvichak   Recording District