2008-000062-0

A
L
A
S
K
A

Recording Dist: 310 - Kvichak
3/4/2008 1:51 PM Pages: 1 of 5





UNITED STATES DEPARTMENT OF THE INTERIOR
OFFICE OF HEARINGS AND APPEALS
PROBATE HEARINGS DIVISION
420 L STREET, SUITE 300
ANCHORAGE, AK 99501
(907) 271-4155

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF | ) | PROBATE NO. P000048454IP |
| | ) | |
| GEORGE F. GOTTSCHALK, JR., 979A003265, | ) | DECISION |
| | ) | |
| DECEASED ESKIMO | ) | |

Pursuant to Notice duly served and posted as required at 43 CFR § 4.211 and § 4.212, hearings in this matter were held in Dillingham, Alaska, on December 20, 2007 and in Anchorage, Alaska on January 24, 2008 to determine the validity of the last will and testament of **GEORGE F. GOTTSCHALK, JR., 979A003265,** deceased Eskimo (Decedent), and to settle his trust and restricted property estate.

Findings and Conclusions based upon the evidence adduced are as follows:

1. **GEORGE F. GOTTSCHALK, JR., 979A003265,** whose last residence was in the State of Alaska, was born on August 22, 1949, and died in Dillingham, Alaska, on July 8, 2006.

2. Decedent was survived by his wife and son.

3. Decedent died possessed of an interest in certain trust or restricted property in the State of Alaska, listed on the inventory attached, and other reporting documents.

4. Had there been no will, decedent's heirs at law would be determined in accordance with the statutes of descent of the State of Alaska, ALASKA STAT. ANN § 13.12.102, as follows:

| Name | DOB | Relationship | Share |
|---|---|---|---|
| Jane Gottschalk | 10/26/1950 | spouse | $100,000 & ½ remainder |
| Clayton W. Gottschalk | 11/23/1969 | son | ½ remainder |

5. A Last Will of the Decedent executed on May 13, 2006 and self-proving affidavits bearing the same date have been filed in the proceeding. Decedent's wife questioned whether there had been an exchange of wills after Decedent signed it in her

**Exhibit H**
**Page 1 of 5**

presence. She remembered that their house was being left solely to her and, in the Will submitted to this probate, the house is devised to her and Archie Gottschalk and Clayton Gottschalk. Although the house is not part of the restricted estate, if true, this allegation would affect the validity of the entire Will. At the supplemental hearing, testimony was received from Samuel Fortier, Esquire, the will scrivener. His records, including drafts of the Will and handwritten notes, reflect that the Will received in this probate is identical in relevant terms to the earlier drafts. Mr. Fortier's testimony confirms that the Will, which was submitted in this matter, is the Will which he drafted and read to the Decedent; and that there was no will to his knowledge that left the house solely to the wife. I find that there was no proof of fraud or trickery and that the Will of May 13, 2006 is the Last Will and Testament of Decedent. Decedent's will was properly executed and at the time of its execution the Decedent possessed testamentary capacity and acted free of undue influence. Accordingly, the will should be and hereby is approved. In accordance with the terms of the will, all of the Decedent's interest in and to the estate that is subject to this proceeding shall be distributed as follows:

### a. Inherited Interest in Native Allotment AA-6465, to share and share alike, to:

| Name | DOB | Relationship | Share |
|---|---|---|---|
| Jane Gottschalk | 10/26/1950 | spouse | 1/3 |
| Clayton W. Gottschalk | 11/23/1969 | son | 1/3 |
| Archie Gottschalk | 09/12/1950 | brother | 1/3 |

### b. All the rest and residue of his restricted estate to:

| Name | DOB | Relationship | Share |
|---|---|---|---|
| Jane Gottschalk | 10/26/1950 | spouse | 1/1 |

In his Will, Decedent refers to a pending Native allotment. That application has been denied but the family believes the denial may be under appeal. If the denial is overturned, under the Will this Native allotment was left to Jane Gottschalk, Clayton W. Gottschalk and Archie Gottschalk.

6. The Decedent's devisees are Eskimo and citizens of the United States.

7. No claims have been filed against this estate.



2 of 5

2008-000062-0

## ORDER

NOW, THEREFORE, by virtue of the power and authority vested in the Secretary of the Interior by Section 1 of the Act of June 25, 1910, as amended, 25 USC § 372 (1970), and other applicable statutes, and pursuant to 43 CFR Part 4, it is hereby ORDERED:

The Superintendent or other officer in charge shall distribute the estate according to the findings and conclusions herein.

