

# United States Department of the Interior

### OFFICE OF HEARINGS AND APPEALS
### Probate Hearings Division
1011 INDIAN SCHOOL RD., NW
OFFICE 322
ALBUQUERQUE, NM 87104
(844) 667-0464
(505) 563-5341 (Fax)

IN THE MATTER OF THE ESTATE OF:
**GILBERT MAX GOTTSCHALK**

Deceased Alaska Native
Identification No.: 979U000513

**PROBATE T000132165**

**DECISION**

After notice served and posted as required by 43 C.F.R., Part 30, a telephonic hearing in this matter was held on November 16, 2023 to determine the heirs and settle the trust or restricted property estate of Gilbert Max Gottschalk, deceased Alaska Native.

My Findings and Conclusions based upon the evidence of record are as follows:

1. <u>Decedent.</u> Gilbert Max Gottschalk, whose last residence was in the State of Alaska, was born on November 13, 1955 and died intestate on May 03, 2015.

2. <u>Estate Property.</u> Decedent died owning interests in trust or restricted property under the jurisdiction of the Secretary of the Interior. There may have been funds in or due and payable to Decedent's Individual Indian Money ("IIM") account as of the date of death. However the balance of those funds must be verified by the Bureau of Trust Funds Administration prior to distribution. Any such funds shall be distributed as provided in this decision.

3. <u>Will.</u> No last will and testament was submitted for probate and there is no substantial evidence to conclude that Decedent executed a will.

4. <u>Heirs.</u> As of the date of death the Decedent was unmarried. He was survived by his two daughters, as shown below. Decedent's heirs at law and the distribution of the estate are determined in accordance with the intestate succession laws of the State of Alaska, Alaska Statutes § 13.12.103(1), the restricted real property and any IIM account funds in the Decedent's estate shall be distributed to:

| Name | Date of Birth | Relation to Decedent | Share | Eligible[1] |
|---|---|---|---|---|
| JAIME MARIE SLACK | 10/30/1985 | DAUGHTER | 1/2 | Y |
| KELSEY ANNE SLACK | 04/13/1989 | DAUGHTER | 1/2 | Y |

---

[1] Yes or No, See 25 U.S.C. § 2201(9), 43 C.F.R. § 30.101 for definition.

1

**Exhibit I**
**Page 1 of 10**

**ESTATE OF**　　　　　　　　　　　　　　　　　**CASE NO:**
**GILBERT MAX GOTTSCHALK**　　　　　　　　　**T000132165**

**PARTICULAR NOTICE IS GIVEN TO PARTIES NAMED BELOW.**

| | |
|---|---|
| JAIME MARIE SLACK | 4144 WEST POINSETTIA DRIVE, PHOENIX, AZ 85029 |
| KELSEY ANNE SLACK | 1121 SOUTH PARK ROAD APT 305, HOLLYWOOD, FL 33021 |
| ARCHIE GOTTSCHALK | 8917 NORTHWOOD PARK CIRCLE, EAGLE RIVER, AK 99577 |
| ALASKA REGION BIA REGIONAL REALTY | 3601 C ST SUITE 1200 MC-304, ANCHORAGE, AK 99503-5947 |
| BIA LTRO ALASKA | 3601 C ST SUITE 1200 MC-302, ANCHORAGE, AK 99503-5947 |
| ALASKA REGION BIA PROBATES & ESTATE SERVICES | 3601 C ST - SUITE 1200 - MC 303, ANCHORAGE, AK 99503-5947 |
| BRISTOL BAY NATIVE ASSOCIATION | LAND MANAGEMENT SERVICES PO BOX 310, DILLINGHAM, AK 99576-0310 |

5. <u>Claims.</u> No claims have been filed against this estate.

## ORDER

By the authority vested in the Secretary of the Interior by 25 U.S.C. §§ 372 and 373 as amended, and other applicable statutes, and pursuant to 43 C.F.R. part 30, it is hereby **ORDERED:**

The Superintendent or other officer in charge shall distribute the estate according to the findings and conclusions in this Decision.

