Attach. Timeline 1.



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
ALASKA REGION
3601 "C" Street, Suite. 1100
Anchorage, Alaska  99503-5947
(907) 271-4104
1-800-645-8465, Extension 2, press 1(toll free)

IN REPLY REFER TO:
Real Estate Services
MC-304

DEC 17 2014

Certified Mail-Return Receipt Requested No. 7012 2920 0000 6725 7594

Mr. Orin D. Williams
P.O. Box 293
King Salmon, Alaska 99613

SUBJECT:  Boundary Verification, Lot 7, Block 2, Donna G Subdivision (Plat 87-7, Kivchak)

Dear Mr. Williams:

It has come to the attention of the Bureau of Indian Affairs that your big shop/garage building probably intrudes onto the adjacent parcel owned by the Heirs of Donna Gottschalk. The long term use of a parcel held in restricted status needs a lease and approval by both the Bureau of Indian Affairs, and all the landowners. Our records were checked and no approval or request for a lease has ever been sought.

Do you have information that verifies the location of your structural improvements and other personal property? The situation described by the landowners has now clouded the title of both your property, and the Heirs of Donna Gottschalk's restricted parcel. We want to resolve this matter so that the title clouds can be cleared for the benefit of both yourself, and the Heirs of Donna Gottschalk. Attending to this problem is in the best interest of all involved.

The restricted parcel described is under the jurisdiction of the Federal Government and its administrative agency, the Bureau of Indian Affairs. The Bureau of Indian Affairs has a trust responsibility to Native landowners, and has the legal authority to protect the restricted land from unauthorized use, alienation, and/or encumbrance.

At your earliest convenience, please contact Donna Kerrigan, Rights Protection Specialist, at (907) 271-1681. Our office also has a toll free number listed at the top of this letter.

Sincerely,

Cyril J. Andrews, Jr.
Regional Realty Officer

Enclosure: Aerial View of Area of Concern
cc: Heirs of Donna Gottschalk

**Exhibit J**
**Page 1 of 2**

Gottschalk Lot 7, Block 2



**Exhibit J**
**Page 2 of 2**