# United States Department of the Interior
## BUREAU OF INDIAN AFFAIRS
Alaska Regional Office
3601 C Street, Suite 1200
Anchorage, Alaska 99503

IN REPLY REFER TO
Real estate Services MC-304

MAY 0 5 2025

Certified Mail-Return Receipt Requested

Mitchell Heide
P.O. Box 792
King Salmon, Alaska 99613

Dear Mr. Heide:

This is a Notice of Trespass and Cease-and-Desist order to halt all use of property you have not been authorized to use that belongs to the Heirs of Donna Gottschalk, described as Block 2, Lot 5 and the west ½ of Lot 7. The referenced allotment was conveyed to the original owner, Donna G. Gottschalk, under the Alaska Native Allotment Act of May 17, 1906, 34 Stat. 197, amended August 2, 1956, 70 Stat. 954, and is under the jurisdiction of the Federal Government and its administrative agency, the Bureau of Indian Affairs (BIA). The BIA has a trust responsibility to protect restricted land from unauthorized use, alienation, and/or encumbrance.

We understand that you have may have purchased the property from Orin Williams (Lot 6) and as a result acquired a matter of **unauthorized use of the Gottschalk properties**. According to the Alaska Statues Sec. 11.46.320, Sec. 11.46.330, and Sec. 11.46.350, notice is hereby given to cease and desist trespassing on a private Native Allotment held in restricted status by the Heirs of Donna G Gottschalk.

You are hereby notified that this unauthorized use places you in trespass and you must stop your encroachment upon this land. You are permitted to remove all personal property which you acquired with your purchase or have placed upon this parcel **within 15 days of receipt of this letter**. Failure to adhere to this will result in further legal action against you for this encroachment. If you require additional time, please contact our offices immediately to discuss your plans and time needed, if it is reasonable, we will inform you of that understanding then. After you have removed all personal property from the Gottschalk land, please notify this office of that fact so we may document your compliance with this Notice. At that time, we can also discuss resolution of the unauthorized uses which cannot easily be removed from this property, i.e. your structures and foundations. There are options to consider, and we will discuss those with you only after you comply with the actions listed above.

Within 10 working days of receiving this Notice, please contact Joseph Hart, Supervisory Realty Specialist at (907) 271-1743 to discuss your plans to resolve this matter. Thank you and we look forward to hearing from you.

Sincerely,

LYNN POLACCA  Digitally signed by LYNN POLACCA
Date: 2025.05.05 16:26:52 -08'00'  **ACTING**

Jolene N. John
Regional Director

Enclosure(s)
cc:  Jo and Archie Gottschalk
Jeff Elbie, Chief of Police, King Salmon, Alaska

**Exhibit K
Page 1 of 13**



## Donna G. – trespass
## Block 2, West ½ Lot 7
## April 24-26, 2025

### Slide 1 of 10 – April 30, 2025
#### (Sent to BIA Realty)

- Trespass related photos taken by Archie Gottschalk.
- Trespassers:  Orin Williams, Mitchell Heide & Stacey C. Stone, Attorney (representing Orin W.) See attached contact info.



## Slide 2



- Chief of Bristol Bay Borough Police Dept., blue vehicle.
- Chief in dark clothing walking behind Mitchell Heide, trespasser. Walking towards Archie, as he was talking photos of trespass activity on parcel.

## Donna G. – trespass
## Block 2, West ½ Lot 7
## April 24-26, 2025

### Slide 1 of 10 – April 30, 2025
### (Sent to BIA Realty)

- Trespass related photos taken by Archie Gottschalk.
- Trespassers: Orin Williams, Mitchell Heide & Stacey C. Stone, Attorney (representing Orin W.) See attached contact info.



## Slide 3

Pictures of monuments of survey:   Two monuments of West ½ of Lot 7, Block 2, Donna G. Subdivision of the record of survey of Plat 20-15-13, Kvichak Recording District, State of Alaska. As recorded 12/20/2015.

MON  E
(West monument of trespassed lot on north line)



MON F
(East corner monument of trespassed lot on north line)



# Slide 4

Main front trespass, 2 story building garage door w/added lean-to on left & smaller door. Concrete mixer, vehicles.





Exhibit K
Page 7 of 13

## Slide 5

Miscellaneous junk, old timbers, tires, view of building, etc.







**Exhibit K**
**Page 8 of 13**

## Slide 6

Miscellaneous junk, equipment, stacked items, trucks





**Exhibit K**
**Page 9 of 13**

## Slide 7
Load Max trailer, trucks (old dump truck sunk into ground), heavy equipment




**Exhibit K**
**Page 10 of 13**

# Slide 8  Close-ups of old dump truck & heavy equipment, shipping van, old blue engine







**Exhibit K**
**Page 11 of 13**

## Slide 9 Vehicles, old timbers, equipment, gas tank





**Slide 10** Electric meter, wires to back of trespass building w/lean-to; Starlink hookup. Copy of Naknek Electric installation application.

