# AFFIDAVIT OF TRESPASS

-submitted to AKRealty@bia.gov with copies to Cyril Andrews and Donna Kerrigan, BIA this day, July 11, 2023.

I, Archie N. Gottschalk, being first duly sworn on oath declare that: I am a resident of Eagle River, Alaska and I am 72 years of age. I am making this voluntary statement involving the following trust land parcels within Native Allotment No. AA-6456: Lots 5 and 7, Block 2, Donna G. Subdivision, (Plat 80-7, Kvichak Recording District, 3rd Judicial District, State of Alaska).

My family is currently going through BIA probate process to distribute the trust lands of Donna Mae Gottschalk's Native allotment lands located in Naknek, Alaska. My wife and I are representing myself and the other family heirs to complete the distribution of trust lands within our mother's estate.

Trespass: There is a trespass issue that needs to be resolved—the encroachment on Lots 5 and 7, Block 2, Donna G. Subdivision (Plat 80-7, Kvichak Recording District, 3rd Judicial District, State of Alaska). The owner of Lot 6, Block 2, Donna G. Subdivision, Mr. Orin D. Williams, built a large commercial building that straddles Lots 6 and 7. Additionally, Mr. Williams' driveway into his parcel crosses the corner of our Lot 5.

On site evidence: On June 26, 2023, I personally walked and examined the area. I measured the length and width of the building using a 200 ft. long surveyors' tape and building dimensions are forty feet by forty feet (40'x40'). The building appears to have been originally forty feet long by twenty-four feet wide (40'x 24') with another sixteen feet (16') being subsequently added to the buildings twenty-four foot initial width. Over two-thirds of the commercial building is situated upon the West 1/2 of our Lot 7.

Maps and Pictures: I took pictures on July 26 of the building and the extent of the encroachment—the building and miscellaneous items around it and the road access.

McClintock Land Associates developed mapping for the Bristol Bay Borough of the area encompassing the Donna G. Subdivision. The detailed mapping is based upon high resolution orthophotographs. This mapping clearly shows Mr. Williams's encroachment upon Lots 5 and 7. Following is the Bristol Bay Borough's web address that accesses the mapping:

http://www.bristolbayboroughak.us/docs/maps/2014/NAK/ Naknek__C4_of_5_HIQ.jpg

Page 2, Affidavit of Trespass
July 11, 2023
From: Archie N. Gottschalk
To: BIARealty@bia.gov; Cyril Andrews, BIA; Donna Kerrigan, BIA.

I have copied the entire Donna G. Subdivision from the McClintock map (above link) and saved it in the attached pdf file—Lots 5, 6, and 7 are delineated for you (in pink). I have also attached the numerous photos that I took on July 26.

(Note: If you have questions regarding this mapping, you may speak directly with Mr. Bill McClintock of McClintock Land Associates by telephone at (907) 206-5000. Mr. McClintock's business address is as follows: McClintock Land Associates, 16942 N. Eagle River Loop Road Eagle River, AK 99577).

Mr. Orin Williams's mailing address is as follows; I do not have a current phone number:

> Mr. Orin D. Williams
> P.O. Box 293
> King Salmon, AK 99613

Contact: Archie N. Gottschalk, 8917 Northwood Park Circle, Eagle River, AK. 99577. Phone: 907-227-5603. Email to: jo.gottschalk@gci.net.

Attachments: Photos taken July 26, 2023, and Plat Map (area highlighted in pink)

I swear that all the above information is true and correct to the best of my knowledge and belief.

_____
Signature of Person Submitting Affidavit

State of Alaska                    )
                                   )ss.
Third Judicial District            )

The following instrument of writing was acknowledged before me this ⧸⧸ day of July, 2023.

By: Makenzie Heeding _____ of

Affidavit of trespass Eagle River _____ Alaska.
Name of Affiant Printed        Place of Residence

_____
Postmaster, or Notary Public for Alaska
My Commission Expires: 01/05/2027

State of Alaska
"Official Seal"
Makenzie Heeding
Notary Public
Commission # 230105002     Exp: 01/05/2027