

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS – ALASKA REGION
REAL ESTATE SERVICES
3601 C STREET, SUITE 1200 MC-304
ANCHORAGE, ALASKA 99503-5947
(907) 271-4104

Enclosed: Deed to Restricted Indian Land and Exhibits – Six (6) pages + Coversheet

Grantor: Roylene Gottschalk

     PO Box 381

     Naknek, Alaska 99633

Grantees: Roylene Gottschalk            Archie Gottschalk

     PO Box 381               8917 Northwood Park Circle

     Naknek, Alaska 99633        Eagle River, Alaska 99577

Return to:

BIA Alaska Region

Attn: Realty Department

3601 C Street, Suite 1200 MC-304

Anchorage, Alaska 99503-5947

Location Index:

Section 34, Township 16 South, Range 46 West, Seward Meridian, Alaska, KVICHAK RECORDING DISTRICT

eRecorded Document

**Exhibit M**
**Page 1 of 51**

Case No: 64910

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**BUREAU OF INDIAN AFFAIRS**

---

**DEED TO RESTRICTED INDIAN LAND**

THIS INDENTURE, Made and entered into this __14__ day of __Nov__, Two Thousand and __25__, by and between ROYLENE GOTTSCHALK, referred to herein as the Grantor, and to ROYLENE GOTTSCHALK, ARCHIE GOTTSCHALK, referred to herein as Grantee(s).

The Grantor, for and in consideration for the dollar amount(s) as shown on the attached Exhibit A, hereby conveys unto Grantee(s) the interests in real estate as also shown on the attached Exhibits A, and C, to have and to hold said interests unto the Grantee(s), ROYLENE GOTTSCHALK, ARCHIE GOTTSCHALK, in Restricted Fee, forever, subject to any and all, valid and existing rights.

This conveyance is made pursuant to the 43 U.S.C. § 270-1 TO 270-3 ACT OF MAY 17, 1906 (34 STAT. 197).

WITNESSETH, That whereas the lands hereinafter described were allotted to or inherited by the Grantor and said lands are restricted or held in trust by the United States for benefit of said Grantor and are not subject to taxation; nor to alienation or encumbrance without the consent of the Secretary of the Interior, and whereas the Grantee(s) being also a restricted Indian desires to acquire said herein-described lands subject to the same conditions, restrictions, and limitations as to taxation, alienation, or encumbrance as now rest there against.

Grantor and his, her, or its heirs, executors, and administrators, hereby agrees that he, she, or it will forever warrant and defend the title of the Grantee(s) in said premises against the claim of all persons, claiming or to claim by, through or under him, her, or itself only.

_For Roylene Gottschalk_

ROYLENE GOTTSCHALK

ACKNOWLEDGEMENT JUDICIAL DISTRICT

STATE OF __ALASKA__                JUDICIAL DISTRICT OF __THIRD__

BE IT REMEMBERED, That on this _____14TH_____ day of, __NOVEMBER__ 20__25__ before the undersigned, a Notary Public in and for the Judicial District and State aforesaid, personally appeared: ROYLENE GOTTSCHALK to me personally known to be the identical person who executed the within instrument of writing, and such person duly acknowledges the execution of the same and acknowledges the execution of the same as his or her free and voluntary act.

2 of 7
310-2026-000005-0

DTRIL01

Office Codes: E,E,D1,979 AD Number: 4200458604 Case: 64910 Doc Class: 09 Conv Type: 50

eRecorded Document

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my seal on day and year hereinabove written.

(Notary Seal Here)



_____ Notary Public

**OFFICIAL SEAL**
**TONYA M. CHARLIE**
NOTARY PUBLIC - STATE OF ALASKA
My Comm. Expires April 7, 2026

_____

My Commission Expires: _____ April 7, 2026 _____

FOR OFFICIAL USE ONLY: Any person who, knowingly and willfully, uses any false writing, makes any materially false statement, fraudulent representation, covers up a material fact, or commits fraud, is subject to federal prosecution, fines and no more than five years imprisonment as provided in 18 USCA § 1001.

3 of 7

310-2026-000005-0

DTRIL01



Office Codes: E,E,D1,579 AD Number: 4200458604 Case: 64910 Doc Class: 09 Conv Type: 50

eRecorded Document

Exhibit A - Grantor Conveyed Interests Report

Case Number: 64910
Date: 10/01/2025

Grantor Name: ROYLENE A MANCUSO

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Owner Conveyed Fractional Interest | Interest Value | Conveyed Interest Type |
|------|----------|------------|---------------|-----------------------------------|----------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 8<br>45 | ███████ | A-All (TITLE & Beneficial) |

| State | County | Lot | Block | Sub-Division | | Resource |
|-------|--------|-----|-------|--------------|--|----------|
| AK | KVICHAK | 5 | 2 | | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| AK | KVICHAK | 7 | 2 | | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording  District,  Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:  
Total Non-Monetary Consideration:  
Total Consideration:  ███████

EXAGI01

Office Codes: E₁E₁01₁979 AD Number: 4200458604 Case: 64910 Doc Class: 09 Conv Type: SO

4 of 7  
310-2026-000005-0

eRecorded Document

UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS
Exhibit C - Grantee Acquired Interests Report

Case Number: 64910
Date: 09/19/2025

Grantee Name: ROYLENE GOTTSCHALK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|------------|---------------|-------------------------------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1<br>1 | L-Life Estate (Beneficial) |

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording  District,  Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:

5 of 7
310-2026-000005-0

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458604 Case: 64910 Doc Class: 09 Conv Type: S0

eRecorded Document

UNITED STATES DEPARTMENT OF THE INTERIOR  BUREAU OF INDIAN AFFAIRS
Exhibit C - Grantee Acquired Interests Report

Case Number: 64910
Date: 09/19/2025

Grantee Name: ARCHIE GOTTSCHALK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|------------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1 1 | T-Title |

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording  District,  Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:



FEXCGO1

Office Codes: E,E,O1,979 AD Number: 4200458604 Case: 64910 Doc Class: 09 Conv Type: SO

6 of 7
310-2026-000005-0

eRecorded Document



# United States Department of the Interior
## BUREAU OF INDIAN AFFAIRS

Case Number: 64910
Grantor Name: ROYLENE A MANCUSO

*"Exhibit B-Approval of Conveyance and
Conveyed Interests Report"*

UNITED STATES
DEPARTMENT OF THE INTERIOR
Bureau of Indian Affairs

The within document is hereby approved in accordance with authority delegated to the
Assistant Secretary – Indian Affairs by 209 DM 8; to the Director, Bureau of Indian
Affairs by 230 DM 1, to the Deputy Bureau Director, Field Operations and BIA Regional
Directors by 3 IAM 4. Consideration to be made to the Grantor for purchase of the
ownership interest as shown in Exhibit A-Grantor Deed Interest Report, is ███████

