**From:** A N Gottschalk <angottschalk@gci.net>
**Subject: Trespass Notice and Cease and Desist Order**
**Date:** February 2, 2026 at 1:54:00 PM AKST
**To:** Dianne King <diannek@naknekelectric.com>
**Cc:** timmc@naknekelectric.com, Nancil@naknekelectric.com, earlh@naknekelectric.com, lisaa@naknekelectric.com, CathrynS@naknekelectric.com, SylviaA@naknekelectric.com, judym@naknekelectric.com

Ms. Dianne King, General Manager
Naknek Electric Association
Naknek Alaska  99633

Dear Ms. King,

Naknek Electric Association is hereby ordered to remove its power lines crossing the W 1/2 of Lot 7, Block 2 of the Donna G. Subdivision (Plat 80-7, Kvichak Recording District, State of Alaska) in blatant trespass—power lines servicing a commercial building Mr. Orin Williams built in trespass on the W 1/2 of Lot 7 and servicing a residential building on Lot 6—a lot Williams owns—within the same subdivision.  I have acquired sole title to both Lot 5 and the W 1/2 of Lot 7 within Block 2 of the Donna G. Subdivision and will file legal proceeding against the association if the lines are not removed within 30 (thirty) days.

The parcels are restricted Alaska Native allotment lands.  And as the Bureau of Indian Affairs' Certified Title Status Report (dated January 21, 2026) regarding Lot 5 and the W 1/2 of Lot 7 of the subdivision indicates, the association lacks legal authorization to cross the W 1/2 of Lot 7 to service Mr. Williams' buildings.

As my email exchanges with you reflect, I tried last summer—to no avail—to persuade you to cease servicing Mr. Williams' commercial building; given that, these

proceedings begin.  However, if you can assure me that the associate will stop utilizing the power lines to service **both** of Mr. Williams' buildings **effective immediately**, I am willing to be flexible with the times regarding the actual removal of the power lines, thus avoiding court action.

Sincerely,

Archie Gottschalk