**United States Department of the Interior**
**Bureau of Indian Affairs**
**Title Status Report**

Report Certification Time and Date: 01/21/2026 04:09:28 PM

Requestor: TCHARLI2 Date/Time: 01/22/2026 09:23:19

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 979 | BRISTOL BAY | AA 6456 | ANCHORAGE, AK | ALASKA REGIONAL OFFICE | ANCHORAGE AGENCY | BothX OG |

Original Allottee: DONNA M GOTTSCHALK

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 979 AA 6456 is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 979 AA 6456 is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: restricted.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

See Appendix E for Tract Notes and/or Coded Remarks.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

_Rebecca Pohawgatchehe_
—————————————————————
Manager

Appendix "A"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 979 | BRISTOL BAY | AA 6456 | ANCHORAGE, AK | ALASKA REGIONAL OFFICE | ANCHORAGE AGENCY | BothX OG |

**Land Legal Descriptions**

| Lot | Block | Subdivision | USS | State | Recording District | Acres |
|---|---|---|---|---|---|---|
| 5 | 2 | | X | ALASKA | KVICHAK | 1.003 |

DESCRIPTION: Lot 5, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska. Containing 1.003 acre.

| Lot | Block | Subdivision | USS | State | Recording District | Acres |
|---|---|---|---|---|---|---|
| 7 | 2 | | X | ALASKA | KVICHAK | .501 |

DESCRIPTION: All of Lot 7, Block Two, Donna G. Subdivision, plat No. 80-7, Kvichak Recording District, Alaska, EXCEPT: A parcel of land described by a deed recorded in the Bureau of Indian Affairs Land, Title and Records Office as document No. 979 29, and Book 18, Page 699-700 of the Kvichak Recording District, Alaska, and further shown on a Record of Survey, plat No. 2015-13, said recording district. Remainder portion contains 21807 square feet.

TOTAL TRACT ACRES:     1.504

Exhibit O
Page 2 of 8

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 979 | BRISTOL BAY | AA 6456 | ANCHORAGE, AK | ALASKA REGIONAL OFFICE | ANCHORAGE AGENCY | BothX OG |

Effective Ownership as of 01/13/2026

| Tribe | Indian / NonIndian | Title | Interest* | Class | Type | SURNAME/FIRST NAME | AS ACQUIRED | CONVERTED TO LCD | DECIMAL |
|---|---|---|---|---|---|---|---|---|---|
| BRISTOL BAY REGION | Indian | Restrict | Title | Deed-RS | SPEC AUT | GOTTSCHALK ARCHIE | 8 45 | | |
| | | Restrict | Title | Deed-RS | SPEC AUT | GOTTSCHALK ARCHIE | 8 45 | | |
| | | Restrict | Title | Deed-RS | SPEC AUT | GOTTSCHALK ARCHIE | 1 18 | | |
| | | Restrict | Title | Deed-RS | SPEC AUT | GOTTSCHALK ARCHIE | 4 45 | | |
| | | Restrict | Title | Deed-RS | SPEC AUT | GOTTSCHALK ARCHIE | 4 45 | | |
| | | Restrict | Title | Deed-RS | SPEC AUT | GOTTSCHALK ARCHIE | 8 45 | | |
| | | Restrict | All | Prob Ord | TESTATE | GOTTSCHALK ARCHIE | 1 18 | | |
| | | Restrict | All | Prob Ord | INTE | GOTTSCHALK ARCHIE | 1 6 | | |
| | | Restrict | All | Prob Ord | INTE | GOTTSCHALK ARCHIE | 1 90 | 90 90 | 1.0000000000 |

* "All" means the equitable beneficial interest and the legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 0 90 | .0000000000 |
| IN RESTRICTED FEE: | 90 90 | 1.0000000000 |
| IN FEE: | 0 90 | .0000000000 |
| IN TOTAL: | 90 90 | 1.0000000000 |

