Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, v. THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | Case No.: 3:26-cv-00107-HRH |

## **MOTION TO CONTINUE CASE STATUS HEARING**

Plaintiffs Orin and Sherill Williams (hereinafter "Plaintiffs"), by and through their counsel of record, Holmes Weddle & Barcott, P.C., hereby move to continue today's case status hearing, as lead counsel is home with her small children due to family illness.[1]  Second chair counsel, Carolyn Clark, is unable to attend the hearing in Ms. Stone's place, as she is scheduled to appear at an eviction hearing before the Alaska State District Court.

---

[1] Declaration of Counsel in Support of Motion for Expedited Consideration.

Motion for Expedited Consideration of Motion to Continue Case Status Hearing
Page 1
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

On March 30, 2026, counsel entered a limited appearance for the limited purpose of re-opening proceedings in this matter for the purpose to permit the appointment and service of a personal representative for the Estate of George F. Gottschalk, Jr. in Case No. 3DI-08-00017PR. As of this date, the court has not yet acted upon the Motion to Reopen Probate for the purposes of service. On or April 1, 2026, counsel served the following parties via certified mail restricted delivery with the summons, complaint, motion for temporary restraining order and temporary restraining order: Archie Gottschalk, Gilbert Gottschalk, Glenda Williams, Michale Gottschalk, and Roylene Mancuso. As of this filing, Glenda Williams and Michael Gottschalk have been served.[2]

Subsequently today, undersigned counsel will be filing the Motion for Preliminary Injunction. However, because there are additional parties that must be served, undersigned counsel will also seek an enlargement of time with respect to the Temporary Restraining Order.

DATED this 13th day of April 2026, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiff

By:  /s/ Stacey C. Stone
       Stacey C. Stone
       Alaska Bar No. 1005030
       Carolyn E. Clark
       Alaska Bar No.: 2304029

---

[2] Exhibit A.

Motion for Expedited Consideration of Motion to Continue Case Status Hearing
Page 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH