Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, <br> Plaintiffs, <br><br> v. <br><br> THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, <br> Defendants. | Case No.: 3:26-cv-00107-HRH |

## **[PROPOSED] ORDER GRANTING MOTION TO CONTINUE CASE STATUS HEARING**

This Court grants the Motion to Continue Case Status Hearing.  A case status hearing shall take place on the _____ day of _____, 2026 at _____ a.m./p.m.

DATED this _____ day of April 2026, at Anchorage, Alaska.

_____
H. Russel Holland
United States District Court Judge

[Proposed] Order Granting Motion to Continue Case Status Hearing          Page 1
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 12-2     Filed 04/13/26     Page 1 of 1

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK  99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657