Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiff

**HOLMES WEDDLE & BARCOTT, PC**
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community,<br>Plaintiffs,<br><br>v.<br><br>THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual,<br>Defendants. | Case No.: 3:26-cv-00107-HRH |

### DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION

I, STACEY C. STONE, HEREBY DECLARE AS FOLLOWS:

1.      I am an attorney with the law firm of Holmes Weddle & Barcott, P.C., and I am lead counsel in the above-captioned action.

2.      Due to family illness, I have to work from home today with my two small children, and am therefore unable to attend today's hearing.

3.      My second chair counsel has a scheduling conflict due to an eviction hearing before the Alaska State District Court, and therefore is unable to attend in my

Affidavit of Sherrill Williams in Support of Plaintiffs'
Motion for Temporary Restraining Order                                                    Page 1
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH

place.

    4.     Given the same, we are requesting the case status hearing be continued.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of April, 2026.

/s/ Stacey C. Stone
Stacey C. Stone

**HOLMES WEDDLE & BARCOTT, PC**
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Affidavit of Sherrill Williams in Support of Plaintiffs'
Motion for Temporary Restraining Order           Page 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH