Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, v. THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | Case No.: 3:26-cv-00107-HRH |

## CERTIFICATE OF SERVICE

The undersigned certified that true and correct copies of the Motion for Expedited Consideration of Motion to Continue Case Status Hearing, Declaration of Counsel in Support of Motion for Expedited Consideration, Proposed Order Granting Motion for Expedited Consideration, Motion to Continue Case Status Hearing, and Proposed Order Granting Motion to Continue Case Status Hearing were mailed via First Class Mail or emailed to the following as referenced below:

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

[Proposed] Order Granting Motion to Continue Case Status Hearing                    Page 1
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH    Document 14    Filed 04/13/26    Page 1 of 2

Gilbert M. Gottschalk
P.O. Box 332
Naknek, AK 99633

Glenda G. Williams
820 Rovenna Street
Anchorage, AK 99515

Archie N. Gottschalk
8917 Northwood Park Circle
Eagle Rive, AK 99577
angottschalk@gci.net

Roylene A. Mancuso
P.O. Box 381
Naknek, AK 99633

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99622

Dated: __04-13-2026_____     By:___*/s/ Brian Fontaine*_____
Brian Fontaine, Legal Assistant
Holmes Weddle & Barcott, P.C.

_____

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

[Proposed] Order Granting Motion to Continue Case Status Hearing                Page 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 14     Filed 04/13/26     Page 2 of 2