Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:   (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

ORIN and SHERILL WILLIAMS,
individually and as a marital community,
Plaintiffs,

v.

THE ESTATE OF GEORGE F.
GOTTSCHALK, JR., an individual;
ARCHIE N. GOTTSCHALK, an
individual; GLENDA G. WILLIAMS, an
individual; GILBERT M.
GOTTSCHALK, an individual;
ROYLENE A. MANCUSO, an
individual; and MICHAEL L.
GOTTSCHALK, an individual,
Defendants.

Case No.: 3:26-cv-00107-HRH

## AFFIDAVIT REGARDING PROOF OF SERVICE
### [Federal R. Civ. P. 4(l)]

STATE OF ALASKA )
) ss
THIRD JUDICIAL DISTRICT )

I, Brian Fontaine, being first duly sworn upon oath, deposes and states as

follows:

1.      I am employed as a legal assistant with the law offices of Holmes Weddle

& Barcott. P.C.  Holmes Weddle & Barcott, P.C. is counsel of record for Plaintiffs in

this action.

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Affidavit Regarding Proof of Service
*Orin and Sherrill Williams v. The Estate of*
*George F. Gottschalk, et. al.*

Case No. 3-26-cv-00107-HRH
Page 1 of 3

2.     I make this Affidavit pursuant to the requirements of Federal R. Civ. P. 4(l).

3.     Service of the Summons, Complaint with Exhibits A through C, Motion for Temporary Restraining Order and the Order (Temporary Restraining Order) were served via certified mail, restricted delivery, on Michael L. Gottschalk on April 6, 2026. See the attached signed return receipt card. Service of process was therefore effected upon Defendant Michael L. Gottschalk on April 6, 2026. [1]

4.     Service of the Summons, Complaint with Exhibits A through C, Motion for Temporary Restraining Order and the Order (Temporary Restraining Order) were served via certified mail, restricted delivery, on Glenda G. Williams on April 3, 2026. See the attached signed return receipt card and print out from the United States Postal Service tracking website. Service of process was therefore effected upon Defendant Glenda G. Williams on April 3, 2026.[2]

5.     Service of process was made on defendant Archie N. Gottschalk by certified mail, restricted delivery, sent to the address of 8917 Northwood Park Circle, Eagle River, Alaska 99577. The signed certified mail green card has not yet been returned to our office, but USPS Tracking indicates it was delivered.[3] Attorney Andrew Erickson appeared on behalf of defendant Archie N. Gottschalk on April 10, 2026 (Doc 10). The signed green card will be filed with the court upon receipt.

---

[1] Exhibit A
[2] Exhibit B.
[3] Exhibit C

Affidavit Regarding Proof of Service
*Orin and Sherrill Williams v. The Estate of*
*George F. Gottschalk, et. al.*

Case No. 3-26-cv-00107-HRH
Page 2 of 3

Case 3:26-cv-00107-HRH     Document 20     Filed 04/13/26     Page 2 of 3

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

6. The Estate of George F. Gottschalk, Gilbert M. Gottschalk, and Roylene A. Mancuso remain unserved.

DATED this 13th day of April, 2026, at Anchorage, Alaska.

Brian Fontaine

SUBSCRIBED AND SWORN TO before me this 13th day of April, 2026, at Anchorage, Alaska.

OFFICIAL SEAL
STATE OF ALASKA
TINA M. HARDWICK
NOTARY PUBLIC

Notary Public in and for Alaska
My Commission Expires: 9/8/2027

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Affidavit Regarding Proof of Service                    Case No. 3-26-cv-00107-HRH
*Orin and Sherrill Williams v. The Estate of*                              Page 3 of 3
*George F. Gottschalk, et. al.*

Case 3:26-cv-00107-HRH    Document 20    Filed 04/13/26    Page 3 of 3