

RECEIVED
APR 0 3 2026

35298   bf
Summons + Complaint
        TRO dues

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Glenda Wilder  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Glenda G. Williams<br>820 Roverina Street<br>Anchorage AK 99518 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9003 4122 5041 61 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☑ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ʉred Mail<br>☐ ʉred Mail Restricted Delivery<br>ʉer $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 3538 7751 02 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

ALERT: IMPACTS FROM SUPER TYPHOON SINLAKU IN THE MARIANA ISLANDS MAY DELAY F...

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9589071052703538775102

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:22 pm on April 3, 2026 in ANCHORAGE, AK 99518.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

ANCHORAGE, AK 99518
April 3, 2026, 12:22 pm

**Arrived at USPS Regional Facility**

ANCHORAGE AK DISTRIBUTION CENTER
April 2, 2026, 9:48 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Feedback

**Product Information** ⌄

## See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**