



## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Archie N. Gottschalk
8917 Northwood Park Circle
Eagle River AK 99577

9590 9402 9003 4122 5044 37

2. Article Number *(Transfer from service label)*

9589 0710 5270 3538 7751 88

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☑ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**ALERT: IMPACTS FROM SUPER TYPHOON SINLAKU IN THE MARIANA ISLANDS MAY DELAY F…**

# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

## 9589071052703538775188

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 2:25 pm on April 4, 2026 in EAGLE RIVER, AK 99577.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

EAGLE RIVER, AK 99577
April 4, 2026, 2:25 pm

**In Transit to Next Facility**

April 3, 2026

**Arrived at USPS Regional Facility**

ANCHORAGE AK DISTRIBUTION CENTER
April 2, 2026, 9:48 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                          ⌄

Feedback

## USPS Tracking Plus®                                                   ⌄

---

## Product Information                                                   ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs