Andrew Erickson
Jackson Morawski
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
jacksonm@lbblawyers.com

*Attorneys for Defendant Archie N. Gottschalk*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN WILLIAMS and SHERILL WILLIAMS, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF GEORGE F. GOTTSCHALK, JR., *et al.*,<br><br>Defendants. | <br><br><br><br><br><br><br>Case No. 3:26-cv-00107-HRH<br><br><br>**Oral Argument Requested** |

## DEFENDANT ARCHIE N. GOTTSCHALK'S NOTICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to this Court's April 16, 2026, Order (Docket No. 21) Defendant

Archie N. Gottschalk, through undersigned counsel, hereby gives notice of his

*Williams v. Estate of George F. Gottschalk, Jr.*    Case No. 3:26-cv-00107-HRH
Notice of Opposition to Motion for Preliminary Injunction                Page 1 of 2

intent to rely on his Opposition to Plaintiffs' Motion for Temporary Restraining Order (Docket No. 11) as the entirety of his response to Plaintiffs' Motion for Preliminary Injunction. Mr. Gottschalk requests oral argument on the Motion for Preliminary Injunction.

Respectfully submitted.

DATED: April 17, 2026       LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____

Andrew Erickson, Alaska Bar No. 1605049
Jackson Morawski, Alaska Bar No. 2310113

*Attorneys for Defendant Archie N. Gottschalk*

### CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____

Andrew Erickson

*Williams v. Estate of George F. Gottschalk, Jr.*    Case No. 3:26-cv-00107-HRH
Notice of Opposition to Motion for Preliminary Injunction      Page 2 of 2