Andrew Erickson
Jackson Morawski
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, AK 99501
(907) 276-5152
andye@lbblawyers.com
jacksonm@lbblawyers.com

*Attorneys for Defendant Archie N. Gottschalk*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN WILLIAMS and SHERILL WILLIAMS, individually and as a marital community, <br><br> Plaintiffs, <br><br> v. <br><br> ESTATE OF GEORGE F. GOTTSCHALK, JR., *et al.*, <br><br> Defendants. | Case No. 3:26-cv-00107-HRH |

## DEFENDANT ARCHIE N. GOTTSCHALK'S MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

### Decision Requested by <u>April 21, 2026</u>

Case 3:26-cv-00107-HRH   Document 24   Filed 04/17/26   Page 1 of 4

Pursuant to Local Civil Rule 7.3(a), Defendant Archie N. Gottschalk respectfully moves for expedited consideration of the Plaintiffs' Motion for Preliminary Injunction (Docket No. 21). A decision is requested no later than April 21, 2026.

Expedited consideration is warranted because this Court has issued an Order enjoining Mr. Gottschalk from taking proper steps to protect his Alaska Native Allotment from ongoing trespass. The Order prohibits Mr. Gottschalk from even communicating with Naknek Electric Association (NEA) regarding trespass power lines that cross the Gottschalk Allotment, and possibly even seeking proper recourse from the BIA to pursue ejectment of the trespassers.[1] This is a severe restriction on Mr. Gottschalk's property rights, and it warrants immediate attention from this Court.[2]

Justice will not be served by delaying a decision on this relatively straightforward Motion. The Plaintiffs assert eight Alaska state law claims against the Defendants. There is no basis for federal jurisdiction in this case.[3]

---

[1] *See* Docket No. 6 ("Defendants shall cease and desist from efforts to disrupt the electric power to the subject property.").

[2] Declaration of Andrew Erickson.

[3] *See* Docket No. 11 at 20-22.

*Williams v. Estate of George F. Gottschalk, Jr.*    Case No. 3:26-cv-00107-HRH
Motion for Expedited Consideration                                      Page 2 of 4

Case 3:26-cv-00107-HRH    Document 24    Filed 04/17/26    Page 2 of 4

On Friday, April 17, 2026, Mr. Gottschalk filed his Notice of Opposition to Plaintiffs' Motion for Preliminary Injunction. The Motion is now fully briefed (except for any optional reply).[4] Mr. Gottschalk requests that this Court order the following expedited timeline for resolving the Motion:

- Any Reply in support of the Motion shall be filed no later than **Monday, April 20, at 12 noon**.

- The Court will hold an oral argument on the Motion on or before Tuesday, April 21, and issue a decision on the Motion no later than **April 21 at 5:00 p.m**.

Counsel for Mr. Gottshalk has communicated with counsel for the Plaintiffs about the proposed schedule, above, and expedited consideration of the Motion for Preliminary Injunction. Plaintiffs' counsel stated that they oppose expedited consideration.

In accordance with Local Civil Rule 7.3(a), undersigned counsel will immediately serve this motion on the Plaintiffs through the Court's CM/ECF electronic filing system and will immediately advise the Clerk's Office of this motion. This motion is supported by the accompanying Declaration of Andrew Erickson and a proposed order.

---

[4] Plaintiffs have already had a chance to fully respond to the arguments raised in Mr. Gottschalk's Opposition. *See* Docket No. 21.

Respectfully submitted.

DATED: April 17, 2026   LANDYE BENNETT BLUMSTEIN LLP

*/s/ Andrew Erickson*

_____

Andrew Erickson, Alaska Bar No. 1605049
Jackson Morawski, Alaska Bar No. 2310113

*Attorneys for Defendant Archie N. Gottschalk*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, a copy of the foregoing was served

by electronic means on all counsel of record by the Court's CM/ECF system.

*/s/ Andrew Erickson*

_____

Andrew Erickson

Case 3:26-cv-00107-HRH  Document 24  Filed 04/17/26  Page 4 of 4