**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

|  |  |
|---|---|
| ORIN WILLIAMS and SHERILL WILLIAMS, individually and as a marital community,<br><br>            Plaintiffs,<br><br>      v.<br><br>ESTATE OF GEORGE F. GOTTSCHALK, JR., *et al.*,<br><br>            Defendants. | Case No. 3:26-cv-00107-HRH |

**(PROPOSED) ORDER GRANTING EXPEDITED CONSIDERATION**

Defendant Archie N. Gottschalk's Motion for Expedited Consideration of the Plaintiffs' Motion for Preliminary Injunction is GRANTED. The following schedule is entered in this case:

- Any Reply in support of the Motion shall be filed no later than Monday, April 20 at 12 noon.

- The Court will hold an oral argument on the Motion on or before Tuesday, April 21, and issue a decision on the Motion no later than April 21 at 5:00 p.m.

*Williams v. Estate of George F. Gottschalk, Jr.*    Case No. 3:26-cv-00107-HRH
(Proposed) Order Granting Expedited Consideration                Page 1 of 2

Case 3:26-cv-00107-HRH    Document 24-2    Filed 04/17/26    Page 1 of 2

IT IS SO ORDERED.


_____     _____
Dated                     The Honorable H. Russel Holland
                          United States District Judge


*Williams v. Estate of George F. Gottschalk, Jr.*     Case No. 3:26-cv-00107-HRH
(Proposed) Order Granting Expedited Consideration                    Page 2 of 2