Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, v. THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | Case No.: 3:26-cv-00107-HRH |

**OPPOSITION TO DEFENDANT ARCHIE N. GOTTSCHALK'S MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Orin Williams and Sherill Williams (hereinafter "Plaintiffs"), by and through their counsel of record, Holmes Weddle & Barcott, P.C., hereby oppose expedited consideration on Plaintiffs' Motion for Preliminary Injunction.

Pursuant to Local Rule 7.3, Defendant has failed to demonstrate good cause for expedited consideration, particularly considering that the Court has already established an expedited briefing schedule for the Motion for Preliminary Injunction. The Motion for Expedited Consideration rests on the assumption that the property at issue is Defendant's property, while ignoring the undisputed reality that Plaintiffs have openly and continuously

Opposition to Defendant Archie N. Gottschalk's Motion for
Expedited Consideration of Plaintiff's Motion for a Preliminary Injunction          Page 1 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 25     Filed 04/17/26     Page 1 of 4

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

acted as the owners of the property for over thirty (30) years. Defendant does not have possession of the property, and has taken no steps to assert possessory rights until the recent conduct that prompted Plaintiffs to file this lawsuit, It is Plaintiffs, not Defendant, who initiated this lawsuit given Defendant's recent actions. As set forth in prior filings in this action, Defendant will experience no cognizable harm from allowing this matter to proceed under the Court's existing schedule and to be resolved on the merits.

Moreover, only one Defendant has appeared. The Court's initial timeline provides for the other Defendants to appear and have a right to respond to the Motion for Preliminary Injunction. Defendant Archie Gottschalks' attempt to accelerate the proceedings is premature and improper, particularly where he has failed to serve the other Defendants with the Motion for Expedited Consideration. The remaining Defendants are entitled to notice and an opportunity to be heard, and it cannot be assumed that they share Mr. Gottschalk's position or litigation strategy. The Court established a timeline for the Motion for Preliminary Injunction, having been fully aware of the issues in this case.[1] As such, the initial timeline should remain in effect for the purpose of judicial efficiency and to ensure all Defendants have the right to appear and respond.

Given Plaintiffs' decades-long possession and use of the property, a short additional period while the Court considers the merits will not prejudice any Defendant. In the context of this case, the Court's existing schedule is both reasonable and efficient. Accordingly, there is no basis to depart from it.

---

[1] While Defendant's Motion noted that Plaintiffs' Reply is optional, Plaintiffs hereby confirm that they intend to file such Reply.

Opposition to Defendant Archie N. Gottschalk's Motion for
Expedited Consideration of Plaintiff's Motion for a Preliminary Injunction        Page 2 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*        Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH        Document 25        Filed 04/17/26        Page 2 of 4

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

For these reasons, the Motion for Expedited Consideration should be denied, and the

Court's previously established timeline should remain in effect. A proposed order is attached.

DATED this 17th day of April 2026, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiffs

By:  */s/ Carolyn E. Clark*
Stacey C. Stone
Alaska Bar No. 1005030
Carolyn E. Clark
Alaska Bar No. 2304029

### CERTIFICATE OF SERVICE

I hereby certify that, on the 17th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew B. Erickson , Esq.
Jackson Morawski, Esq.
Landye Bennett Blumstein LLP
Jackson Morawski
andye@lbblawyers.com
jacksonm@lbblawyers.com

I additionally certify that on the 17th day of April 2026, a true and correct copy of this pleading with attached affidavit was mailed via U.S. Mail to the following:

Gilbert M. Gottschalk
P.O. Box 332
Naknek, AK 99633

Glenda G. Williams
820 Rovenna Street
Anchorage, AK 99518

Roylene A. Mancuso
P.O. Box 381
Naknek, AK 99633

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99633

The Estate of George F. Gottschalk, Jr.
c/o Personal Representative

Opposition to Defendant Archie N. Gottschalk's Motion for
Expedited Consideration of Plaintiff's Motion for a Preliminary Injunction            Page 3 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 25     Filed 04/17/26     Page 3 of 4

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Archie N. Gottschalk
8917 Northwood Park Circle
Eagle Rive, AK 99577

                                        s/ Carolyn E. Clark
                                        Carolyn E. Clark

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Opposition to Defendant Archie N. Gottschalk's Motion for
Expedited Consideration of Plaintiff's Motion for a Preliminary Injunction       Page 4 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*      Case No: 3:26-CV-00107-HRH