Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community,<br>Plaintiffs,<br>v.<br><br>THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual,<br>Defendants. | Case No.: 3:26-cv-00107-HRH |

**[PROPOSED] ORDER DENYING DEFENDANT ARCHIE N. GOTTSCHALK'S MOTION FOR EXPEDITED CONSIDERATION OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

This Court DENIES Defendant Archie N. Gottschalk's Motion for Expedited Consideration of Plaintiffs' Motion for Preliminary Injunction. The initial timeline set by this Court remains in effect.

DATED this _____ day of _____ 2026, at Anchorage, Alaska.

_____
H. Russel Holland
United States District Court Judge

[Proposed] Order Denying Motion for Expedited Consideration                                    Page 1
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 17th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew B. Erickson , Esq.
Jackson Morawski, Esq.
Landye Bennett Blumstein LLP
Jackson Morawski
andye@lbblawyers.com
jacksonm@lbblawyers.com

I additionally certify that on the 17th day of April 2026, a true and correct copy of this pleading was mailed via U.S. Mail to the following:

Gilbert M. Gottschalk
P.O. Box 332
Naknek, AK 99633

Glenda G. Williams
820 Rovenna Street
Anchorage, AK 99518

Roylene A. Mancuso
P.O. Box 381
Naknek, AK 99633

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99633

The Estate of George F. Gottschalk, Jr.
c/o Personal Representative
Archie N. Gottschalk
8917 Northwood Park Circle
Eagle Rive, AK 99577

s/ Carolyn E. Clark
Carolyn E. Clark

[Proposed] Order Denying Motion for Expedited Consideration                                        Page 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 25-1     Filed 04/17/26     Page 2 of 2