**From:** Andy Leman <jal@khe.com>
**Sent:** Tuesday, March 31, 2026 3:02 PM
**To:** Stacey Stone <SStone@hwb-law.com>; Carolyn Clark <cclark@hwb-law.com>
**Cc:** Emily Walker <emw@khe.com>; Brian Fontaine <Bfontaine@hwb-law.com>; Kristen Salha <ksalha@hwb-law.com>
**Subject:** Re: Naknek Electric Association, Inc.

Some people who received this message don't often get email from jal@khe.com.
Learn why this is important

Stacey & Carolyn:

I wanted to let you know that my client does have a copy of the TRO and has put the disconnection process on hold.

I think it would be helpful for you to correct NEA's name in a future court filing to reflect Naknek Electric Association, Inc. NEA is a private member/customer owned cooperative corporation organized under AS 10.25. et seq.

At this point I do not believe NEA plans to enter an appearance or participate in the case. I am sure someone will let us know if the litigation is resolved or the TRO/PI status changes.

Thanks.

-Andy

_____

John Andrew Leman
Kemppel, Huffman & Ellis, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, AK 99503
(907) 277-1604 work
(907) 317-1478 cell

(907) 276-2493 fax

[www.khe.com](www.khe.com)

This electronic message transmission contains information from the law firm of Kemppel, Huffman & Ellis, P.C. which may be confidential or privileged. The information is intended for the private use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is prohibited. If you received this electronic transmission in error, please notify us by telephone (907) 277-1604 immediately.

**From:** Kristen Salha <[ksalha@hwb-law.com](ksalha@hwb-law.com)>
**Date:** Thursday, March 26, 2026 at 2:31 PM
**To:** Andy Leman <[jal@khe.com](jal@khe.com)>
**Cc:** Emily Walker <[emw@khe.com](emw@khe.com)>, Stacey Stone <[SStone@hwb-law.com](SStone@hwb-law.com)>, Carolyn Clark <[cclark@hwb-law.com](cclark@hwb-law.com)>, Brian Fontaine <[Bfontaine@hwb-law.com](Bfontaine@hwb-law.com)>
**Subject:** Re: Naknek Electric Association, Inc.

Hi Andy,

Thank you for your email and we will certainly follow this directive. I'm including the lead attorneys on this matter as well, Stacey Stone and Carolyn Clark. And you are correct; there is an anticipated TRO in an existing action over ownership of the disputed parcel subject to the upcoming disconnection you mentioned. Can I assume you received the letter relayed to NEA earlier today? I'm attaching for transparency in case the timing of your email was purely coincidental.

I appreciate your quick attention to this matter and we look forward to working with you toward an amicable solution.

**Kristen Eshleman Salha** | Attorney

Holmes Weddle & Barcott PC

2550 Denali Street | Suite 500 | Anchorage, AK  99503

[ksalha@hwb-law.com](ksalha@hwb-law.com) – 907.274.0666

**From:** Andy Leman <jal@khe.com>
**Sent:** Thursday, March 26, 2026 1:31 PM
**To:** Kristen Salha <ksalha@hwb-law.com>
**Cc:** Emily Walker <emw@khe.com>
**Subject:** Naknek Electric Association, Inc.

You don't often get email from jal@khe.com. Learn why this is important

Kristen:

Our firm is general counsel for Naknek Electric Association, Inc. It is my understanding that your firm may be filing a TRO related to the upcoming disconnection of electric service. Please direct all of your communications regarding any such matter to me and cc Emily Walker in my office. My contact information is below if you'd like to chat.

-Andy

_____

John Andrew Leman
Kemppel, Huffman & Ellis, P.C.
255 E. Fireweed Lane, Suite 200
Anchorage, AK 99503
(907) 277-1604 work
(907) 317-1478 cell
(907) 276-2493 fax
www.khe.com

This electronic message transmission contains information from the law firm of Kemppel, Huffman & Ellis, P.C. which may be confidential or privileged. The information is intended for the private use of the intended recipient. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this transmission is

prohibited. If you received this electronic transmission in error, please notify us by telephone (907) 277-1604 immediately.

Exhibit A - Page 4 of 4