IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ORIN WILLIAMS and SHERILL WILLIAMS, )
individually and as a marital community,  )
)
Plaintiffs,  )
vs.  )
)
ESTATE OF GEORGE F. GOTTSCHALK,  )
JR., an individual,  )
ARCHIE N. GOTTSCHALK, an individual;  )
GLENDA G. WILLIAMS, an individual;  )
GILBERT M. GOTTSCHALK, an individual;  )
ROYLENE A. MANCUSO, an individual; and  )
MICHAEL L. GOTTSCHALK, an individual,  )
)     No. 3:26-cv-0107-HRH
Defendants.  )
_____)

NOTICE TO PARTIES

Plaintiffs' complaint was filed March 9, 2026. As provided by Rule 4(m), Federal

Rules of Civil Procedure, plaintiffs have 90 days from the filing of their complaint in

which to effect service upon the defendants.

As of this date, only defendant Archie Gottschalk has appeared and responded to

plaintiffs' complaint by the filing of a motion to dismiss. Plaintiffs' complaint against

defendants other than Archie Gottschalk will be subject to dismissal at 90 days after the

filing of plaintiffs' complaint if the remaining defendants have not been served.

DATED at Anchorage, Alaska, this  20th  day of May, 2026.


/s/   H. Russel Holland_____
United States District Judge