Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, v. THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | Case No.: 3:26-cv-00107-HRH |

## MOTION FOR ENLARGEMENT OF TIME TO SERVE REMAINING DEFENDANTS PURSUANT TO Fed. R. Civ. P. 4(m)

Plaintiffs Orin Williams and Sherill Williams, by and through their counsel of record, Holmes Weddle & Barcott, P.C., hereby file this Motion for Enlargement of Time to Serve Remaining Defendants Pursuant to Federal Rule 4(m).

On May 20, 2026, the Court issued a *Notice to Parties*,[1] in which the Court indicated that Defendants other than Archie Gottschalk would be subject to dismissal if not served. However, the Court overlooked the fact that both Defendants Michael L. Gottschalk and Glenda G. Williams were served and should not be subject to dismissal based on lack of

---

[1] Docket No. 35.

Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                                    Page 1 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH    Document 37    Filed 06/05/26    Page 1 of 4

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

appearance.[2] Instead, Defendants Michael L. Gottschalk and Glenda G. Williams should be subject to default in accordance with Fed. R. Civ. P. 55.

Regarding Defendant Roylene Mancuso, Plaintiffs have been attempting to serve her but have not completed service to date. Currently, service by the Alaska State Troopers is in progress. Anchorage Judicial Services has received the service packet and forwarded it to the Bristol Bay Borough Police Department for service in King Salmon, Alaska.[3]

As the Court is aware, the only Defendant currently represented is Archie Gottschalk ("Archie"). Archie asserts that he is the sole proper defendant and holds title to the property subject to life estates in the other named Defendants and their presumed heirs. However, Archie has produced no evidence of any such life estates, and the deeds provided instead reflect co-ownership among multiple parties.[4] As such, a title report is necessary.

Since the filing of the litigation, Plaintiffs have learned that both George F. Gottschalk Jr. and Gilbert Gottschalk are deceased. Plaintiffs are in the process of obtaining a title report to confirm all parties with an interest in the property and have been diligently attempting to identify any heirs, particularly with respect to Gilbert Gottschalk, whose successors have not yet been located. Plaintiffs intend to amend the Complaint upon confirmation of all interested parties and will file a notice of dismissal as to the Estates of George F. Gottschalk Jr. and Gilbert Gottschalk.

At this time, Plaintiffs request ninety (90) more days to complete service on all Defendants pursuant to Fed. R. Civ. P. 4(m).[5] For the foregoing reasons, Plaintiffs have demonstrated good cause for the delay in serving the remaining Defendants. Accordingly,

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

---

[2] *See* Docket No. 20, *Affidavit Regarding Proof of Service.*

[3] *See* Exhibit A, email from Judicial Services.

[4] *See* Docket No. 11, Exhibit M.

[5] "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. ***But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.*** This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1), or to service of a notice under Rule 71.1(d)(3)(A)." Fed. R. Civ. P. 4(m) (emphasis added).

Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                                                   Page 2 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH

Plaintiffs respectfully request that the Court grant an additional ninety (90) days to effect service.

Plaintiffs will provide the Court with a status report on or before June 19, 2026, and will file the aforementioned pleadings as soon as practicable.

DATED this 5th day of June 2026, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiffs

By: */s/ Stacey C. Stone*
Stacey C. Stone
Alaska Bar No. 1005030
Carolyn E. Clark
Alaska Bar No. 2304029

### **CERTIFICATE OF SERVICE**

I hereby certify that, on the 5th day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew B. Erickson, Esq.
Jackson Morawski, Esq.
Landye Bennett Blumstein LLP
Jackson Morawski
andye@lbblawyers.com
jacksonm@lbblawyers.com

I additionally certify that on the 5th day of June 2026, a true and correct copy of this pleading with attached affidavit was mailed via U.S. Mail to the following:

Gilbert M. Gottschalk
P.O. Box 332
Naknek, AK 99633

Glenda G. Williams
820 Rovenna Street
Anchorage, AK 99518

Roylene A. Mancuso
P.O. Box 381
Naknek, AK 99633

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99633

Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                           Page 3 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

/s/ Stacey C. Stone
Stacey C. Stone

Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                                  Page 4 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH