# Madison Mitchell

| | |
|---|---|
| **From:** | dpsancjwrits (DPS sponsored) <dps.ancjwrits@alaska.gov> |
| **Sent:** | Thursday, June 4, 2026 4:39 PM |
| **To:** | Madison Mitchell |
| **Cc:** | dpsancjwrits (DPS sponsored) |
| **Subject:** | RE: Orin Willians, et al. v. Estate of George F. Gottschalk, Jr., Et al.: Case No. 3:26-cv-0107-HRH: Mailed Service Packets for Service |

Good afternoon,

We received the packet to be served on Roylene Gottschalk 5-27-2026 and mailed it to the Bristol Bay Burrough Police Department for service in King Salmon, AK. I have confirmed over the phone with BBBPD that they have not yet received the packet at this time and thus it has not been served.

Please contact us if you have any further questions.

Best Regards,

Peter Rogers
AST JS OAII
DPS-AST Judicial Services
Office (907) 264-0699
Desk (907)265-0166
peter.rogers@alaska.gov

---

**From:** Madison Mitchell <mmitchell@hwb-law.com>
**Sent:** Friday, May 22, 2026 10:15 AM
**To:** dpsancjwrits (DPS sponsored) <dps.ancjwrits@alaska.gov>
**Cc:** Tina M. Hardwick <Thardwick@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>
**Subject:** Orin Willians, et al. v. Estate of George F. Gottschalk, Jr., Et al.: Case No. 3:26-cv-0107-HRH: Mailed Service Packets for Service

You don't often get email from mmitchell@hwb-law.com. Learn why this is important

**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

I am writing to inform your department that on May 21, 2026, our office mailed two service packets for process service on Roylene Mancuso (also known as Roylene Gottschalk) and Gilbert Gottschalk, along with two checks for the service fees.

As of this morning, we have confirmed that Gilbert Gottschalk is deceased, and service is no longer required for him.

Once your department has received the packets and confirmed receipt, our office will arrange to retrieve the packet and check issued for Gilbert Gottschalk.

Thank you.

Madison Mitchell
Paralegal
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage AK 99503
P: 907-274-0666 / F: 907-277-4657

IMPORTANT/CONFIDENTIAL: This e-mail message (and any attachments accompanying it) may contain confidential information, including information protected by attorney-client privilege. The information is intended only for the use of the intended recipient(s). Delivery of this message to anyone other than the intended recipient(s) is not intended to waive any privilege or otherwise detract from the confidentiality of the message. If you are not the intended recipient, or if this message has been addressed to you in error, do not read, disclose, reproduce, distribute, disseminate or otherwise use this transmission, rather, please promptly notify the sender by reply e-mail, and then destroy all copies of the message and its attachments, if any.