Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 999503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ORIN and SHERILL WILLIAMS,
individually and as a marital community,
                 Plaintiffs,
   v.

THE ESTATE OF GEORGE F.
GOTTSCHALK, JR., an individual;
ARCHIE N. GOTTSCHALK, an individual;
GLENDA G. WILLIAMS, an individual;
GILBERT M. GOTTSCHALK, an
individual; ROYLENE A. MANCUSO, an
individual; and MICHAEL L.
GOTTSCHALK, an individual,
                 Defendants.

Case No.: 3:26-cv-00107-HRH

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
ENLARGEMENT OF TIME TO SERVE REMAINING DEFENDANTS
PURSUANT TO FED. R. CIV. P. 4(m)**

This Court grants the Motion for Enlargement of Time to Serve Remaining

Defendants Pursuant to Fed. R. Civ. P. 4(m). Plaintiffs are to submit a status report to the

Court on or before June 19, 2026. It is so ordered that Plaintiffs have an additional ninety

(90) days to effect service.

DATED this _____ day of _____ 2026, at Anchorage, Alaska.

_____
H. Russel Holland
United States District Court Judge

[Proposed] Order Granting Motion for Enlargement of
Time to Serve Remaining Defendants Pursuant to Fed. R. Civ. P. 4(m)                    Page 1
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

**HOLMES WEDDLE & BARCOTT, PC**
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew B. Erickson , Esq.
Jackson Morawski, Esq.
Landye Bennett Blumstein LLP
Jackson Morawski
andye@lbblawyers.com
jacksonm@lbblawyers.com

I additionally certify that on the 5th day of June 2026, a true and correct copy of this pleading was mailed via U.S. Mail to the following:

Gilbert M. Gottschalk
P.O. Box 332
Naknek, AK 99633

Glenda G. Williams
820 Rovenna Street
Anchorage, AK 99518

Roylene A. Mancuso
P.O. Box 381
Naknek, AK 99633

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99633

s/ Stacey C. Stone
Stacey C. Stone

[Proposed] Order Granting Motion for Enlargement of
Time to Serve Remaining Defendants Pursuant to Fed. R. Civ. P. 4(m)                    Page 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH