Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 99503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT DILLINGHAM

| | |
|---|---|
| IN THE MATTER OF GEORGE F. GOTTSCHALK, JR. | Case No.: 3DI-08-00017 PR |

### MOTION TO REOPEN THE ESTATE FOR A LIMITED PURPOSE

COME NOW Third-Parties Orin Williams and Sherill Williams (hereinafter collectively the "Williams") by and through undersigned counsel of record, Holmes Weddle & Barcott, P.C., and hereby move this Court to reopen the above-captioned matter.

The Williams filed a property dispute action against the Gottschalk family, including the Estate of George F Gottschalk, Jr., deceased, in the U.S. District Court for the District of Alaska, Case No. 3:26-cv-00107-HRH.

The purpose of reopening the instant case is to permit the appointment and service of a personal representative for the Estate of George F. Gottschalk, Jr. Reopening the case will allow the duly appointed personal representative to be properly served and to appear on behalf of the Estate, thereby representing the Estate's interests throughout the pendency of the federal litigation. Reopening this matter is necessary to ensure proper representation of the Estate, facilitate orderly administration, and prevent prejudice to the parties in the related federal action.

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

**Exhibit A**
**Page 1 of 4**

A proposed order is attached.

DATED this 30th day of March 2026, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Third-Parties Orin Williams and Sherill
Williams

By: */s/ Stacey C. Stone*
Stacey C. Stone
Alaska Bar No. 1005030
Carolyn E. Clark
Alaska Bar No.: 2304029

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 30th day of March 2026, a true and correct copy of the foregoing document was served via Email at approximately 4:10 pm to the following:

Jerald M. Reichlin
Law Office Of Jerald M. Reichlin
Attorney At Law
reichlinlaw@gci.net

By: */s/ Brian J. Fontaine*
Brian J. Fontaine
Legal Assistant
Holmes Weddle & Barcott, P.C.

**HOLMES WEDDLE & BARCOTT, PC**
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 99503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT DILLINGHAM

| | |
|---|---|
| IN THE MATTER OF GEORGE F. GOTTSCHALK, JR. | Case No.: 3DI-08-00017 PR |

### [PROPOSED] ORDER GRANTING MOTION TO REOPEN THE ESTATE FOR A LIMITED PURPOSE

The Court having considered the Motion to Reopen the Estate for a Limited Purpose filed by Orin Williams and Sherill Williams hereby finds good cause to reopen this matter. The Court reappoints _____ as the personal representative of the Estate George F. Gottschalk, Jr., until a filing stating the federal lawsuit in the U.S. District Court for the District of Alaska, Case No. 3:26-cv-00107-HRH has concluded, or the Estate's interest in the federal lawsuit has concluded.

DATED this _____ day of March 2026, at Dillingham, Alaska.

_____
Superior Court Judge

Motion to Reopen the Case                                                   Page 1
*ITMO George F. Gottschalk, Jr.*                               Case No: 3DI-08-00017PR

**Exhibit A**
**Page 3 of 4**

Holmes Weddle & Barcott, PC
2550 Denali Street, Suite 500
Anchorage, AK 99503-2752
Telephone (907) 274-0666
Facsimile (907) 277-4657

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 30th day of March 2026, a true and correct copy of the foregoing document was served via Email at approximately 4:10 pm to the following:

Jerald M. Reichlin
Law Office Of Jerald M. Reichlin
Attorney At Law
reichlinlaw@gci.net

By: */s/ Brian J. Fontaine*
    Brian J. Fontaine
    Legal Assistant
    Holmes Weddle & Barcott, P.C.

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Motion to Reopen the Case
*ITMO George F. Gottschalk, Jr.*

Page 2
Case No: 3DI-08-00017PR