Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 99503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT DILLINGHAM

| | |
|---|---|
| IN THE MATTER OF GEORGE F. GOTTSCHALK, JR. | Case No.: 3DI-08-00017 PR |

## [PROPOSED] ORDER GRANTING MOTION TO REOPEN THE ESTATE FOR A LIMITED PURPOSE

The Court having considered the Motion to Reopen the Estate for a Limited Purpose filed by Orin Williams and Sherill Williams hereby finds good cause to reopen this matter. The Court reappoints Archie Gottschalk as the personal representative of the Estate George F. Gottschalk, Jr., until a filing stating the federal lawsuit in the U.S. District Court for the District of Alaska, Case No. 3:26-cv-00107-HRH has concluded, or the Estate's interest in the federal lawsuit has concluded.

DATED this 14th day of April 2026, at Dillingham, Alaska.


_____
Superior Court Judge

**HOLMES WEDDLE & BARCOTT, PC**
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657



Motion to Reopen the Case
*ITMO George F. Gottschalk, Jr.*

Page 1
Case No: 3DI-08-00017PR

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 30th day of March 2026, a true and correct copy of the foregoing document was served via Email at approximately 4:10 pm to the following:

Jerald M. Reichlin
Law Office Of Jerald M. Reichlin
Attorney At Law
reichlinlaw@gci.net

By: */s/ Brian J. Fontaine*
　　Brian J. Fontaine
　　Legal Assistant
　　Holmes Weddle & Barcott, P.C.

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657