**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

|  |  |
|---|---|
| ORIN WILLIAMS and SHERILL WILLIAMS, individually and as a marital community, | |
| Plaintiffs, | |
| v. | |
| ESTATE OF GEORGE F. GOTTSCHALK, JR., *et al.*, | Case No. 3:26-cv-00107-HRH |
| Defendants. | |

**(PROPOSED) ORDER DENYING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO SERVE REMAINING DEFENDANTS**

The Plaintiffs' Motion for Enlargement of Time to Serve Remaining Defendants (Docket No. 37) is DENIED.

_____          _____
Dated                                             The Honorable H. Russel Holland
                                                        United States District Judge

*Williams v. Estate of George F. Gottschalk, Jr.*    Case No. 3:26-cv-00107-HRH
(Proposed) Order                                                              Page 1 of 1