Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 99503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, <br> v. <br><br> THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | Case No.: 3:26-cv-00107-HRH |

### REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO SERVE REMAINING DEFENDANTS PURSUANT TO Fed. R. Civ. P. 4(m)

Plaintiffs Orin Williams and Sherill Williams, by and through their counsel of record, Holmes Weddle & Barcott, P.C., hereby file this Reply in Support of Plaintiffs' Motion for Enlargement of Time to Serve Remaining Defendants Pursuant to Federal Rule 4(m).

Defendant Archie Gottschalk ("Defendant") opposed the extension of time, claiming that Plaintiffs have not offered any reason for failure to serve the remaining defendants. However, given the notice of dismissal served concurrently herewith, only

Reply in Support of Plaintiffs'
Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                                    Page 1 of 3
*Orin and Sherill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH    Document 39    Filed 06/15/26    Page 1 of 3

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

one original Defendant remains unserved, Roylene A. Mancuso (aka Roylene Gottschalk).

Roylene Mancuso is located in King Salmon, Alaska. Plaintiffs have attempted service by certified mail and have also initiated personal service through the Alaska State Troopers. Due to the remote location, both methods of service require additional time beyond normal expectations. Plaintiffs have been awaiting completion of the State Troopers' service efforts for several weeks.[1]

Moreover, Defendant appeared to ignore that Plaintiffs stated that a notice of dismissal will be forthcoming once the title report is confirmed.[2] Plaintiffs' effort to independently verify the proper and current interested parties is entirely reasonable, particularly in light of the fact that while Archie Gottschalk may hold title, any individual with a life estate has a beneficial interest that must be addressed in the instant litigation.[3]

Overall, Defendant misunderstands the basis of the Motion. Plaintiffs are requesting an extension of time to serve Roylene Mancuso and provided an update to the Court and parties regarding such service within a specified timeframe. Concurrently herewith, Plaintiffs have sought leave to amend the complaint naming all parties who apparently claim an interest in the Disputed Parcel.

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

---

[1] Exhibit A, emails between Holmes Weddle & Barcott and Alaska State Troopers.

[2] Exhibit B, email between Holmes Weddle & Barcott and Alyeska Title Company.

[3] Plaintiffs have sought leave to amend the Complaint concurrently herewith on the basis of the recently produced BIA Title Report. However, Plaintiffs continue to exercise diligence by working with the Title Company to obtain an independent report.

Reply in Support of Plaintiffs'
Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                                    Page 2 of 3
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 39     Filed 06/15/26     Page 2 of 3

For the reasons stated herein, and in their underlying motion, Plaintiffs request that the Court provide additional time to serve Roylene Mancuso.

DATED this 15th day of June 2026, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiffs
By: */s/ Stacey C. Stone*
Stacey C. Stone
Alaska Bar No. 1005030
Carolyn E. Clark
Alaska Bar No. 2304029

## CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew B. Erickson, Esq.
Jackson Morawski, Esq.
Landye Bennett Blumstein LLP
Jackson Morawski
andye@lbblawyers.com
jacksonm@lbblawyers.com

I additionally certify that on the 15th day of June 2026, a true and correct copy of this pleading with attached affidavit was mailed via U.S. Mail to the following:

Glenda G. Williams
820 Rovenna Street
Anchorage, AK 99518

Roylene A. Mancuso
P.O. Box 381
Naknek, AK 99633

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99633

*/s/ Stacey C. Stone*
Stacey C. Stone

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Reply in Support of Plaintiffs'
Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                                    Page 3 of 3
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH

Case 3:26-cv-00107-HRH    Document 39    Filed 06/15/26    Page 3 of 3