| | |
|---|---|
| **From:** | dispatch |
| **To:** | Madison Mitchell |
| **Subject:** | RE: Orin Willians, et al. v. Estate of George F. Gottschalk, Jr., Et al.: Case No. 3:26-cv-0107-HRH: Service Packets for Process Service |
| **Date:** | Thursday, June 11, 2026 1:24:25 PM |

GOOD AFTERNOON,

WE HAVE NOT RECEIVED A PACKET OF SERVICE YET FROM THE TROOPERS FOR ROYLENE A. MANCUSO.

THANK YOU
DISPATCH

---

**From:** Madison Mitchell <mmitchell@hwb-law.com>
**Sent:** Thursday, June 11, 2026 12:59 PM
**To:** dispatch@bbbak.us
**Cc:** Stacey Stone <SStone@hwb-law.com>; Carolyn Clark <cclark@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>
**Subject:** RE: Orin Willians, et al. v. Estate of George F. Gottschalk, Jr., Et al.: Case No. 3:26-cv-0107-HRH: Service Packets for Process Service

Good afternoon,

We are following up regarding service on Roylene A. Mancuso (aka Roylene Gottschalk).

Thank you.

Madison Mitchell | Paralegal

---

**From:** Madison Mitchell
**Sent:** Tuesday, June 9, 2026 3:48 PM
**To:** dispatch@bbbak.us
**Cc:** Stacey Stone <SStone@hwb-law.com>; Carolyn Clark <cclark@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>
**Subject:** Orin Willians, et al. v. Estate of George F. Gottschalk, Jr., Et al.: Case No. 3:26-cv-0107-HRH: Service Packets for Process Service

Good afternoon,

Please see attached the Service Packet submitted to the Alaska State Troopers Judicial Service for the request for process service. It is our understanding that the Bristol Bay Borough Police Department will be handling service.

We are requesting service on Roylene A. Mancuso (also known as Roylene Gottschalk) at the last known address listed on the request. We would greatly appreciate receiving updates on the status, as well as the Proof of Service, as soon as they become available.

Thank you.

Madison Mitchell
Paralegal
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage AK 99503
P: 907-274-0666 / F: 907-277-4657

| | |
|---|---|
| **From:** | dpsancjwrits (DPS sponsored) |
| **To:** | Madison Mitchell |
| **Cc:** | dpsancjwrits (DPS sponsored) |
| **Subject:** | RE: Orin Willians, et al. v. Estate of George F. Gottschalk, Jr., Et al.: Case No. 3:26-cv-0107-HRH: Mailed Service Packets for Service |
| **Date:** | Thursday, June 4, 2026 4:39:13 PM |

Good afternoon,

We received the packet to be served on Roylene Gottschalk 5-27-2026 and mailed it to the Bristol Bay Burrough Police Department for service in King Salmon, AK. I have confirmed over the phone with BBBPD that they have not yet received the packet at this time and thus it has not been served.

Please contact us if you have any further questions.

Best Regards,

Peter Rogers

AST JS OAII

DPS-AST Judicial Services

Office (907) 264-0699

Desk (907)265-0166

peter.rogers@alaska.gov

---

**From:** Madison Mitchell <mmitchell@hwb-law.com>
**Sent:** Friday, May 22, 2026 10:15 AM
**To:** dpsancjwrits (DPS sponsored) <dps.ancjwrits@alaska.gov>
**Cc:** Tina M. Hardwick <Thardwick@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>
**Subject:** Orin Willians, et al. v. Estate of George F. Gottschalk, Jr., Et al.: Case No. 3:26-cv-0107-HRH: Mailed Service Packets for Service

> You don't often get email from mmitchell@hwb-law.com. Learn why this is important

**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

I am writing to inform your department that on May 21, 2026, our office mailed two service packets for process service on Roylene Mancuso (also known as Roylene Gottschalk) and Gilbert Gottschalk, along with two checks for the service fees.

As of this morning, we have confirmed that Gilbert Gottschalk is deceased, and service is no longer required for him.

Once your department has received the packets and confirmed receipt, our office will arrange to retrieve the packet and check issued for Gilbert Gottschalk.

Thank you.

Madison Mitchell
Paralegal
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage AK 99503
P: 907-274-0666 / F: 907-277-4657

IMPORTANT/CONFIDENTIAL: This e-mail message (and any attachments accompanying it) may contain confidential information, including information protected by attorney-client privilege. The information is intended only for the use of the intended recipient(s). Delivery of this message to anyone other than the intended recipient(s) is not intended to waive any privilege or otherwise detract from the confidentiality of the message. If you are not the intended recipient, or if this message has been addressed to you in error, do not read, disclose, reproduce, distribute, disseminate or otherwise use this transmission, rather, please promptly notify the sender by reply e-mail, and then destroy all copies of the message and its attachments, if any.