| From: | Customer Service |
|---|---|
| To: | Madison Mitchell |
| Cc: | Stacey Stone; Tina M. Hardwick; Brian Fontaine; Carolyn Clark |
| Subject: | RE: 96123 RE: Limited Liability Report - Kvichak; File #035892 |
| Date: | Thursday, June 11, 2026 1:14:33 PM |
| Attachments: | image001.png |

Hi

It appears that this search is taking a little longer that usual due to its outlying location. We will send as soon as it is completed. Which might be another week away.

Thank you

Caleb Roller – Customer Service
titleorders@alyeskatitle.com
907.339.8838
croller@alyeskatitle.com

Alyeska Title Guaranty Agency
3801 Centerpoint Drive, Ste 102
Anchorage, AK 99503



## Thank you for choosing Alyeska Title.
## We appreciate your business!

**Anchorage (907) 569-2842 | Wasilla (907) 352-4000**
*alyeskatitle.com* | titleorders@alyeskatitle.com

### WARNING - FRAUDULENT FUNDING INSTRUCTIONS

Email hacking and fraud are on the rise to fraudulently misdirect funds. We partnered with CertifID to protect all wire transfers from fraud. Do not trust any wiring information unless it comes through CertifID. To verify any funding instructions received, please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet. We are not responsible for any wires sent by you to an incorrect bank account.

   

 

The information contained in or attached to this e-mail is CONFIDENTIAL and/or PRIVILEGED. This e-mail is intended to be reviewed by the individual it is addressed to only. If the reader of this e-mail is not the intended recipient, please be advised that any review, dissemination, disclosure or copying of this e-mail or the information contained in or attached to, is prohibited. If you have received this e-mail in error, please notify the sender immediately and delete the e-mail from your system, without retaining any copies. Thank you.

**From:** Madison Mitchell <mmitchell@hwb-law.com>
**Sent:** Thursday, June 11, 2026 1:00 PM
**To:** Customer Service <titleorders@alyeskatitle.com>

**Cc:** Stacey Stone <SStone@hwb-law.com>; Tina M. Hardwick <Thardwick@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>; Carolyn Clark <cclark@hwb-law.com>
**Subject:** 96123 RE: Limited Liability Report - Kvichak; File #035892

## Stop, Look, and Think. Don't Be Fooled!

**[EXTERNAL EMAIL - CAUTION: This email message was sent from outside the company. Please DO NOT click on any links or attachments unless you recognize the source of the email and know the content is safe. If you are unsure please contact Stratus-Services at 907-272-4730]**

Good afternoon,

We are following up regarding the limited liability report.

Thank you.

Madison Mitchell | Paralegal

**From:** Customer Service <titleorders@alyeskatitle.com>
**Sent:** Thursday, June 4, 2026 3:26 PM
**To:** Carolyn Clark <cclark@hwb-law.com>; Madison Mitchell <mmitchell@hwb-law.com>
**Cc:** Stacey Stone <SStone@hwb-law.com>; Tina M. Hardwick <Thardwick@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>
**Subject:** RE: 96123 RE: Limited Liability Report - Kvichak; File #035892

Hi

96123 is still in line for processing. ETA is looking more like end of next week.

Caleb Roller – Customer Service
titleorders@alyeskatitle.com
907.339.8838
croller@alyeskatitle.com

Alyeska Title Guaranty Agency
3801 Centerpoint Drive, Ste 102
Anchorage, AK 99503



# Thank you for choosing Alyeska Title.
# We appreciate your business!

Anchorage (907) 569-2842 | Wasilla (907) 352-4000
*alyeskatitle.com* | titleorders@alyeskatitle.com

## WARNING - FRAUDULENT FUNDING INSTRUCTIONS

Email hacking and fraud are on the rise to fraudulently misdirect funds. We partnered with CertifID to protect all wire transfers from fraud. Do not trust any wiring information unless it comes through CertifID. To verify any funding instructions received, please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet. We are not responsible for any wires sent by you to an incorrect bank account.

