Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 99503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, <br><br> v. <br><br> THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | Case No.: 3:26-cv-00107-HRH |

**AFFIDAVIT IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO SERVE REMAINING DEFENDANTS PURSUANT TO Fed. R. Civ. P.4(m)**

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

I, Madison Mitchell, being first duly sworn upon oath, deposes and states as follows:

Affidavit in Support of Reply in Support of Plaintiff's
Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                    Page 1 of 5
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH    Document 39-3    Filed 06/15/26    Page 1 of 5

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

1.  I am employed as a Paralegal with the law offices of Holmes Weddle & Barcott, P.C. Holmes Weddle & Barcott, P.C. is counsel of record for Plaintiffs in this action.

2.  I make this Affidavit in support of Reply in Support of Plaintiffs' Motion for Enlargement of Time to Serve Remaining Defendants Pursuant to Fed R. Civ. P. 4(m).

3.  On May 21, 2026, I sent, by certified mail, a service packet for Roylene Mancuso (aka Roylene Gottschalk) and a service packet for Gilbert Gottschalk to the Alaska State Troopers Judicial Service (hereinafter referred to as "AST") along with two checks for services.

4.  After confirming that Gilbert Gottschalk was deceased, we informed AST via phone and email to cease service attempts on him.[1]

5.  On May 26, 2026, I discovered that the mailed service packets were being held at the USPS Office. I called AST via phone, and they indicated that they would not pick up the packets from the USPS Office.

6.  On May 26, 2026, I personally delivered the service packet for Roylene Mancuso (aka Roylene Gottschalk), along with a check for services, to the AST located at 825 West 4th Avenue, Suite B14, Anchorage, Alaska 99501.

7.  On June 4, 2026, I contacted AST for a status update regarding service on Roylene Mancuso (aka Roylene Gottschalk). I was informed that the service packet

---

[1] *See* Exhibit A.

Affidavit in Support of Reply in Support of Plaintiff's
Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                                            Page 2 of 5
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH

was mailed to the Bristol Bay Borough Police Department (hereinafter referred to as "BBBPD"). Additionally, I was informed that BBBPD had not received the service packet yet. AST followed up with an email indicating the same.[2]

8. On June 9, 2026, I contacted BBBPD via phone to obtain a point of contact for real-time status updates, as AST would not receive such updates due to BBBPD being a separate entity. That same day, I emailed the service packet to BBBPD.[3]

9. On June 11, 2026, I followed up with BBBPD. BBBPD indicated that they had not received the service packet from AST.[4]

10. On May 22, 2026, I emailed Alyeska Title Guaranty Agency (hereinafter referred to as "Alyeska Title") requesting a Limited Liability Report for the property at issue in this litigation.[5]

11. On May 26, 2026, Alyeska Title responded that our request had been placed in their processing queue.[6]

12. On June 1, 2026, I followed up with Alyeska Title and was advised that the request was still pending and might be completed later that week or the following week.[7]

---

[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] *See* Exhibit B.
[6] *Id.*
[7] *Id.*

Affidavit in Support of Reply in Support of Plaintiff's
Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                                    Page 3 of 5
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH      Document 39-3      Filed 06/15/26      Page 3 of 5

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

13. On June 4, 2026, Alyeska Title provided an updated estimate indicating that completion might occur by the end of the following week. [8]

14. On June 11, 2026, I again followed up with Alyeska Title and was informed that delays due to the property's remote location could extend completion by another week.[9]

DATED this 15th day of June, 2026, at Anchorage, Alaska.

Madison Mitchell

SUBSCRIBED AND SWORN TO before me this 15 day of June, 2026, at Anchorage, Alaska.



Notary Public in and for Alaska
My Commission Expires: 9/18/2026

---

[8] *Id.*

[9] *Id.*

Affidavit in Support of Reply in Support of Plaintiff's
Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                    Page 4 of 5
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH

# CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew B. Erickson, Esq.
Jackson Morawski, Esq.
Landye Bennett Blumstein LLP
Jackson Morawski
andye@lbblawyers.com
jacksonm@lbblawyers.com

I additionally certify that on the 15th day of June 2026, a true and correct copy of this pleading was mailed via U.S. Mail to the following:

Glenda G. Williams
820 Rovenna Street
Anchorage, AK 99518

Roylene A. Mancuso
P.O. Box 381
Naknek, AK 99633

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99633

/s/ *Stacey C. Stone*
Stacey C. Stone

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Affidavit in Support of Reply in Support of Plaintiff's
Motion for Enlargement of Time to Serve Remaining
Defendants Pursuant to Fed. R. Civ. P. 4(m)                    Page 5 of 5
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH    Document 39-3    Filed 06/15/26    Page 5 of 5