Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 99503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community,<br>        Plaintiffs,<br><br>   v.<br><br>THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual,<br>        Defendants. | Case No.: 3:26-cv-00107-HRH |

**NOTICE OF DISMISSAL OF THE ESTATE OF GEORGE F. GOTTSCHALK, GILBERT M. GOTTSCHALK, AND GLENDA G. WILLIAMS**

Plaintiffs Orin Williams and Sherill Williams, by and through counsel, hereby voluntarily dismiss Defendants the Estate of George F. Gottschalk, Gilbert M. Gottschalk, and Glenda G. Williams pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). These Defendants have not appeared or served an answer, and dismissal is therefore appropriate.

Notice of Dismissal of the Estate of George F. Gottschalk,
Gilbert M. Gottschalk, and Glenda G. Williams
Page 1 of 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 40     Filed 06/15/26     Page 1 of 2

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

DATED this 15th day of June 2026, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiffs

By: */s/ Stacey C. Stone*_____
Stacey C. Stone
Alaska Bar No. 1005030
Carolyn E. Clark
Alaska Bar No. 2304029

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew B. Erickson, Esq.
Jackson Morawski, Esq.
Landye Bennett Blumstein LLP
Jackson Morawski
andye@lbblawyers.com
jacksonm@lbblawyers.com

I additionally certify that on the 15th day of June 2026, a true and correct copy of this pleading was mailed via U.S. Mail to the following:

Glenda G. Williams
820 Rovenna Street
Anchorage, AK 99518

Roylene A. Mancuso
P.O. Box 381
Naknek, AK 99633

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99633

*/s/ Stacey C. Stone*_____
Stacey C. Stone

**HOLMES WEDDLE & BARCOTT, PC**
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Notice of Dismissal of the Estate of George F. Gottschalk,
Gilbert M. Gottschalk, and Glenda G. Williams                                      Page 2 of 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 40     Filed 06/15/26     Page 2 of 2