Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 99503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, <br><br> v. <br><br> THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | Case No.: 3:26-cv-00107-HRH |

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO AMEND THE CAPTION

Plaintiffs Orin Williams and Sherill Williams, by and through their counsel of record, Holmes Weddle & Barcott, P.C., hereby file this Motion for Leave to File First Amended Complaint and to Amend the Caption accordingly.

Plaintiffs initially named both the Estate of George F. Gottschalk, Gilbert M. Gottschalk, and Glenda G. Williams to the instant litigation believing that they each held claimed an interest in the Disputed Parcel based on prior correspondence exchanged. Given the failure to properly subdivide the subject property in accordance with law, which has resulted in a complex legal property description and difficulty in identifying all potential heirs through public records, Plaintiffs undertook additional

Motion for Leave to File First Amended Complaint                                    Page 1 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 41     Filed 06/15/26     Page 1 of 4

investigation. Following recent disclosures from Defendant Archie Gottschalk, Plaintiffs obtained a Bureau of Indian Affairs title report reflecting that Archie Gottschalk asserts he holds title to the property, while multiple individuals, including: Michael Gottschalk, Roylene Gottschalk, Jane Gottschalk, Jaime Marie Slack, Kelsey Anne Slack, and Donna Mae Williams, assert that they each hold life estate interests.

Additionally, Plaintiffs were not aware that Gilbert M. Gottschalk was deceased until Defendant Archie Gottschalk produced documentation establishing that fact. Plaintiffs have accordingly dismissed the Estate of George F. Gottschalk, Gilbert M. Gottschalk, and Glenda G. Williams as Defendants and, in the First Amended Complaint, have substituted the individuals who purportedly succeeded to and presently claim any interest in the subject property.

Given these developments, amendment is both necessary and appropriate to ensure that all persons claiming any right, title, or interest in the disputed property are properly joined as real parties in interest. Fed. R. Civ. P. 15(a)(2) provides that courts should freely grant leave to amend when justice so requires, and such leave is warranted here.

Furthermore, given the matters set forth in the amendment complaint, Plaintiffs request that the caption be amended from this:

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, v. | Case No.: 3:26-cv-00107-HRH |
| THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | |

to instead appear as follows:

Motion for Leave to File First Amended Complaint                                    Page 2 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 41     Filed 06/15/26     Page 2 of 4

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

ORIN and SHERILL WILLIAMS,
individually and as a marital community,
                    Plaintiffs,
      v.

ARCHIE N. GOTTSCHALK, an
individual; MICHAEL L.
GOTTSCHALK, an individual;
ROYLENE GOTTSCHALK (FKA
ROYLENE MANCUSO), an individual;
JANE GOTTSCHALK, an individual;
JAMIE MARIE SLACK, an individual;
KELSEY ANNE SLACK, an individual;
and DONNA MAE WILLIAMS, an
individual;
                    Defendants.

Case No.: 3:26-cv-00107-HRH

DATED this 15th day of June 2026, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiffs

By:   */s/  Stacey C. Stone*_____
          Stacey C. Stone
          Alaska Bar No. 1005030
          Carolyn E. Clark
          Alaska Bar No. 2304029

Motion for Leave to File First Amended Complaint                                    Page 3 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 41     Filed 06/15/26     Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that, on the 15th day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew B. Erickson, Esq.
Jackson Morawski, Esq.
Landye Bennett Blumstein LLP
Jackson Morawski
andye@lbblawyers.com
jacksonm@lbblawyers.com

I additionally certify that on the 15th day of June 2026, a true and correct copy of this pleading was mailed via U.S. Mail to the following:

Glenda G. Williams
820 Rovenna Street
Anchorage, AK 99518

Roylene A. Mancuso
P.O. Box 381
Naknek, AK 99633

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99633

/s/ Stacey C. Stone
Stacey C. Stone

**HOLMES WEDDLE & BARCOTT, PC**
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Motion for Leave to File First Amended Complaint · Page 4 of 4
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.* · Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH · Document 41 · Filed 06/15/26 · Page 4 of 4