Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 99503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, <br> v. <br><br> THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | Case No.: 3:26-cv-00107-HRH |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO AMEND THE CAPTION**

Plaintiffs Orin and Sherill Williams moved this court pursuant to Fed. R. Civ. P. 15(a)(2) for leave to amend their Complaint to add Defendants Jane Gottschalk, Jamie Marie Slack, Kelsey Anne Slack, and Donna Mae Williams. Having reviewed the relevant pleadings and being fully advised of the premises thereon;

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File First Amended Complaint and to Amend the Caption is GRANTED. Plaintiffs' First

[Proposed] Order Granting Motion for Leave to File
First Amended Complaint and to Amend the Caption                    Page 1 of 3
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH    Document 41-1    Filed 06/15/26    Page 1 of 3

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Amended Complaint shall be deemed filed with this court as of the date of this Order; and

IT IS HEREBY FURTHER ORDERED that the Clerk shall issue summons for the Defendants.

DATED this _____ day of _____ 2026, at Anchorage, Alaska.

_____
H. Russel Holland
United States District Court Judge

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

[Proposed] Order Granting Motion for Leave to File
First Amended Complaint and to Amend the Caption                                    Page 2 of 3
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 41-1     Filed 06/15/26     Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that, on the 15<u>th</u> day of June 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew B. Erickson, Esq.
Jackson Morawski, Esq.
Landye Bennett Blumstein LLP
Jackson Morawski
andye@lbblawyers.com
jacksonm@lbblawyers.com

I additionally certify that on the 15<u>th</u> day of June 2026, a true and correct copy of this pleading was mailed via U.S. Mail to the following:

Glenda G. Williams
820 Rovenna Street
Anchorage, AK 99518

Roylene A. Mancuso
P.O. Box 381
Naknek, AK 99633

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99633

s/ Stacey C. Stone
Stacey C. Stone

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

[Proposed] Order Granting Motion for Leave to File
First Amended Complaint and to Amend the Caption
Page 3 of 3
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH    Document 41-1    Filed 06/15/26    Page 3 of 3