# UNITED STATES DISTRICT COURT
### for the

_____ District of _____

| | |
|---|---|
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
*Plaintiff(s)* | ) |
v. | ) | Civil Action No. |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
*Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Case 3:26-cv-00107-HRH   Document 50   Filed 07/22/26   Page 1 of 3

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 99503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ORIN and SHERILL WILLIAMS,
individually and as a marital community,
            Plaintiffs,

    v.

ARCHIE N. GOTTSCHALK, an
individual; MICHAEL L.
GOTTSCHALK, an individual;
ROYLENE GOTTSCHALK (FKA
ROYLENE MANCUSO), an individual;
JANE GOTTSCHALK, an individual;
JAMIE MARIE SLACK, an individual;
KELSEY ANNE SLACK, an individual;
and DONNA MAE WILLIAMS, an
individual;
            Defendants.

Case No.: 3:26-cv-00107-HRH

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK  99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

First Amended Complaint                                                                           Page 1
*Orin and Sherrill Williams v. Archie N. Gottschalk, et al.*        Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 50     Filed 07/22/26     Page 3 of 3