Stacey C. Stone, Esq.
Alaska Bar No.: 1005030
Carolyn E. Clark, Esq.
Alaska Bar No.: 2304029
Holmes Weddle & Barcott, P.C.
2550 Denali Street, Suite 500
Anchorage, AK 99503
Phone: (907) 274-0666
Fax:    (907) 277-4657
sstone@hwb-law.com
cclark@hwb-law.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ORIN and SHERILL WILLIAMS, individually and as a marital community, Plaintiffs, v. THE ESTATE OF GEORGE F. GOTTSCHALK, JR., an individual; ARCHIE N. GOTTSCHALK, an individual; GLENDA G. WILLIAMS, an individual; GILBERT M. GOTTSCHALK, an individual; ROYLENE A. MANCUSO, an individual; and MICHAEL L. GOTTSCHALK, an individual, Defendants. | Case No.: 3:26-cv-00107-HRH |

**NOTICE OF FILING APPENDICES TO FIRST AMENDED COMPLAINT**

Plaintiffs Orin Williams and Sherill Williams, by and through their counsel of record, Holmes Weddle & Barcott, P.C., hereby file this notice regarding filing Appendices A, B, and C to the First Amended Complaint per the order of July 29, 2026.

DATED this 29th day of July 2026, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiffs

By:  */s/  Stacey C. Stone*_____
       Stacey C. Stone
       Alaska Bar No. 1005030
       Carolyn E. Clark
       Alaska Bar No. 2304029

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

Ntc of Filing Appendices to First Amended Complaint                                          Page 1 of 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*     Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 53     Filed 07/29/26     Page 1 of 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 29th day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew B. Erickson, Esq.
Jackson Morawski, Esq.
Landye Bennett Blumstein LLP
Jackson Morawski
andye@lbblawyers.com
jacksonm@lbblawyers.com

I additionally certify that on the 29th day of July 2026, a true and correct copy of this pleading was mailed via U.S. Mail to the following:

Roylene Gottschalk
(FKA Roylene A. Mancuso)
P.O. Box 432
King Salmon, AK 99613

Michael L. Gottschalk
P.O. Box 125
Naknek, AK 99633

*/s/ Stacey C. Stone*
Stacey C. Stone

Ntc of Filing Appendices to First Amended Complaint      Page 2 of 2
*Orin and Sherrill Williams v. The Estate of George F. Gottschalk, Jr., et al.*    Case No: 3:26-CV-00107-HRH
Case 3:26-cv-00107-HRH     Document 53     Filed 07/29/26     Page 2 of 2

HOLMES WEDDLE & BARCOTT, PC
2550 DENALI STREET, SUITE 500
ANCHORAGE, AK 99503-2752
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657