





## LEGEND:

- ✠ RECOVERED BRASS CAP MONUMENT, 1957
- ● RECOVERED REBAR, C 1/4 SEC. 34
- ◉ SET THIS SURVEY, 2 1/2" BRASS CAP, 3815-S, 1980
- ○ SET THIS SURVEY, 3/4" IRON PIPE
- ----- 10' UTILITY EASEMENT ALONG ALL DEDICATED RIGHTS-OF-WAY

### SURVEY DIAGRAM

SEC. 34, T16S, R 46 W, S.M.
SCALE: 1" = 1000'

### DONNA G. SUBDIVISION

SCALE: 1" = 200'

N 1/2 N 1/2 NE 1/4 SE 1/4, SEC. 34, T16S, R 46 W, S.M.

### NOTES:

1. ALL BEARINGS AND DISTANCES SHOWN ARE MEASURED.
2. NO LOT CORNERS WERE SET THIS SURVEY, EXCEPT THOSE SHOWN.
3. THE SOUTH LINE OF SEC. 34 IS COMPUTED TO TRUE POSITION OF FOURTH STANDARD PARALLEL SOUTH, ESTABLISHED BY SURVEY.

---

U.S. DEPARTMENT OF INTERIOR
BUREAU OF INDIAN AFFAIRS

The within plat and dedication is hereby approved this 2nd day of May, 1980 pursuant to authority delegated in Departmental Release No. 1666, dated August 16, 1974, 230 DMI; 10 BIAM 3.1, dated January 20, 1975.

John Hope
Area Director
Juneau Area Office

### PLAT APPROVAL

THIS PLAT HAVING BEEN APPROVED BY THE BRISTOL BAY BOROUGH PLANNING COMMISSION AS RECORDED IN THE OFFICIAL MINUTES OF THE MEETING OF March 4, 1980, 1980 IS HEREBY ACKNOWLEDGED AND ACCEPTED AS THE OFFICIAL PLAT SUBJECT TO ANY AND ALL CONDITIONS OF REQUIREMENTS AND ORDINANCES APPERTAINING THERETO.

BRISTOL BAY BOROUGH

BY _____ DATE 4-9-80

### CERTIFICATE OF OWNERSHIP

I, THE UNDERSIGNED DONNA MAE GOTTSCHALK OF NAKNEK, AK., HEREBY CERTIFY THAT I AM THE LEGAL OWNER OF THE PROPERTY SHOWN AND DESCRIBED HEREON AS BEING PARTIALLY SUBDIVIDED, AND THAT I ADOPT THIS PLAN OF SUBDIVISION.

Donna Mae Gottschalk Box 181, Naknek, Alaska

### NOTARY'S ACKNOWLEDGEMENT

SUBSCRIBED AND SWORN BEFORE ME THIS 5TH DAY OF February 1980.

Notary Public for Alaska    My Commission Expires:

### SURVEYOR'S CERTIFICATE

I, THE UNDERSIGNED REGISTERED LAND SURVEYOR, HEREBY CERTIFY THAT THIS PLAT REPRESENTS A LAND SURVEY COMPLETED UNDER MY SUPERVISION AND THAT THE INFORMATION SHOWN HEREON IS TRUE AND CORRECT.

Marvin L. Hanson, L.S. No. 3815-S    2-1-80 Date

| DATE: January, 1980 | REVISIONS: UTILITY EASEMENTS AND PLAT APPROVAL CERTIFICATE ADDED, PER REQUEST OF BRISTOL BAY BOROUGH PLAT BOARD. M.L.H., 3815-S, 3-26-80 |
|---|---|
| SCALE: As shown | |
| DRAFT: S.W. | |
| DESIGN: P.V., R.M. | |
| COMPS: P.V., R.M. | |
| JOB NO.: 1168 | |

### DONNA G. SUBDIVISION

A SUBDIVISION OF S 1/2 NE 1/4 SE 1/4 AND S 1/2 N 1/2 NE 1/4 SE 1/4, AND THE EASTERLY 60 FEET OF GOVT. LOT 4, SEC. 34, T16 S, R 46 W, S.M., ALASKA.
CONTAINING 31.972 ACRES

### Ability Surveys

REGISTERED SURVEYORS
ENGINEERS · PLANNERS
Jerry Anderson · Marvin Hanson
Box 1263 · Homer, Alaska 99603 (907) 235 - 8440

---

RECORDED - FILED N.C.
Kvichak REC. DIST.
DATE September 10, 1980
TIME 2:15 P.M.
Requested by Bureau of Indian Affairs
Address Box 120
Anchorage, AK. 99510

RECORDED - FILED 10
Bristol Bay REC. DIST.
DATE 5-16 1980
TIME 10:25 A.M.
Requested by Bureau of Indian Affairs
Address P.O. Box 120
Anchorage, Alaska 99510