**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| ORIN WILLIAMS and SHERILL WILLIAMS, individually and as a marital community,<br><br>Plaintiffs,<br><br>v.<br><br>ESTATE OF GEORGE F. GOTTSCHALK, JR., *et al.*,<br><br>Defendants. | Case No. 3:26-cv-00107-HRH |

**(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION**

Defendant Archie N. Gottschalk's Motion for Reconsideration of the Order (Docket No. 65) denying his motion for attorney's fees is GRANTED. Mr. Gottschalk's Motion for Attorney's Fees (Docket No. 62) is GRANTED. Mr. Gottschalk is entitled to $____________ in attorney's fees pursuant to Alaska Rule of Civil Procedure 82.

____________________ ____________________________________

Dated — The Honorable H. Russel Holland
United States District Judge