This decision is final for the Department unless a petition for rehearing is timely filed in accordance with 43 CFR § 4.241 within 60 days from the date hereof as set forth in the notice attached hereto.

Dated at Anchorage, Alaska, JAN 3 1 2008

REGINA L. SLEATER
Indian Probate Judge

08 FEB -7 AM 8: 08
BUREAU OF INDIAN AFFAIRS
ALASKA REGIONAL OFFICE

RECORDED
AK TITLE
SERVICES CENTER

3 of 5
2008-000062-0

Case 3:26-cv-00107-HRH    Document 11-9    Filed 04/11/26    Page 3 of 5

## INVENTORY AND APPRAISEMENT OF RESTRICTED LANDS
### OF
## GEORGE FREDERICK GOTTSCHALK, JR, DECEASED ALASKA NATIVE
### OF THE STATE OF ALASKA

According to the records of the Bureau of Indian Affairs, West-Central Alaska Agency, Anchorage, Alaska, George Frederick Gottschalk, Jr., deceased Alaska Native at the time of his death, July 8, 2006, was possessed of the following restricted lands in Alaska:

| | |
|---|---|
| Inherited Interest in Restricted Native Allotment Number 979 AA-6456<br><br>Original owner: Donna M Gottschalk<br>Probate No. SA 126N-94<br><br>Improvements: One 1,360 sq. ft. 2 deck, 3 bedroom house built in 1960 with electricity, well and septic. The house is currently occupied. There is a 8X12 green house, a 10X12 partially finished smoke house and a 10X12 storage shed built circa 1960. No other structures on land.<br><br>Native Allotment Estimated: $475,000.00<br><br>Improvements Estimated:   $ 50,000.00<br><br>TOTAL:                           $525,000.00 | The above described decedent acquired interests in Restricted Native Allotment number **AA-6465** described as: Lots 4 & 5, Block 1, Lot 5 and the west half of Lot 7, Block 2, Donna G. Subdivision; Lots 1-7 and 9-12, Block 3, Lots 3,4,9 and 11-13, Block 4, Lots 1-3 and 5, Block 5, Tracts A and B, Donna G. II Subdivision; and Government Lot 3 less the east 330 feet, Section 34, Township 16 S., Range 46 W., Seward Meridian, Alaska. KVICHAK RECORDING DISTRICT<br><br>Inherited 1/6 Direct from Donna M. Gottschalk, SA 126N-94<br><br>Interest: 1/6<br><br>Decedents Interest:                $87,500.00 |

**TOTAL ESTIMATED REAL PROPERTY
VALUE OF DECEDENT'S ESTATE:**                                          **$ 87,500.00**

I certify that the foregoing is an accurate inventory, according to the records of the Bureau of Indian Affairs, West-Central Alaska Agency, Anchorage, Alaska. That the certified restricted real property or interest therein, was owned by George Frederick Gottschalk, Jr., deceased Alaska Native, at the time of his death on July 8, 2006. The value shown in this inventory is an estimate at the time of George Frederick Gottschalk, Jr.'s death.   It may not necessarily represent the present market value of the property.   Further investigation of values should be made before entering into any negotiations involving this property.   This estimate was prepared by the Bureau of Indian Affairs, West-Central Alaska Agency staff, and is to be used for probate purposes only.

Dated this _____8_____ day November 2007.

**RECEIVED**

NOV 1 4 2007

Office of Hearing and Appeals
Probate Hearings Division

_Rose M. Brady_

Rose M. Brady, Regional Realty Officer
Alaska Region

4 of 5
2008-000062-0

IN REPLY REFER TO:
(ATSC) WW/jav

# UNITED STATES
# DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
ALASKA REGION
ALASKA TITLE SERVICES CENTER
3601 C Street, Suite 1100
Anchorage, Alaska 99503-5947
(907) 271-1448 FAX (907) 271-4801

    THIS IS TO CERTIFY that the foregoing **DECISION, P000048454,** is a full, true and correct copy, of the original as the same appears in the records and files, of the Bureau of Indian Affairs, Alaska Title Services Center.

    IN WITNESS WHEREOF, I have hereunto set my hand on February 7, 2008 at Anchorage, Alaska.

_Wanita Walker_

Wanita Walker
*Acting,* Supervisory Realty Specialist

RETURN TO:      **Alaska Regional Office**
**ATTN: Realty**
**3601 "C" Street, Suite 1100**
**Anchorage, AK  99503**

KVICHAK RECORDING DISTRICT

5 of 5
2008-000062-0