Under 43 C.F.R. §§ 30.232 and 30.234, no written transcript of the hearing was made, the names of those persons who attended the hearing are set forth on the Attendance Roster included in the record, the verbatim recording of the hearing will be retained until the appeal period has expired. I certify that this decision is based upon all the evidence of record in this matter.

This decision is final for the Department unless a petition for rehearing is properly filed in accordance with 43 C.F.R. § 30.238 (76 FR 7500, 7508, February 10, 2011) within thirty (30) days from the date of this Decision as set forth in the attached notice.

Done at Albuquerque, NM on   **APR 0 9 2024**

X *Mary Thorstenson*

Mary P. Thorstenson
Deputy Chief Judge
Signed by: Office of the Secretary of the Interior

2

**Exhibit I**
**Page 3 of 10**

```
---- OWNER ----      BIRTHDATE:  11/13/1955    DEATHDATE:   05/03/2015
 TRB  CL   NUMBER
 979  U    000513
```

```
--------------------------------- NAMES OR ALIASES ---------------------------------
LAST NAME                          FIRST NAME                 MIDDLE NAME
GOTTSCHALK                         GILBERT                    MAX
GOTTSCHALK                         GILBERT
GOTTSCHALK ESTATE                  GILBERT                    MAX
```

```
  ---- TRACT ID ----      TITLE                                         --- DATE OF LAST ---
LAC  PFX  NUMBER  SFX     PLANT                                         EXAM DATE  VERIFY DATE
979  AA   6456            ANCHORAGE, AK      BRISTOL BAY     Both (Except O & G)  03/28/2023  03/28/2023
                                            LAND AREA       RESOURCES

     DONNA M GOTTSCHALK
```

| SEC | TOWNSHIP | RANGE | COUNTY | ST | MERIDIAN | LEGAL DESCRIPTION | SECTION ACRES | CUMULATIVE ACRES |
|-----|----------|-------|--------|-----|----------|-------------------|---------------|------------------|
| 34 | 016.00S | 046.00W | KVICHAK | AK | Seward | LOT 3 | 22.600 | 22.600 |

DESCRIPTION:

All of Government Lot 3, section 34, township 16 south, range 46 west, Seward Meridian,
Alaska, the plat of which was accepted on May 10, 1961, EXCEPT: the easterly 330 feet,
described in a Clerk's Deed, in Book 18, Pages 238-239, Kvichak Recording District,
Alaska, and in the Bureau of Indian Affairs Land, Title and Records Office as document No.
979 6879, containing approximately 11 acres.  The remainder portion of said Lot 3 contains
approximately 22.6 acres.

```
                                             TOTAL SECTION ACRES:   22.600     22.600

                                                                            CUMULATIVE
                                                                    ACRES      ACRES
  STATE: AK  COUNTY: KVICHAK       LOT: 4   BLOCK: 1   SUB-DIVISION:       USS: X   0.999     0.999
```

Lot 4, Block One, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska.
Containing .999 acres.

```
  STATE: AK  COUNTY: KVICHAK       LOT: 5   BLOCK: 1   SUB-DIVISION:       USS: X   1.000     1.999
```

Lot 5, Block One, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska.
Containing 1.000 acre.

```
  STATE: AK  COUNTY: KVICHAK       LOT: 5   BLOCK: 2   SUB-DIVISION:       USS: X   1.003     3.002
```

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska.
Containing 1.003 acre.

```
  STATE: AK  COUNTY: KVICHAK       LOT: 7   BLOCK: 2   SUB-DIVISION:       USS: X   0.502     3.504
```

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording  District,
Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian
Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700
of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat
No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

```
  STATE: AK  COUNTY: KVICHAK       LOT: 4   BLOCK: 3   SUB-DIVISION:       USS: X   1.000     4.504
```

Lot 4, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.0000 acre.

```
  STATE: AK  COUNTY: KVICHAK       LOT: 3   BLOCK: 3   SUB-DIVISION:       USS: X   1.000     5.504
```

Lot 3, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.0000 acre.

```
  STATE: AK  COUNTY: KVICHAK       LOT: 10  BLOCK: 3   SUB-DIVISION:       USS: X   1.000     6.504
```

Lot 10, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recoding District, Alaska.
Containing 1.0000 acre.

```
  STATE: AK  COUNTY: KVICHAK       LOT: 5   BLOCK: 3   SUB-DIVISION:       USS: X   0.992     7.496
```

Lot 5, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing .9920 acre.