Approval Date: 11/24/2025 _____

_____
ACTING REGIONAL DIRECTOR

7 of 7
310-2026-000005-0

A0CEB01

Office Codes: E,E,01,979 AD Number: 4200458604 Case: 64910

eRecorded Document

**Exhibit M**
**Page 7 of 51**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS – ALASKA REGION
REAL ESTATE SERVICES
3601 C STREET, SUITE 1200 MC-304
ANCHORAGE, ALASKA 99503-5947
(907) 271-4104

Enclosed: Deed to Restricted Indian Land and Exhibits – Six (6) pages + Coversheet

Grantor: Michael Gottschalk

PO Box 125

Naknek, Alaska 99633

Grantees: Michael Gottschalk                    Archie Gottschalk

PO Box 125                              8917 Northwood Park Circle

Naknek, Alaska 99633                    Eagle River, Alaska  99577


Return to:

BIA Alaska Region

Attn: Realty Department

3601 C Street, Suite 1200 MC-304

Anchorage, Alaska 99503-5947


Location Index:

Section 34, Township 16 South, Range 46 West, Seward Meridian, Alaska, KVICHAK
RECORDING DISTRICT

eRecorded Document

Case No: 64911

**UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS**

**DEED TO RESTRICTED INDIAN LAND**

THIS INDENTURE, Made and entered into this __14__ day of __Nov__, Two Thousand and __25__, by and between MICHAEL GOTTSCHALK, referred to herein as the Grantor, and to MICHAEL GOTTSCHALK, ARCHIE GOTTSCHALK, referred to herein as Grantee(s).

The Grantor, for and in consideration for the dollar amount(s) as shown on the attached Exhibit A, hereby conveys unto Grantee(s) the interests in real estate as also shown on the attached Exhibits A, and C, to have and to hold said interests unto the Grantee(s), MICHAEL GOTTSCHALK, ARCHIE GOTTSCHALK, in Restricted Fee, forever, subject to any and all, valid and existing rights.

This conveyance is made pursuant to the 43 U.S.C. § 270-1 TO 270-3 ACT OF MAY 17, 1906 (34 STAT. 197).

WITNESSETH, That whereas the lands hereinafter described were allotted to or inherited by the Grantor and said lands are restricted or held in trust by the United States for benefit of said Grantor and are not subject to taxation; nor to alienation or encumbrance without the consent of the Secretary of the Interior, and whereas the Grantee(s) being also a restricted Indian desires to acquire said herein-described lands subject to the same conditions, restrictions, and limitations as to taxation, alienation, or encumbrance as now rest there against.

Grantor and his, her, or its heirs, executors, and administrators, hereby agrees that he, she, or it will forever warrant and defend the title of the Grantee(s) in said premises against the claim of all persons, claiming or to claim by, through or under him, her, or itself only.

MICHAEL GOTTSCHALK

ACKNOWLEDGEMENT JUDICIAL DISTRICT

STATE OF __ALASKA__ JUDICIAL DISTRICT OF __THIRD__

BE IT REMEMBERED, That on this __14TH__ day of, __NOVEMBER__ 20 __26__ before the undersigned, a Notary Public in and for the Judicial District and State aforesaid, personally appeared: MICHAEL GOTTSCHALK to me personally known to be the identical person who executed the within instrument of writing, and such person duly acknowledges the execution of the same and acknowledges the execution of the same as his or her free and voluntary act.

2 of 7
310-2026-000004-0

DTRIL01

Office Codes: E,E,01,979 AD Number: 4200458608 Case: 64911 Doc Class: 09 Conv Type: 50

eRecorded Document

**Exhibit M
Page 9 of 51**

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my seal on day and year hereinabove written.

(Notary Seal Here) _____ Notary Public

OFFICIAL SEAL
TONYA M. CHARLIE
NOTARY PUBLIC · STATE OF ALASKA
My Comm. Expires April 7, 2026

My Commission Expires: **APRIL 7, 2026**

FOR OFFICIAL USE ONLY: Any person who, knowingly and willfully, uses any false writing, makes any materially false statement, fraudulent representation, covers up a material fact, or commits fraud, is subject to federal prosecution, fines and no more than five years imprisonment as provided in 18 USCA § 1001.



3 of 7
310-2026-000004-0

DTRILO1
Office Codes: E,E,O1,979 AD Number: 4200458608 Case: 64911 Doc Class: 09 Conv Type: S0

eRecorded Document

# UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS
## Exhibit A - Grantor Conveyed Interests Report

Case Number: 64911
Date: 10/01/2025

Grantor Name: MICHAEL LANCE GOTTSCHALK

Page:  1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Owner Conveyed Fractional Interest | Interest Value | Conveyed Interest Type |
|------|----------|------------|---------------|-----------------------------------|----------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 8<br>45 | ████████ | A-All (TITLE & Beneficial) |

| State | County | Lot | Block | Sub-Division | | Resource |
|-------|--------|-----|-------|--------------|--|----------|
| AK | KVICHAK | 5 | 2 | | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | | Resource |
|-------|--------|-----|-------|--------------|--|----------|
| AK | KVICHAK | 7 | 2 | | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording  District,  Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration: ██████████
Total Consideration:

EXAGI01

Office Codes: E,E,01,979 AD Number: 4200458608 Case: 64911 Doc Class: 09 Conv Type: 50

4 of 7
310-2026-000004-0

eRecorded Document

**UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS**
Exhibit C - Grantee Acquired Interests Report

Case Number: 64911
Date: 09/22/2025

Grantee Name: ARCHIE GOTTSCHALK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|------------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1<br>1 | T-Title |

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:

5 of 7
310-2026-000004-0

eRecorded Document

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458608 Case: 64911 Doc Class: 09 Conv Type: 50

UNITED STATES DEPARTMENT OF THE INTERIOR  BUREAU OF INDIAN AFFAIRS
Exhibit C - Grantee Acquired Interests Report

Case Number: 64911
Date: 09/22/2025

Grantee Name: MICHAEL GOTTSCHALK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|---|---|---|---|---|---|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1 <br> 1 | L-Life Estate (Beneficial) |

| State | County | Lot | Block | Sub-Division | Resource |
|---|---|---|---|---|---|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | Resource |
|---|---|---|---|---|---|
| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration: ■
Total Non-Monetary Consideration: ■
Total Consideration: ■

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458608 Case: 64911 Doc Class: 09 Conv Type: 50

6 of 7
310-2026-000004-0

eRecorded Document



# United States Department of the Interior
## BUREAU OF INDIAN AFFAIRS

*"Exhibit B-Approval of Conveyance and Conveyed Interests Report"*

UNITED STATES
DEPARTMENT OF THE INTERIOR
Bureau of Indian Affairs

The within document is hereby approved in accordance with authority delegated to the Assistant Secretary – Indian Affairs by 209 DM 8; to the Director, Bureau of Indian Affairs by 230 DM 1, to the Deputy Bureau Director, Field Operations and BIA Regional Directors by 3 IAM 4. Consideration to be made to the Grantor for purchase of the ownership interest as shown in Exhibit A-Grantor Deed Interest Report, is ███████