* SPECIAL INTEREST HOLDERS *
Effective Ownership as of 01/13/2026

| Tribe | Indian / NonIndian | Title | Interest* | Class | Type | SURNAME/FIRST NAME | AS ACQUIRED | CONVERTED TO LCD | DECIMAL |
|---|---|---|---|---|---|---|---|---|---|
| BRISTOL BAY REGION | Indian | Restricted | Beneficial | Deed to Restricted Status | SPEC AUT | SLACK JAIME M | 4 45 | 8 90 | .0888888889 |

**Appendix "B"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 979 | BRISTOL BAY | AA 6456 | ANCHORAGE, AK | ALASKA REGIONAL OFFICE | ANCHORAGE AGENCY | BothX OG |

\* SPECIAL INTEREST HOLDERS \*
Effective Ownership as of 01/13/2026

| Tribe | Indian / NonIndian | Title | Interest\* | Class | Type | SURNAME/FIRST NAME | FRACTION TRACT AS ACQUIRED | AGGREGATE SHARE CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|
| BRISTOL BAY REGION | Indian | Restricted | Beneficial | Deed to Restricted Status | SPEC AUT | SLACK KELSEY A | 4 45 | 8 90 | .0888888889 |
| BRISTOL BAY REGION | Indian | Restricted | Beneficial | Deed to Restricted Status | SPEC AUT | GOTTSCHALK MICHAEL | 8 45 | 16 90 | .1777777778 |
| BRISTOL BAY REGION | Indian | Restricted | Beneficial | Deed to Restricted Status | SPEC AUT | GOTTSCHALK ROYLENE | 8 45 | 16 90 | .1777777778 |
| BRISTOL BAY REGION | Indian | Restricted | Beneficial | Deed to Restricted Status | SPEC AUT | GOTTSCHALK JANE | 1 18 | 5 90 | .0555555555 |
| BRISTOL BAY REGION | Indian | Restricted | Beneficial | Deed to Restricted Status | SPEC AUT | WILLIAMS DONNA M | 8 45 | 16 90 | .1777777778 |

Exhibit O
Page 4 of 8

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 979 | BRISTOL BAY | AA 6456 | ANCHORAGE, AK | ALASKA REGIONAL OFFICE | ANCHORAGE AGENCY | BothX OG |

Ownership of Tract 979 AA 6456 is encumbered by the following:

    NO REALTY DOCUMENTS FOUND

**Type of Encumbrance**

| Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|-------------|--------------------|------------|----------|------------------------------|
| MINERALS RESERVE | UNITED STATES | PERPETUAL | 351 | OIL AND GAS. |
| RIGHTS OF WAY | UNITED STATES | PERPETUAL | 351 | SJ TO A RIGHT-OF-WAY THEREON FOR THE CONSTRUCTION OF RAILROADS, TELEGRAPH, & TELEPHONE LINES, AS PRESCRIBED & DIRECTED BY THE ACT OF MARCH 12, 1914, 38 STAT. 305. |
| DITCHES & CANALS | UNITED STATES | PERPETUAL | 351 | |
| ENCUMBRANCES (OTHER) | GOTTSCHALK DONNA M | PERPETUAL | 2709 | PLAT OF DONNA G. SUBDIVISION, A SUBDIVISION OF S1/2 NE1/4 SE1/4 & S1/2 N1/2 NE1/4 SE1/4 AND THE EASTERLY 60 FEET OF GOVERNMENT LOT 4, SEC. 34, T.16S., R.46W., S.M., ALASKA, RECORDED AS PLAT NO. 80-7, BRISTOL BAY RECORDING DISTRICT, ALASKA AND/OR PLAT NO. 80-7, KVICHAK RECORDING DISTRICT, ALASKA. APPROVED 05/02/1980. |
| ENCUMBRANCES (OTHER) | STATE OF ALASKA | PERPETUAL | 6580 | RECORD OF SURVEY, E1/2 LOT 7, BLOCK 2, DONNA G. SUBDIVISION, PLAT NO. 2015-13, AS DESCRIBED ON DEED, BK 18, PG 699, KVICHAK RECORDING DISTRICT, WITHIN SEC. 34, T.16S., R.46W., SEWARD MERIDIAN, AK. |
| ENCUMBRANCES (OTHER) | GOTTSCHALK DONNA M | PERPETUAL | 56 | DONNA G II SUB, A SUBDIVISION OF GOVT. LOTS 4-6, SECTION 34, TOWNSHIP 16 SOUTH, RANGE 46 WEST, SEWARD MERIDIAN, ALASKA, AND LOT 4, BLOCK 2, AND TRACT A, DONNA G SUBDIVISION, RECORDED AS PLAT NO. 87-4, KVICHAK RECORDING DISTRICT. SEE PLAT NOTES ON WASTE WATER DISPOSAL REQUIREMENTS. APPROVED 01/02/1987. |
| CERTIFICATE OF SURVEY | UNITED STATES | PERPETUAL | 6878 | CADASTRAL SURVEY OF TOWNSHIP 16 SOUTH, RANGE 46 WEST, SEWARD MERIDIAN, ALASKA, AS ACCEPTED ON MAY 10, 1961. |
| LIFE ESTATE | GOTTSCHALK MICHAEL | | 4200513164 | THIS DEED IS SUBJECT TO LIFE ESTATE OF THE GRANTOR, MICHAEL GOTTSCHALK, 979L000300. APPROVED 11/24/2025. |
| LIFE ESTATE | GOTTSCHALK ROYLENE | | 4200513166 | THIS DEED IS SUBJECT TO LIFE ESTATE OF THE GRANTOR, ROYLENE GOTTSCHALK, 979L000427, APPROVED 11/24/2025. |
| LIFE ESTATE | GOTTSCHALK JANE | | 4200513167 | THIS DEED IS SUBJECT TO LIFE ESTATE OF THE GRANTOR, JANE GOTTSCHALK, 979L002272, APPROVED 11/24/2025. |
| LIFE ESTATE | SLACK JAIME MARIE | | 4200513169 | THIS DEED IS SUBJECT TO LIFE ESTATE OF THE GRANTOR, JAIME MARIE SLACK, 979L000052, APPROVED 11/24/2025. |

Exhibit O
Page 5 of 8

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 979 | BRISTOL BAY | AA 6456 | ANCHORAGE, AK | ALASKA REGIONAL OFFICE | ANCHORAGE AGENCY | BothX OG |

**Type of Encumbrance**

| Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| LIFE ESTATE | SLACK KELSEY ANNE | | 4200513170 | THIS DEED IS SUBJECT TO LIFE ESTATE OF THE GRANTOR, KELSEY A. SLACK, 979L000053, APPROVED 11/24/2025. |
| LIFE ESTATE | WILLIAMS DONNA MAE | | 4200513173 | THIS DEED IS SUBJECT TO LIFE ESTATE OF THE GRANTOR, DONNA M. WILLIAMS, 979L004593, APPROVED 11/24/2025. |

**Appendix "D"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 979 | BRISTOL BAY | AA 6456 | ANCHORAGE, AK | ALASKA REGIONAL OFFICE | ANCHORAGE AGENCY | BothX OG |

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

**Exhibit O**
**Page 7 of 8**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 979 | BRISTOL BAY | AA 6456 | ANCHORAGE, AK | ALASKA REGIONAL OFFICE | ANCHORAGE AGENCY | BothX OG |

The following notes apply to this land title:

| | |
|---|---|
| Other (specify in remarks) | BLMSER - AA006456 |
| SERVICE PROVIDER | ARR |
| ALASKA VILLAGE | NAKNEK |
| FFS ID | 330 |
| ALASKA STATUS | CERTIFIED |