  

 

The information contained in or attached to this e-mail is CONFIDENTIAL and/or PRIVILEGED. This e-mail is intended to be reviewed by the individual it is addressed to only. If the reader of this e-mail is not the intended recipient, please be advised that any review, dissemination, disclosure or copying of this e-mail or the information contained in or attached to, is prohibited. If you have received this e-mail in error, please notify the sender immediately and delete the e-mail from your system, without retaining any copies. Thank you.

**From:** Carolyn Clark <cclark@hwb-law.com>
**Sent:** Thursday, June 4, 2026 3:20 PM
**To:** Customer Service <titleorders@alyeskatitle.com>; Madison Mitchell <mmitchell@hwb-law.com>
**Cc:** Stacey Stone <SStone@hwb-law.com>; Tina M. Hardwick <Thardwick@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>
**Subject:** Re: 96123 RE: Limited Liability Report - Kvichak; File #035892

# Stop, Look, and Think. Don't Be Fooled!

**[EXTERNAL EMAIL - CAUTION: This email message was sent from outside the company. Please DO NOT click on any links or attachments unless you recognize the source of the email and know the content is safe. If you are unsure please contact Stratus-Services at 907-272-4730]**

Hi Caleb-

I just wanted to follow up on this request and see if you had any updates or an ETA.

Thanks again for putting a rush on this,

Carolyn

**Carolyn Clark**
Associate Attorney

Holmes Weddle & Barcott, PC
2550 Denali St., Ste. 500
Anchorage, AK 99503
(907) 274-0666

---

**From:** Customer Service <titleorders@alyeskatitle.com>
**Sent:** Monday, June 1, 2026 12:49 PM
**To:** Madison Mitchell <mmitchell@hwb-law.com>
**Cc:** Stacey Stone <SStone@hwb-law.com>; Carolyn Clark <cclark@hwb-law.com>; Tina M. Hardwick <Thardwick@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>
**Subject:** RE: 96123 RE: Limited Liability Report - Kvichak; File #035892

You don't often get email from titleorders@alyeskatitle.com. Learn why this is important

Hi

96123 is working its way up our queue. Rough ETA could be later this week or early next week.

Thank you

Caleb Roller – Customer Service

titleorders@alyeskatitle.com

907.339.8838

croller@alyeskatitle.com

Alyeska Title Guaranty Agency

3801 Centerpoint Drive, Ste 102

Anchorage, AK 99503



## Thank you for choosing Alyeska Title.
## We appreciate your business!

Anchorage (907) 569-2842 | Wasilla (907) 352-4000
*alyeskatitle.com* | titleorders@alyeskatitle.com

### WARNING - FRAUDULENT FUNDING INSTRUCTIONS

Email hacking and fraud are on the rise to fraudulently misdirect funds. We partnered with CertifID to protect all wire transfers from fraud. Do not trust any wiring information unless it comes through CertifID. To verify any funding instructions received, please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet. We are not responsible for any wires sent by you to an incorrect bank account.

  

 

The information contained in or attached to this e-mail is CONFIDENTIAL and/or PRIVILEGED. This e-mail is intended to be reviewed by the individual it is addressed to only. If the reader of this e-mail is not the intended recipient, please be advised that any review, dissemination, disclosure or copying of this e-mail or the information contained in or attached to, is prohibited. If you have received this e-mail in error, please notify the sender immediately and delete the e-mail from your system, without retaining any copies. Thank you.

**From:** Madison Mitchell <mmitchell@hwb-law.com>
**Sent:** Monday, June 1, 2026 12:46 PM
**To:** Customer Service <titleorders@alyeskatitle.com>
**Cc:** Stacey Stone <SStone@hwb-law.com>; Carolyn Clark <cclark@hwb-law.com>; Tina M. Hardwick <Thardwick@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>
**Subject:** 96123 RE: Limited Liability Report - Kvichak; File #035892

## Stop, Look, and Think. Don't Be Fooled!

[EXTERNAL EMAIL - CAUTION: This email message was sent from outside the company. Please DO NOT click on any links or attachments unless you recognize the source of the email and know the content is safe. If you are unsure please contact Stratus-Services at 907-272-4730]

Good afternoon,

I wanted to check in on the status of this request.