**Exhibit I**
**Page 4 of 10**

|  |  |  |  |  |  | ACRES | CUMULATIVE ACRES |
|---|---|---|---|---|---|---|---|
| STATE: AK | COUNTY: KVICHAK | LOT: 12 | BLOCK: 3 | SUB-DIVISION: | USS: X | 1.057 | 8.553 |

Lot 12, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.0574 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 11 | BLOCK: 3 | SUB-DIVISION: | USS: X | 1.000 | 9.553 |

Lot 11, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.0000 acre.

| STATE: AK | COUNTY: KVICHAK | LOT: 1 | BLOCK: 3 | SUB-DIVISION: | USS: X | 1.057 | 10.610 |

Lot 1, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.0571 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 2 | BLOCK: 3 | SUB-DIVISION: | USS: X | 1.000 | 11.610 |

Lot 2, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.0000 acre.

| STATE: AK | COUNTY: KVICHAK | LOT: 9 | BLOCK: 3 | SUB-DIVISION: | USS: X | 1.000 | 12.610 |

Lot 9, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.0000 acre.

| STATE: AK | COUNTY: KVICHAK | LOT: 7 | BLOCK: 3 | SUB-DIVISION: | USS: X | 1.046 | 13.656 |

Lot 7, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.0458 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 6 | BLOCK: 3 | SUB-DIVISION: | USS: X | 1.045 | 14.701 |

Lot 6, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.0447 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 3 | BLOCK: 4 | SUB-DIVISION: | USS: X | 2.306 | 17.007 |

Lot 3, Block 4, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 2.3057 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 12 | BLOCK: 4 | SUB-DIVISION: | USS: X | 2.640 | 19.647 |

Lot 12, Block 4, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 2.6398 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 9 | BLOCK: 4 | SUB-DIVISION: | USS: X | 2.482 | 22.129 |

Lot 9, Block 4, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 2.4820 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 11 | BLOCK: 4 | SUB-DIVISION: | USS: X | 2.636 | 24.765 |

Lot 11, Block 4, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 2.6361 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 13 | BLOCK: 4 | SUB-DIVISION: | USS: X | 3.406 | 28.171 |

Lot 13, Block 4, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 3.4066 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 4 | BLOCK: 4 | SUB-DIVISION: | USS: X | 3.044 | 31.215 |

Lot 4, Block 4, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 3.0444 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 3 | BLOCK: 5 | SUB-DIVISION: | USS: X | 1.426 | 32.641 |

Lot 3, Block 5, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.4264 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 5 | BLOCK: 5 | SUB-DIVISION: | USS: X | 1.389 | 34.030 |

Lot 5, Block 5, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.3892 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 1 | BLOCK: 5 | SUB-DIVISION: | USS: X | 1.013 | 35.043 |

Lot 1, Block 5, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.0127 acres.

| STATE: AK | COUNTY: KVICHAK | LOT: 2 | BLOCK: 5 | SUB-DIVISION: | USS: X | 1.282 | 36.325 |

|  |  | CUMULATIVE |
|  | ACRES | ACRES |

Lot 2, Block 5, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska.
Containing 1.2820 acres.

STATE: AK   COUNTY: KVICHAK        LOT: TR A BLOCK: X   SUB-DIVISION:         USS: X      10.767      47.092

Tract A, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska. Containing
10.7665 acres.

STATE: AK   COUNTY: KVICHAK        LOT: TR B BLOCK: X   SUB-DIVISION:         USS: X       0.692      47.784

TR B, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska. Containing
0.6920 acres.

TOTAL LOT BLOCK SUB-DIVISION ACRES:    47.784      47.784

TOTAL TRACT ACRES:        70.384

| - OWNER - | --- DOCUMENT --- | NAME IN WHICH | | TOTAL ESTIMATE |
| TYP  OT  INT CLS  TYP  NUMBER | | FIRST ACQUIRED | FRACTION ACQUIRED | VALUE |
| I   R   A  1]  IT  SA126N94 | | GOTTSCHALK | 1 | |
| | | GILBERT | 6 | |

Acquired From 979A002649
            GOTTSCHALK, DONNA M.