Approval Date: 11/24/2025 _____

_____

ACTING REGIONAL DIRECTOR

7 of 7
310-2026-000004-0

A0CEB01

Office Codes: E,E,01,979 AD Number: 4200458608 Case: 64911

eRecorded Document

**Exhibit M**
**Page 14 of 51**

A
L
A
S
K
A

**2026-000008-0**

Recording Dist: 310 - Kvichak
1/15/2026 01:45 PM Pages: 1 of 7



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS – ALASKA REGION
REAL ESTATE SERVICES
3601 C STREET, SUITE 1200 MC-304
ANCHORAGE, ALASKA 99503-5947
(907) 271-4104

Enclosed: Deed to Restricted Indian Land and Exhibits – Six (6) pages

Grantor: Kelsey Anne Slack

16050 Cleveland Street #224

Redmond, WA 98052

Grantees: Kelsey Anne Slack                    Archie Gottschalk

16050 Cleveland Street #224            8917 Northwood Park Circle

Redmond, WA 98052                      Eagle River, Alaska  99577

Return to:

BIA Alaska Region

Attn: Realty Department

3601 C Street, Suite 1200 MC-304

Anchorage, Alaska 99503-5947

Location Index:

Section 34, Township 16 South, Range 46 West, Seward Meridian, Alaska, KVICHAK
RECORDING DISTRICT

eRecorded Document

Case No: 64913

**DEED TO RESTRICTED INDIAN LAND**

THIS INDENTURE, Made and entered into this 14 day of Nov., , Two Thousand and 25 , by and between KELSEY A SLACK, referred to herein as the Grantor, and to KELSEY A SLACK, ARCHIE GOTTSCHALK, referred to herein as Grantee(s).

The Grantor, for and in consideration for the dollar amount(s) as shown on the attached Exhibit A, hereby conveys unto Grantee(s) the interests in real estate as also shown on the attached Exhibits A, and C, to have and to hold said interests unto the Grantee(s), KELSEY A SLACK, ARCHIE GOTTSCHALK, in Restricted Fee, forever, subject to any and all, valid and existing rights.

This conveyance is made pursuant to the 43 U.S.C. § 270-1 TO 270-3 ACT OF MAY 17, 1906 (34 STAT. 197).

WITNESSETH, That whereas the lands hereinafter described were allotted to or inherited by the Grantor and said lands are restricted or held in trust by the United States for benefit of said Grantor and are not subject to taxation; nor to alienation or encumbrance without the consent of the Secretary of the Interior, and whereas the Grantee(s) being also a restricted Indian desires to acquire said herein-described lands subject to the same conditions, restrictions, and limitations as to taxation, alienation, or encumbrance as now rest there against.

Grantor and his, her, or its heirs, executors, and administrators, hereby agrees that he, she, or it will forever warrant and defend the title of the Grantee(s) in said premises against the claim of all persons, claiming or to claim by, through or under him, her, or itself only.

_for_ Kelsey Slack

KELSEY A SLACK

ACKNOWLEDGEMENT JUDICIAL DISTRICT

STATE OF ALASKA                                   JUDICIAL DISTRICT OF THIRD

BE IT REMEMBERED, That on this 14TH day of, NOVEMBER 20 25 before the undersigned, a Notary Public in and for the Judicial District and State aforesaid, personally appeared: KELSEY A SLACK to me personally known to be the identical person who executed the within instrument of writing, and such person duly acknowledges the execution of the same and acknowledges the execution of the same as his or her free and voluntary act.

2 of 7
310-2026-000008-0

DTRIL01

Office Codes: E,E,01,979 AD Number: 4200458617 Case: 64913 Doc Class: 09 Conv Type: SO

eRecorded Document

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my seal on day and year hereinabove written.

(Notary Seal Here)

**OFFICIAL SEAL**
**TONYA M. CHARLIE**
NOTARY PUBLIC - STATE OF ALASKA
My Comm. Expires April 7, 2026

_____ Notary Public

My Commission Expires: _APRIL 7, 2026_

FOR OFFICIAL USE ONLY: Any person who, knowingly and willfully, uses any false writing, makes any materially false statement, fraudulent representation, covers up a material fact, or commits fraud, is subject to federal prosecution, fines and no more than five years imprisonment as provided in 18 USCA § 1001.

DTRIL01

Office Codes: E,E,01,979 AD Number: 4200458617 Case: 64913 Doc Class: 09 Conv Type: 50

eRecorded Document

# UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS
Exhibit A - Grantor Conveyed Interests Report

Case Number: 64913
Date: 11/14/2025

Grantor Name: KELSEY ANNE SLACK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Owner Conveyed Fractional Interest | Interest Value | Conveyed Interest Type |
|---|---|---|---|---|---|---|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 4 45 | ██████ | A-All (TITLE & Beneficial) |

| State | County | Lot | Block | Sub-Division | | Resource |
|---|---|---|---|---|---|---|
| AK | KVICHAK | 5 | 2 | | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| AK | KVICHAK | 7 | 2 | | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:

EXAGI01

Office Codes: E,E,01,979 AD Number: 4200458617 Case: 64913 Doc Class: 09 Conv Type: 30

UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS
Exhibit C - Grantee Acquired Interests Report

Case Number: 64913
Date: 09/22/2025

Grantee Name: KELSEY A SLACK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|-----------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1 | L-Life Estate (Beneficial) |
| | | | | 1 | |

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:

5 of 7
310-2026-000008-0

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458617 Case: 64913 Doc Class: 09 Conv Type: 20

eRecorded Document

Exhibit C - Grantee Acquired Interests Report

Case Number: 64913
Date: 09/22/2025

Grantee Name: ARCHIE GOTTSCHALK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|-----------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1 1 | T-Title |

| State | County | Lot | Block | Sub-Division | | Resource |
|-------|--------|-----|-------|--------------|--|----------|
| AK | KVICHAK | 5 | 2 | | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| AK | KVICHAK | 7 | 2 | | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording  District,  Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:



FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458617 Case: 64913 Doc Class: 09 Conv Type: 50

6 of 7
310-2026-000008-0

eRecorded Document



# United States Department of the Interior
## BUREAU OF INDIAN AFFAIRS

Case Number: 64913
Grantor Name: KELSEY ANNE SLACK

*"Exhibit B-Approval of Conveyance and*
*Conveyed Interests Report"*

UNITED STATES
DEPARTMENT OF THE INTERIOR
Bureau of Indian Affairs

The within document is hereby approved in accordance with authority delegated to the Assistant Secretary – Indian Affairs by 209 DM 8; to the Director, Bureau of Indian Affairs by 230 DM 1, to the Deputy Bureau Director, Field Operations and BIA Regional Directors by 3 IAM 4. Consideration to be made to the Grantor for purchase of the ownership interest as shown in Exhibit A-Grantor Deed Interest Report, is ███████████