Thank you.

Madison Mitchell | Paralegal

**From:** Customer Service <titleorders@alyeskatitle.com>
**Sent:** Tuesday, May 26, 2026 2:53 PM
**To:** Madison Mitchell <mmitchell@hwb-law.com>
**Cc:** Stacey Stone <SStone@hwb-law.com>; Carolyn Clark <cclark@hwb-law.com>; Tina M. Hardwick <Thardwick@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>
**Subject:** 96123 RE: Limited Liability Report - Kvichak; File #035892

Hi there,

Thank you for choosing Alyeska Title as your limited liability report provider.

Your file number is **96123.** Please reference our File # on all future correspondence.

Have a great day.

Caleb Roller – Customer Service

titleorders@alyeskatitle.com

907.339.8838

croller@alyeskatitle.com

Alyeska Title Guaranty Agency

3801 Centerpoint Drive, Ste 102

Anchorage, AK 99503



# Thank you for choosing Alyeska Title.
# We appreciate your business!

Anchorage (907) 569-2842 | Wasilla (907) 352-4000
*alyeskatitle.com* | titleorders@alyeskatitle.com

### WARNING - FRAUDULENT FUNDING INSTRUCTIONS

Email hacking and fraud are on the rise to fraudulently misdirect funds. We partnered with CertifID to protect all wire transfers from fraud. Do not trust any wiring information unless it comes through CertifID. To verify any funding instructions received, please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet. We are not responsible for any wires sent by you to an incorrect bank account.

  

 

The information contained in or attached to this e-mail is CONFIDENTIAL and/or PRIVILEGED. This e-mail is intended to be reviewed by the individual it is addressed to only. If the reader of this e-mail is not the intended recipient, please be advised that any review, dissemination, disclosure or copying of this e-mail or the information contained in or attached to, is prohibited. If you have received this e-mail in error, please notify the sender immediately and delete the e-mail from your system, without retaining any copies. Thank you.

**From:** Madison Mitchell <mmitchell@hwb-law.com>
**Sent:** Friday, May 22, 2026 3:19 PM
**To:** Customer Service <titleorders@alyeskatitle.com>
**Cc:** Stacey Stone <SStone@hwb-law.com>; Carolyn Clark <cclark@hwb-law.com>; Tina M. Hardwick <Thardwick@hwb-law.com>; Brian Fontaine <Bfontaine@hwb-law.com>
**Subject:** Limited Liability Report - Kvichak; File #035892

## Stop, Look, and Think. Don't Be Fooled!

**[EXTERNAL EMAIL - CAUTION: This email message was sent from outside the company. Please DO NOT click on any links or attachments unless you recognize the source of the email and know the content is safe. If you are unsure please contact Stratus-Services at 907-272-4730]**

Good afternoon, Caleb.

Are you able to provide us with a Limited Liability Report on the following property? If so, please quote the fee and estimate time for delivery.

West half Lot 7, Block 2, Donna G. Subdivision, according to the official plat

thereof filed under Plat Number 80-7, Records of the Kvichak Recording District, Third Judicial District, State of Alaska.

Thank you!

Madison Mitchell

Paralegal

Holmes Weddle & Barcott, P.C.

2550 Denali Street, Suite 500

Anchorage AK 99503

P: 907-274-0666 / F: 907-277-4657

IMPORTANT/CONFIDENTIAL: This e-mail message (and any attachments accompanying it) may contain confidential information, including information protected by attorney-client privilege. The information is intended only for the use of the intended recipient(s). Delivery of this message to anyone other than the intended recipient(s) is not intended to waive any privilege or otherwise detract from the confidentiality of the message. If you are not the intended recipient, or if this message has been addressed to you in error, do not read, disclose, reproduce, distribute, disseminate or otherwise use this transmission, rather, please promptly notify the sender by reply e-mail, and then destroy all copies of the message and its attachments, if any.