$_____

| INDIVIDUAL SHARE | AGGREGATE SHARE | AGGREGATE |
| MONETARY VALUE | CONVERTED TO LCD | DECIMAL |
| | 1 | |
| $_____ | 6 | .1666666667 |

Exhibit I
Page 6 of 10

Case 3:26-cv-00107-HRH    Document 11-10    Filed 04/11/26    Page 6 of 10

TOTAL MONETARY VALUE:   SURFACE $_____ MINERAL $_____ BOTH $_____

OVERALL TOTAL MONETARY VALUE: $_____

## CERTIFICATION OF VALUE

THE VALUE STATED IN THIS INVENTORY IS AN ESTIMATE AND DOES NOT NECESSARILY
REPRESENT THE PRESENT FAIR MARKET VALUE OF THE PROPERTY.  FURTHER INVESTIGATION
OF THE VALUE MUST BE MADE BEFORE ENTERING INTO ANY NEGOTIATIONS OR CONTRACTS
INVOLVING THESE PROPERTIES.

_____
CERTIFYING OFFICER'S LOCATION

_____        _____
         DATE                       CERTIFYING OFFICER

LEASES (ADDITIONAL LEASES ON SEPARATE PAGE):

| LEASE NUMBER | EXPIRATION DATE | ANNUAL SHARE($) |
|---|---|---|
| - - - - - - - - - - - | - - - - - - - - | - - - - - - - - |
| - - - - - - - - - - - | - - - - - - - - | - - - - - - - - |
| - - - - - - - - - - - | - - - - - - - - | - - - - - - - - |
| - - - - - - - - - - - | - - - - - - - - | - - - - - - - - |
| - - - - - - - - - - - | - - - - - - - - | - - - - - - - - |

## CERTIFICATION OF TITLE

IT IS HEREBY CERTIFIED THAT THE FOREGOING IS AN ACCURATE INVENTORY ACCORDING
TO THE RECORDS OF THE LAND TITLES AND RECORDS OFFICES OF THE BUREAU OF INDIAN
AFFAIRS OF THE TRUST OR RESTRICTED INTERESTS OWNED BY THE ABOVE-NAMED DECEDENT
AT THE TIME OF HIS DATE OF DEATH, MAY 3, 2015.

05/15/2023                              On Behalf of LTRO Manager:
_____        _____
     DATE                       LAND TITLES AND RECORDS OFFICE

* * * * END OF REPORT * * * *

Exhibit I
Page 7 of 10



# United States Department of the Interior
## OFFICE OF HEARINGS AND APPEALS
### Probate Hearings Division
1011 INDIAN SCHOOL RD., NW, OFFICE 322
ALBUQUERQUE, NM 87104
(844) 667-0464
(505) 563-5341

IN THE MATTER OF THE ESTATE OF:       :
**CLAYTON WAYNE GOTTSCHALK**      :
     :
Deceased Alaska Native       :      **PROBATE T000199892**
Identification No.: 979U004013       :
     :      **DECISION**

        After notice served and posted as required by 43 C.F.R., part 30, a telephonic hearing in this matter was held on November 16, 2023 to determine the heirs and settle the trust and restricted property estate of Clayton Wayne Gottschalk, deceased Alaska Native.

        My Findings and Conclusions based upon the evidence of record are as follows:

        1. <u>Decedent.</u> Clayton Wayne Gottschalk, whose last residence was in the State of Alaska, was born on November 23, 1969 and died on August 26, 2022.

        2. <u>Estate Property.</u> Decedent died owning interests in trust or restricted property under the jurisdiction of the Secretary of the Interior. There may have been funds in or due and payable to Decedent's Individual Indian Money ("IIM") account as of the date of death. However the balance of those funds must be verified by the Bureau of Trust Funds Administration prior to distribution. Any such funds shall be distributed as provided in this decision.

        3. <u>Will.</u> No last will and testament was submitted for probate and there is no substantial evidence to conclude that Decedent executed a will.