Approval Date: 11/24/2025 _____

_____
ACTING REGIONAL DIRECTOR

7 of 7
310-2026-000008-0

AOCEBO1

Office Codes: E,E,01,979 AD Number: 4200458617 Case: 64913

eRecorded Document

A
L
A
S
K
A

**2026-000009-0**

Recording Dist: 310 - Kvichak
1/15/2026 01:45 PM Pages: 1 of 7



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS – ALASKA REGION
REAL ESTATE SERVICES
3601 C STREET, SUITE 1200 MC-304
ANCHORAGE, ALASKA 99503-5947
(907) 271-4104

Enclosed: Deed to Restricted Indian Land and Exhibits – Six (6) pages

Grantor: Donna Mae Williams

PO Box 96

Naknek, Alaska 99633

Grantees: Donna Mae Williams     Archie Gottschalk

PO Box 96        8917 Northwood Park Circle

Naknek, Alaska 99633     Eagle River, Alaska 99577

Return to:

BIA Alaska Region

Attn: Realty Department

3601 C Street, Suite 1200 MC-304

Anchorage, Alaska 99503-5947

Location Index:

Section 34, Township 16 South, Range 46 West, Seward Meridian, Alaska, KVICHAK
RECORDING DISTRICT

eRecorded Document

**Exhibit M**
**Page 22 of 51**

Case No: 64914

**DEED TO RESTRICTED INDIAN LAND**

THIS INDENTURE, Made and entered into this __14__ day of __Nov.__ , Two Thousand and __25__ , by and between DONNA MAE WILLIAMS, referred to herein as the Grantor, and to DONNA M WILLIAMS, ARCHIE GOTTSCHALK, referred to herein as Grantee(s).

The Grantor, for and in consideration for the dollar amount(s) as shown on the attached Exhibit A, hereby conveys unto Grantee(s) the interests in real estate as also shown on the attached Exhibits A, and C, to have and to hold said interests unto the Grantee(s), DONNA M WILLIAMS, ARCHIE GOTTSCHALK, in Restricted Fee, forever, subject to any and all, valid and existing rights.

This conveyance is made pursuant to the 43 U.S.C. § 270-1 TO 270-3 ACT OF MAY 17, 1906 (34 STAT. 197).

WITNESSETH, That whereas the lands hereinafter described were allotted to or inherited by the Grantor and said lands are restricted or held in trust by the United States for benefit of said Grantor and are not subject to taxation; nor to alienation or encumbrance without the consent of the Secretary of the Interior, and whereas the Grantee(s) being also a restricted Indian desires to acquire said herein-described lands subject to the same conditions, restrictions, and limitations as to taxation, alienation, or encumbrance as now rest there against.

Grantor and his, her, or its heirs, executors, and administrators, hereby agrees that he, she, or it will forever warrant and defend the title of the Grantee(s) in said premises against the claim of all persons, claiming or to claim by, through or under him, her, or itself only.

_Donna Williams_

DONNA MAE WILLIAMS

ACKNOWLEDGEMENT JUDICIAL DISTRICT

STATE OF __ALASKA__                    JUDICIAL DISTRICT OF __THIRD__

BE IT REMEMBERED, That on this ____14TH____ day of , __NOVEMBER__ 20__25__ before the undersigned, a Notary Public in and for the Judicial District and State aforesaid, personally appeared: DONNA MAE WILLIAMS to me personally known to be the identical person who executed the within instrument of writing, and such person duly acknowledges the execution of the same and acknowledges the execution of the same as his or her free and voluntary act.

2 of 7
310-2026-000009-0

DTRIL01

Office Codes: E,E,01,979 AD Number: 4200504151 Case: 64914 Doc Class: 09 Conv Type: S0

eRecorded Document

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my seal on day and year hereinabove written.

(Notary Seal Here) _____ Notary Public

OFFICIAL SEAL
TONYA M. CHARLIE
NOTARY PUBLIC - STATE OF ALASKA
My Comm. Expires April 7, 2026

My Commission Expires: __APRIL 7, 2026__

FOR OFFICIAL USE ONLY: Any person who, knowingly and willfully, uses any false writing, makes any materially false statement, fraudulent representation, covers up a material fact, or commits fraud, is subject to federal prosecution, fines and no more than five years imprisonment as provided in 18 USCA § 1001.

3 of 7
310-2026-000009-0

DTRIL01


Office Codes: E,E,01,979 AD Number: 4200504151 Case: 64914 Doc Class: 09 Conv Type: S0

eRecorded Document

**Exhibit M**
**Page 24 of 51**

# UNITED STATES DEPARTMENT OF THE INTERIOR  BUREAU OF INDIAN AFFAIRS
## Exhibit A - Grantor Conveyed Interests Report

Case Number: 64914
Date: 11/14/2025

Grantor Name: DONNA MAE WILLIAMS

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Owner Conveyed Fractional Interest | Interest Value | Conveyed Interest Type |
|---|---|---|---|---|---|---|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 8 45 | ███████ | A-All (TITLE & Beneficial) |

| State | County | Lot | Block | Sub-Division | | Resource |
|---|---|---|---|---|---|---|
| AK | KVICHAK | 5 | 2 | | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | | Resource |
|---|---|---|---|---|---|---|
| AK | KVICHAK | 7 | 2 | | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:        ████████
Total Consideration:

EXAGI01

Office Codes: E,E,01,979 AD Number: 4200504151 Case: 64914 Doc Class: 09 Conv Type: 50

4 of 7
310-2026-000009-0

eRecorded Document

Exhibit C - Grantee Acquired Interests Report

Case Number: 64914
Date: 09/22/2025

Grantee Name: ARCHIE GOTTSCHALK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|------------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1<br>1 | T-Title |

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording  District,  Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:



5 of 7
310-2026-000009-0

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200504151 Case: 64914 Doc Class: 09 Conv Type: 50

eRecorded Document

**UNITED STATES DEPARTMENT OF THE INTERIOR  BUREAU OF INDIAN AFFAIRS**
Exhibit C - Grantee Acquired Interests Report

Case Number: 64914
Date: 09/22/2025

Grantee Name: DONNA M WILLIAMS

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|------------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1 | L-Life Estate (Beneficial) |
| | | | | 1 | |

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration: ███
Total Non-Monetary Consideration: ███
Total Consideration: ███