        4. <u>Heirs.</u> As of date of death the Decedent was unmarried, he had one child that died before him without issue and both of Decedent's parents predeceased him. Decedent was survived by his aunts and uncles, as shown below. Decedent's heirs at law and the distribution of the estate are determined in accordance with the intestate succession laws of the State of Alaska, Alaska Statutes § 13.12.103(3) and 13.12.106(c)(1), the restricted real property and any IIM account funds in the Decedent's estate shall be distributed to:

| Name | Date of Birth | Relation to Decedent | Share | Eligible[1] |
|---|---|---|---|---|
| ARCHIE GOTTSCHALK | 09/12/1950 | UNCLE | 1/5 | Y |
| GLENDA GAIL WILLIAMS | 06/17/1952 | AUNT | 1/5 | Y |

---

[1] As an Alaska Native, the heirs are eligible to inherit property in trust or restricted status.

1

**Exhibit I**
**Page 8 of 10**

| Name | Date of Birth | Relation to Decedent | Share | Eligible[1] |
|---|---|---|---|---|
| ROYLENE ANN GOTTSCHALK | 06/05/1959 | AUNT | 1/5 | Y |
| MICHAEL LANCE GOTTSCHALK | 04/11/1965 | UNCLE | 1/5 | Y |
| Children of predeceased Uncle Gilbert Max Gottschalk DOD 05/03/2015 | | | | |
| JAIME MARIE SLACK | 10/30/1985 | DISTANT RELATIVE | 1/10 | Y |
| KELSEY ANNE SLACK | 04/13/1989 | DISTANT RELATIVE | 1/10 | Y |

5. <u>Claims.</u> No claims have been filed against their estate.

## ORDER

By the authority vested in the Secretary of the Interior by 25 U.S.C. § 372 and 373 as amended, and other applicable statutes, and pursuant to 43 C.F.R. part 30, it is hereby **ORDERED:**

The Superintendent or other officer in charge shall distribute the estate according to the findings and conclusions in this Decision.

Under 43 C.F.R. § 30.232 and 30.234, no written transcript of the hearing was made, the names of those persons who attended the hearing are set forth on the Attendance Roster included in the record, the verbatim recording of the hearing will be retained until the appeal period has expired. I certify that this decision is based upon all the evidence of record in this matter.

This decision is final for the Department unless a petition for rehearing is properly filed in accordance with 43 C.F.R. § 30.238 (76 FR 7500, 7508, February 10, 2011) within thirty (30) days from the date of this Decision as set forth in the attached notice.

Done at Albuquerque, NM on **MAY 2 8 2024**

X *Mary Thorstenson*
_____
Mary P. Thorstenson
Indian Probate Judge
Signed by: Office of the Secretary of the Interior

gc

2

**ESTATE OF**
**CLAYTON WAYNE GOTTSCHALK**

**CASE NO:**
**T000199892**

### PARTICULAR NOTICE IS GIVEN TO PARTIES NAMED BELOW.

| | |
|---|---|
| ARCHIE GOTTSCHALK | 8917 NORTHWOOD PARK CIRCLE, EAGLE RIVER, AK 99577 |
| BIA LTRO ALASKA | 3601 C ST SUITE 1200 MC-302, ANCHORAGE, AK 99503-5947 |
| ALASKA REGION BIA PROBATES & | 3601 C ST - SUITE 1200 - MC 303, ANCHORAGE, AK 99503-5947 |
| ALASKA REGION BIA REGIONAL REALTY | 3601 C ST SUITE 1200 MC-304, ANCHORAGE, AK 99503-5947 |
| BTFA - ALASKA REGION | P.O. BOX 26928, ALBUQUERQUE, NM 87125-6928 |
| MICHAEL LANE GOTTSCHALK | P.O. BOX 125, NAKNEK, AK 99633 |
| ROYLENE ANN GOTTSCHALK | P.O. BOX 38, NAKNEK, AK 996331 |
| GLENDA GAIL WILLIAMS | 21678 JEFFERSON BEACH RD., KINGSTON, WA 98346 |
| JAMIE MARIE SLACK | 4144 WEST POINSETTIA DR., PHOENIX, AZ 85029 |
| KELSEY ANN SLACK | 16050 CLEVELAND ST. #224, REDMOND, WA 98052 |

- 3 -