6 of 7
310-2026-000009-0

FEXCGO1

Office Codes: E,E,O1,979 AD Number: 4200504151 Case: 64914 Doc Class: O9 Conv Type: SO

eRecorded Document



# United States Department of the Interior
## BUREAU OF INDIAN AFFAIRS

*"Exhibit B-Approval of Conveyance and*
*Conveyed Interests Report"*

UNITED STATES
DEPARTMENT OF THE INTERIOR
Bureau of Indian Affairs

The within document is hereby approved in accordance with authority delegated to the Assistant Secretary – Indian Affairs by 209 DM 8; to the Director, Bureau of Indian Affairs by 230 DM 1, to the Deputy Bureau Director, Field Operations and BIA Regional Directors by 3 IAM 4. Consideration to be made to the Grantor for purchase of the ownership interest as shown in Exhibit A-Grantor Deed Interest Report, is ███████

Approval Date: 11/24/2025 _____

ACTING REGIONAL DIRECTOR _____

7 of 7
310-2026-000009-0

A 0 C E B 0 1

Office Codes: E,E,01,979 AD Number: 4200504151 Case: 64914

eRecorded Document

**Exhibit M**
**Page 28 of 51**

ALASKA

**2026-000007-0**

Recording Dist: 310 - Kvichak
1/15/2026 01:45 PM Pages: 1 of 7



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS – ALASKA REGION
REAL ESTATE SERVICES
3601 C STREET, SUITE 1200 MC-304
ANCHORAGE, ALASKA 99503-5947
(907) 271-4104

Enclosed: Deed to Restricted Indian Land and Exhibits – Six (6) pages

Grantor: Jaime Marie Slack

    4144 W. Poinsettia Drive

    Phoenix, AZ  85029

Grantees: Jaime Marie Slack          Archie Gottschalk

    4144 W. Poinsettia Drive       8917 Northwood Park Circle

    Phoenix, AZ  85029         Eagle River, Alaska  99577

Return to:

BIA Alaska Region

Attn: Realty Department

3601 C Street, Suite 1200 MC-304

Anchorage, Alaska 99503-5947

Location Index:

Section 34, Township 16 South, Range 46 West, Seward Meridian, Alaska, KVICHAK
RECORDING DISTRICT

eRecorded Document

**Exhibit M**
**Page 29 of 51**

Case No: 64919

## DEED TO RESTRICTED INDIAN LAND

THIS INDENTURE, Made and entered into this  14  day of  Nov,  , Two Thousand and 25 , by and between JAIME MARIE SLACK, referred to herein as the Grantor, and to JAIME M SLACK, ARCHIE GOTTSCHALK, referred to herein as Grantee(s).

The Grantor, for and in consideration for the dollar amount(s) as shown on the attached Exhibit A, hereby conveys unto Grantee(s) the interests in real estate as also shown on the attached Exhibits A, and C, to have and to hold said interests unto the Grantee(s), JAIME M SLACK, ARCHIE GOTTSCHALK, in Restricted Fee, forever, subject to any and all, valid and existing rights.

This conveyance is made pursuant to the 43 U.S.C. § 270-1 TO 270-3 ACT OF MAY 17, 1906 (34 STAT. 197).

WITNESSETH, That whereas the lands hereinafter described were allotted to or inherited by the Grantor and said lands are restricted or held in trust by the United States for benefit of said Grantor and are not subject to taxation; nor to alienation or encumbrance without the consent of the Secretary of the Interior, and whereas the Grantee(s) being also a restricted Indian desires to acquire said herein-described lands subject to the same conditions, restrictions, and limitations as to taxation, alienation, or encumbrance as now rest there against.

Grantor and his, her, or its heirs, executors, and administrators, hereby agrees that he, she, or it will forever warrant and defend the title of the Grantee(s) in said premises against the claim of all persons, claiming or to claim by, through or under him, her, or itself only.

_____
JAIME MARIE SLACK

ACKNOWLEDGEMENT JUDICIAL DISTRICT

STATE OF  ALASKA                              JUDICIAL DISTRICT OF  THIRD

BE IT REMEMBERED, That on this  14TH  day of ,  NOVEMBER  20 25 before the undersigned, a Notary Public in and for the Judicial District and State aforesaid, personally appeared: JAIME MARIE SLACK to me personally known to be the identical person who executed the within instrument of writing, and such person duly acknowledges the execution of the same and acknowledges the execution of the same as his or her free and voluntary act.

2 of 7
310-2026-000007-0

DTRIL01

Office Codes: E,E,01,979 AD Number: 4200458613 Case: 64919 Doc Class: 05 Conv Type: S0

eRecorded Document

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my seal on day and year hereinabove written.

(Notary Seal Here) _____ Notary Public



OFFICIAL SEAL
TONYA M. CHARLIE
NOTARY PUBLIC - STATE OF ALASKA
My Comm. Expires April 7, 2026

My Commission Expires: __APRIL 7, 2026__

FOR OFFICIAL USE ONLY: Any person who, knowingly and willfully, uses any false writing, makes any materially false statement, fraudulent representation, covers up a material fact, or commits fraud, is subject to federal prosecution, fines and no more than five years imprisonment as provided in 18 USCA § 1001.

3 of 7
310-2026-000007-0

DTRIL01



Office Codes: E,E,01,979 AD Number: 4200458613 Case: 64919 Doc Class: 09 Conv Type: SO

eRecorded Document

**Exhibit M**
**Page 31 of 51**

Case 3:26-cv-00107-HRH    Document 11-14    Filed 04/11/26    Page 31 of 51

# UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS
Exhibit A - Grantor Conveyed Interests Report

Case Number: 64919
Date: 11/14/2025

Grantor Name: JAIME MARIE SLACK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Owner Conveyed Fractional Interest | Interest Value | Conveyed Interest Type |
|------|----------|-----------|---------------|-----------------------------------|----------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 4 45 | ███████ | A-All (TITLE & Beneficial) |

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration: ███████

4 of 7
310-2026-000007-0

EXAGI01

Office Codes: E,E,01,979 AD Number: 4200458613 Case: 64919 Doc Class: 09 Conv Type: 50

eRecorded Document

UNITED STATES DEPARTMENT OF THE INTERIOR    BUREAU OF INDIAN AFFAIRS
Exhibit C - Grantee Acquired Interests Report

Case Number: 64919
Date: 09/22/2025

Grantee Name: JAIME M SLACK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|-----------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1<br>1 | L-Life Estate (Beneficial) |

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458613 Case: 64919 Doc Class: 09 Conv Type: 50

5 of 7
310-2026-000007-0

eRecorded Document

UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS
Exhibit C - Grantee Acquired Interests Report

Case Number: 64919
Date: 09/22/2025

Grantee Name: ARCHIE GOTTSCHALK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|---|---|---|---|---|---|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1<br>1 | T-Title |

| State | County | Lot | Block | Sub-Division | | Resource |
|---|---|---|---|---|---|---|
| AK | KVICHAK | 5 | 2 | | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | | Resource |
|---|---|---|---|---|---|---|
| AK | KVICHAK | 7 | 2 | | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:

6 of 7
310-2026-000007-0

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458613 Case: 64919 Doc Class: 09 Conv Type: 50

eRecorded Document



# United States Department of the Interior
## BUREAU OF INDIAN AFFAIRS

Case Number: 64919
Grantor Name: JAIME MARIE SLACK

*"Exhibit B-Approval of Conveyance and Conveyed Interests Report"*

UNITED STATES
DEPARTMENT OF THE INTERIOR
Bureau of Indian Affairs

The within document is hereby approved in accordance with authority delegated to the Assistant Secretary – Indian Affairs by 209 DM 8; to the Director, Bureau of Indian Affairs by 230 DM 1, to the Deputy Bureau Director, Field Operations and BIA Regional Directors by 3 IAM 4. Consideration to be made to the Grantor for purchase of the ownership interest as shown in Exhibit A-Grantor Deed Interest Report, is ███████

Approval Date: 11/24/2025 _____

_____
ACTING REGIONAL DIRECTOR

7 of 7
310-2026-000007-0

A0CEBO1

Office Codes: E,E,01,979 AD Number: 4200458613 Case: 64919

eRecorded Document

**Exhibit M**
**Page 35 of 51**

A
L
A
S
K
A

**2026-000006-0**

Recording Dist: 310 - Kvichak
1/15/2026 01:45 PM Pages: 1 of 7



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS – ALASKA REGION
REAL ESTATE SERVICES
3601 C STREET, SUITE 1200 MC-304
ANCHORAGE, ALASKA 99503-5947
(907) 271-4104

Enclosed: Deed to Restricted Indian Land and Exhibits – Six (6) pages

Grantor: Jane Gottschalk

PO Box 2

Aleknagik, Alaska 99555

Grantees: Jane Gottschalk

PO Box 2

Aleknagik, Alaska 99555

Archie Gottschalk

8917 Northwood Park Circle

Eagle River, Alaska  99577

Return to:

BIA Alaska Region

Attn: Realty Department

3601 C Street, Suite 1200 MC-304

Anchorage, Alaska 99503-5947

Location Index:

Section 34, Township 16 South, Range 46 West, Seward Meridian, Alaska, KVICHAK
RECORDING DISTRICT

eRecorded Document

**Exhibit M**
**Page 36 of 51**

Case No: 64912

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**BUREAU OF INDIAN AFFAIRS**

**DEED TO RESTRICTED INDIAN LAND**

THIS INDENTURE, Made and entered into this ⟨14⟩ day of ⟨Nov⟩, Two Thousand and ⟨25⟩, by and between JANE GOTTSCHALK, referred to herein as the Grantor, and to JANE GOTTSCHALK, ARCHIE GOTTSCHALK, referred to herein as Grantee(s).

The Grantor, for and in consideration for the dollar amount(s) as shown on the attached Exhibit A, hereby conveys unto Grantee(s) the interests in real estate as also shown on the attached Exhibits A, and C, to have and to hold said interests unto the Grantee(s), JANE GOTTSCHALK, ARCHIE GOTTSCHALK, in Restricted Fee, forever, subject to any and all, valid and existing rights.

This conveyance is made pursuant to the 43 U.S.C. § 270-1 TO 270-3 ACT OF MAY 17, 1906 (34 STAT. 197).

WITNESSETH, That whereas the lands hereinafter described were allotted to or inherited by the Grantor and said lands are restricted or held in trust by the United States for benefit of said Grantor and are not subject to taxation; nor to alienation or encumbrance without the consent of the Secretary of the Interior, and whereas the Grantee(s) being also a restricted Indian desires to acquire said herein-described lands subject to the same conditions, restrictions, and limitations as to taxation, alienation, or encumbrance as now rest there against.

Grantor and his, her, or its heirs, executors, and administrators, hereby agrees that he, she, or it will forever warrant and defend the title of the Grantee(s) in said premises against the claim of all persons, claiming or to claim by, through or under him, her, or itself only.

JANE GOTTSCHALK

ACKNOWLEDGEMENT JUDICIAL DISTRICT

STATE OF ⟨ALASKA⟩ JUDICIAL DISTRICT OF ⟨THIRD⟩

BE IT REMEMBERED, That on this ⟨14 TH⟩ day of, ⟨NOVEMBER⟩ 20⟨25⟩ before the undersigned, a Notary Public in and for the Judicial District and State aforesaid, personally appeared: JANE GOTTSCHALK to me personally known to be the identical person who executed the within instrument of writing, and such person duly acknowledges the execution of the same and acknowledges the execution of the same as his or her free and voluntary act.

2 of 7
310-2026-000006-0

DTRIL01

Office Codes: E,E,01,979 AD Number: 4200458610 Case: 64912 Doc Class: 09 Conv Type: S0

eRecorded Document

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my seal on day and year hereinabove written.

(Notary Seal Here)

OFFICIAL SEAL
TONYA M. CHARLIE
NOTARY PUBLIC - STATE OF ALASKA
My Comm. Expires April 7, 2026

_____ Notary Public

My Commission Expires: _APRIL 7, 2026_

FOR OFFICIAL USE ONLY: Any person who, knowingly and willfully, uses any false writing, makes any materially false statement, fraudulent representation, covers up a material fact, or commits fraud, is subject to federal prosecution, fines and no more than five years imprisonment as provided in 18 USCA § 1001.

3 of 7
310-2026-000006-0

DTRIL01



Office Codes: E,E,01,979 AD Number: 4200458610 Case: 64912 Doc Class: 09 Conv Type: SO

eRecorded Document

**UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS**
Exhibit A - Grantor Conveyed Interests Report

Case Number: 64912
Date: 10/01/2025

Grantor Name: JANE GOTTSCHALK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Owner Conveyed Fractional Interest | Interest Value | Conveyed Interest Type |
|------|----------|------------|---------------|------------------------------------|----------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1 18 | ■■■■■■■■ | A-All (TITLE & Beneficial) |

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:

EXAGI01

Office Codes: E,E,01,979 AD Number: 4200458610 Case: 64912 Doc Class: 09 Conv Type: 50

4 of 7
310-2026-000006-0

UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS
Exhibit C - Grantee Acquired Interests Report

Case Number: 64912
Date: 09/22/2025

Grantee Name: JANE GOTTSCHALK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|------------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1 | L-Life Estate (Beneficial) |
| | | | | 1 | |

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 5 | 2 | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | Resource |
|-------|--------|-----|-------|--------------|----------|
| AK | KVICHAK | 7 | 2 | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording  District,  Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:

5 of 7
310-2026-000006-0

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458610 Case: 64912 Doc Class: 09 Conv Type: 50

UNITED STATES DEPARTMENT OF THE INTERIOR  BUREAU OF INDIAN AFFAIRS
Exhibit C - Grantee Acquired Interests Report

Case Number: 64912
Date: 09/22/2025

Grantee Name: ARCHIE GOTTSCHALK

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|------------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1<br>1 | T-Title |

| State | County | Lot | Block | Sub-Division | | Resource |
|-------|--------|-----|-------|--------------|---|----------|
| AK | KVICHAK | 5 | 2 | | | Both (Except O & G) |

Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| State | County | Lot | Block | Sub-Division | | Resource |
|-------|--------|-----|-------|--------------|---|----------|
| AK | KVICHAK | 7 | 2 | | | Both (Except O & G) |

All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:

6 of 7
310-2026-000006-0

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458610 Case: 64912 Doc Class: 09 Conv Type: 50



# United States Department of the Interior
### BUREAU OF INDIAN AFFAIRS

Case Number: 64912
Grantor Name: JANE GOTTSCHALK

*"Exhibit B-Approval of Conveyance and
Conveyed Interests Report"*

UNITED STATES
DEPARTMENT OF THE INTERIOR
Bureau of Indian Affairs

The within document is hereby approved in accordance with authority delegated to the
Assistant Secretary – Indian Affairs by 209 DM 8; to the Director, Bureau of Indian
Affairs by 230 DM 1, to the Deputy Bureau Director, Field Operations and BIA Regional
Directors by 3 IAM 4. Consideration to be made to the Grantor for purchase of the
ownership interest as shown in Exhibit A-Grantor Deed Interest Report, is ███████

Approval Date: 11/24/2025 _____

_____
ACTING REGIONAL DIRECTOR

7 of 7
310-2026-000006-0

A 0 C E B 0 1

Office Codes: E,E,01,979 AD Number: 4200458610 Case: 64912

eRecorded Document

A
L
A
S
K
A
2025-000064-0

Recording Dist: 310 - Kvichak
5/21/2025 12:23 PM Pages: 1 of 9



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS – ALASKA REGION
REAL ESTATE SERVICES
3601 C STREET, SUITE 1200 MC-304
ANCHORAGE, ALASKA 99503-5947
(907) 271-4104

Enclosed: Deed to Restricted Indian Land and Exhibits – Eight (8) pages + Cover

Grantor: Glenda Williams

      6820 Rovenna Street

      Anchorage, AK  99518

Grantees: Donna Mae Williams

      PO Box 96

      Naknek, AK 99633


      Abe L. Williams also known as Abe Lynn Williams
      7933 Gate Creek Dr.
      Anchorage, AK  99502

Return to:    BIA Alaska Region

            Attn: Realty Department

            3601 C Street, Suite 1200 MC-304

            Anchorage, Alaska 99503-5947


Location Index:

Section 34, Lots 4 - 6, Township 16 South, Range 46 West, Seward Meridian, Kvichak

Recording District

KVICHAK RECORDING DISTRICT

eRecorded Document

Case No: 62156

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
**BUREAU OF INDIAN AFFAIRS**

**DEED TO RESTRICTED INDIAN LAND**

THIS INDENTURE, Made and entered into this _3_ day of _5_, Two Thousand and _2025_ by and between GLENDA WILLIAMS, referred to herein as the Grantor, and to DONNA MAE WILLIAMS, ABE LYNN WILLIAMS AKA ABE L. WILLIAMS, referred to herein as Grantee(s).

The Grantor, for and in consideration for the dollar amount(s) as shown on the attached Exhibit A, hereby conveys unto Grantee(s) the interests in real estate as also shown on the attached Exhibits A, and C, to have and to hold said interests unto the Grantee(s), DONNA MAE WILLIAMS, ABE LYNN WILLIAMS AKA ABE L. WILLIAMS, in Restricted Fee, forever, subject to any and all, valid and existing rights.

This conveyance is made pursuant to the 43 U.S.C. § 270-1 TO 270-3 ACT OF MAY 17, 1906 (34 STAT. 197).

WITNESSETH, That whereas the lands hereinafter described were allotted to or inherited by the Grantor and said lands are restricted or held in trust by the United States for benefit of said Grantor and are not subject to taxation; nor to alienation or encumbrance without the consent of the Secretary of the Interior, and whereas the Grantee(s) being also a restricted Indian desires to acquire said herein-described lands subject to the same conditions, restrictions, and limitations as to taxation, alienation, or encumbrance as now rest there against.

Grantor and his, her, or its heirs, executors, and administrators, hereby agrees that he, she, or it will forever warrant and defend the title of the Grantee(s) in said premises against the claim of all persons, claiming or to claim by, through or under him, her, or itself only.

_GLENDA WILLIAMS_

ACKNOWLEDGEMENT JUDICIAL DISTRICT

STATE OF _ALASKA_          JUDICIAL DISTRICT OF _Anchorage_

BE IT REMEMBERED, That on this _3rd_ day of, _MAY_ 20 _25_ before the undersigned, a Notary Public in and for the Judicial District and State aforesaid, personally appeared: GLENDA WILLIAMS to me personally known to be the identical person who executed the within instrument of writing, and such person duly acknowledges the execution of the same and acknowledges the execution of the same as his or her free and voluntary act.

_Notary public_

Offical Seal
STATE OF ALASKA
Notary Public
Eli Gionet
Commission # 220613003 Commission Expires 06/13/2026

2 of 9
310-2025-000064-0

DTRILO1

Office Codes: E,E,O1,979 AD Number: 4200458602 Case: 62156 Doc Class: 09 Conv Type: S0

eRecorded Document

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my seal on day and year hereinabove written.

_El/Line_ _____ Notary Public
(Notary Seal Here)

_Eli Gionet_ _____

Offical Seal
STATE OF ALASKA
Notary Public
Eli Gionet
Commission # 220613003 Commission Expires...

My Commission Expires: _6 - 13 - 2026_

FOR OFFICIAL USE ONLY: Any person who, knowingly and willfully, uses any false writing, makes any materially false statement, fraudulent representation, covers up a material fact, or commits fraud, is subject to federal prosecution, fines and no more than five years imprisonment as provided in 18 USCA § 1001.



3 of 9
310-2025-000064-0

DTRIL01

Office Codes: E,E,01,979 AD Number: 4200458602 Case: 62156 Doc Class: 09 Conv Type: 50

eRecorded Document

Exhibit M
Page 46 of 51
Page 46 of 51
Filed 04/11/26
Document 11-14
Case 3:26-cv-00107-HRH

# UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS
Exhibit A - Grantor Conveyed Interests Report

Case Number: 62156
Date: 04/25/2025
Page: 1 of 2

Grantor Name: GLENDA G WILLIAMS

| Item | Tract ID | Tract Name | Tract Acreage | Owner Conveyed Fractional Interest | Interest Value | Conveyed Interest Type |
|------|----------|-----------|---------------|-----------------------------------|----------------|------------------------|
| 1 | 979 AA 6456U | DONNA M. GOTTSCHALK | 2.091 | 1 / 1 | ▓▓▓▓▓ | A-All (TITLE & Beneficial) |

| State | County | Lot | Block | Sub-Division | Legal Description | Resource |
|-------|--------|-----|-------|--------------|-------------------|----------|
| AK | KVICHAK | 7 | 3 | | Lot 7, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska. Containing 1.0458 acres. | Both (Except O & G) |
| AK | KVICHAK | 6 | 3 | | Lot 6, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska. Containing 1.0447 acres. | |

| Item | Tract ID | Tract Name | Tract Acreage | Owner Conveyed Fractional Interest | Interest Value | Conveyed Interest Type |
|------|----------|-----------|---------------|-----------------------------------|----------------|------------------------|
| 2 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 8 / 45 | ▓▓▓▓▓ | A-All (TITLE & Beneficial) |

| State | County | Lot | Block | Sub-Division | Legal Description | Resource |
|-------|--------|-----|-------|--------------|-------------------|----------|
| AK | KVICHAK | 5 | 2 | | Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre. | Both (Except O & G) |

EXAGIO1

Office Codes: E,E,01,979 AD Number: 4200458602 Case: 62156 Doc Class: 09 Conv Type: S0

# UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS
## Exhibit A - Grantor Conveyed Interests Report

Case Number: 62156
Date: 04/25/2025

Grantor Name: GLENDA G WILLIAMS

Page: 2 of 2

| Item | Tract ID | | Tract Name | | Tract Acreage | Owner Conveyed Fractional Interest | Interest Value | Conveyed Interest Type |
|------|----------|--|------------|--|---------------|-------------------------------------|----------------|-------------------------|
| | State County | Lot | Block | Sub-Division | Legal Description | | | Resource |
| | AK    KVICHAK | 7 | 2 | | All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet. | | | |

| Item | Tract ID | | Tract Name | | Tract Acreage | Owner Conveyed Fractional Interest | Interest Value | Conveyed Interest Type |
|------|----------|--|------------|--|---------------|-------------------------------------|----------------|-------------------------|
| 3 | 979 AA 6456U A | | DONNA M. GOTTSCHALK | | 10.767 | 1 / 1 | ▮▮▮▮ | A-All (TITLE & Beneficial) |
| | State County | Lot | Block | Sub-Division | Legal Description | | | Resource |
| | AK    KVICHAK | TR A | X | | Tract A, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska. Containing 10.7665 acres. | | | Both (Except O & G) |

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:

5 of 9

310-2025-000064-0

EXAGIO1

Office Codes: E,E,01,979 AD Number: 4200458602 Case: 62156 Doc Class: 09 Conv Type: S0

eRecorded Document

Case 3:26-cv-00107-HRH   Document 11-14   Filed 04/11/26   Page 48 of 51

UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS
Exhibit C - Grantee Acquired Interests Report

Case Number: 62156
Date: 04/11/2025

Grantee Name: DONNA MAE WILLIAMS

Page: 1 of 2

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|------------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456U | DONNA M. GOTTSCHALK | 2.091 | 1 1 | A-All (TITLE & Beneficial) |

| State County | Lot | Block | Sub-Division | Legal Description | Resource |
|--------------|-----|-------|--------------|-------------------|----------|
| AK    KVICHAK | 7 | 3 | | Lot 7, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska. Containing 1.0458 acres. | Both (Except O & G) |
| AK    KVICHAK | 6 | 3 | | Lot 6, Block 3, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska. Containing 1.0447 acres. | |

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|------------|---------------|--------------------------------------|------------------------|
| 2 | 979 AA 6456 | DONNA M GOTTSCHALK | 1.504 | 1 1 | A-All (TITLE & Beneficial) |

| State County | Lot | Block | Sub-Division | Legal Description | Resource |
|--------------|-----|-------|--------------|-------------------|----------|
| AK    KVICHAK | 5 | 2 | | Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre. | Both (Except O & G) |

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458602 Case: 62156 Doc Class: 09 Conv Type: S0

6 of 9
310-2025-000064-0

eRecorded Document

UNITED STATES DEPARTMENT OF THE INTERIOR  BUREAU OF INDIAN AFFAIRS
Exhibit C - Grantee Acquired Interests Report

Case Number: 62156
Date: 04/11/2025

Grantee Name: DONNA MAE WILLIAMS

Page: 2 of 2

| Item | Tract ID | | Tract Name | | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|---|-----------|---|---------------|-------------------------------------|----------------------|
| | State County | Lot | Block | Sub-Division | Legal Description | | Resource |
| | AK   KVICHAK | 7 | 2 | | All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet. | | |

Total Monetary Consideration:
Total Non-Monetary Consideration:
Total Consideration:



FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458602 Case: 62156 Doc Class: 09 Conv Type: SO

**UNITED STATES DEPARTMENT OF THE INTERIOR   BUREAU OF INDIAN AFFAIRS**
Exhibit C - Grantee Acquired Interests Report

Case Number: 62156
Date: 04/11/2025

Grantee Name: ABE LYNN WILLIAMS AKA ABE L. WILLIAMS

Page: 1 of 1

| Item | Tract ID | Tract Name | Tract Acreage | Grantee Fractional Interest Acquired | Interest Type Acquired |
|------|----------|------------|---------------|--------------------------------------|------------------------|
| 1 | 979 AA 6456U A | DONNA M. GOTTSCHALK | 10.767 | 1<br>1 | A-All (TITLE & Beneficial) |

| State | County | Lot | Block | Sub-Division | Legal Description | Resource |
|-------|--------|-----|-------|--------------|-------------------|----------|
| AK | KVICHAK | TR A | X | | Tract A, Donna G. II Sub., plat No. 87-4, Kvichak Recording District, Alaska. Containing 10.7665 acres. | Both (Except O & G) |

Total Monetary Consideration:

Total Non-Monetary Consideration:

Total Consideration:

FEXCG01

Office Codes: E,E,01,979 AD Number: 4200458602 Case: 62156 Doc Class: 09 Conv Type: S0

8 of 9

310-2025-000064-0

eRecorded Document



# United States Department of the Interior
## BUREAU OF INDIAN AFFAIRS

Case Number: 62156
Grantor Name: GLENDA G WILLIAMS

## *"Exhibit B-Approval of Conveyance and Conveyed Interests Report"*

UNITED STATES
DEPARTMENT OF THE INTERIOR
Bureau of Indian Affairs

The within document is hereby approved in accordance with authority delegated to the Assistant Secretary – Indian Affairs by 209 DM 8; to the Director, Bureau of Indian Affairs by 230 DM 1, to the Deputy Bureau Director, Field Operations and BIA Regional Directors by 3 IAM 4. Consideration to be made to the Grantor for purchase of the ownership interest as shown in Exhibit A-Grantor Deed Interest Report, is ▇▇▇▇▇▇

Approval Date: 05/13/2025 _____

ACTING REGIONAL DIRECTOR

A0CEB01

Office Codes: E,E,01,979 AD Number: 4200458602 Case: 62156

eRecorded Document